USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
GROVER, et al.,                         :
                        Plaintiffs,     :
            -v-                         :     11 Civ. 5576 (DLC)
                                        :
MACMILLAN, et al.,                      :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
EVANS, et al.,                          :
                        Plaintiffs,     :
            -v-                         :     11 Civ. 5609 (DLC)
                                        :
MACMILLAN, at al.,                      :
                        Defendants.     :
                                        :
----------------------------------------X
                                        :
BURSTEIN,                               :
                        Plaintiff,      :
            -v-                         :     11 Civ. 5621 (DLC)
                                        :
HACHETTE BOOK GROUP, INC., et al.,      :
                        Defendants.     :
                                        :
---------------------------------------- X
                                        :
SOTOMAYOR,                              :
                        Plaintiff,      :
            -v-                         :     11 Civ. 5707 (DLC)
                                        :
HACHETTE BOOK GROUP, INC., et al.,      :
                        Defendants.     :
                                        :
---------------------------------------- X

```
--------------------------------------- X
                                        :
CHEATHAM,                               :
                        Plaintiff,      :
                -v-                     :    11 Civ. 5750 (DLC)
                                        :
HACHETTE BOOK GROUP, INC., et al.,      :
                        Defendants.     :
                                        :
--------------------------------------- X
                                        :
MEYER,                                  :
                        Plaintiff,      :
                -v-                     :    11 Civ. 5896 (DLC)
                                        :
MACMILLAN, et al.,                      :
                        Defendants.     :
                                        :
--------------------------------------- X
                                        :
MEYER,                                  :
                        Plaintiff,      :
                -v-                     :    11 Civ. 5898 (DLC)
                                        :
MACMILLAN, et al.,                      :
                        Defendants.     :
                                        :
--------------------------------------- X
                                        :
LINGOFELT,                              :
                        Plaintiff,      :
                -v-                     :    11 Civ. 5976 (DLC)
                                        :
MACMILLAN, et al.,                      :
                        Defendants.     :
                                        :
--------------------------------------- X
                                        :
GREENE, at al.,                         :
                        Plaintiffs,     :
                -v-                     :    11 Civ. 6019 (DLC)
                                        :
MACMILLAN, SIMON & SCHUSTER, et al.,    :
                        Defendants.     :
                                        :
---------------------------------------X
```

```
--------------------------------------- X
                                        :
YASTRAB,                                :
                           Plaintiff,   :
              -v-                       :      11 Civ. 6079 (DLC)
                                        :
HACHETTE BOOK GROUP, INC., et al.,      :
                           Defendants.  :
                                        :
--------------------------------------- X
                                        :
GOLDMAN,                                :
                           Plaintiff,   :
              -v-                       :
                                        :      11 Civ. 7323 (DLC)
MACMILLAN, et al.,                      :
                           Defendants.  :
                                        :
--------------------------------------- X
                                        :
JOUBIN,                                 :
                           Plaintiff,   :
              -v-                       :
                                        :      11 Civ. 7507 (DLC)
MACMILLAN, SIMON & SCHUSTER, HACHETTE   :
BOOK GROUP, et al.,                     :
                           Defendants.  :
                                        :
--------------------------------------- X
                                        :
BROWN,                                  :
                           Plaintiff,   :      11 Civ. 7534 (DLC)
              -v-                       :
                                        :
HACHETTE BOOK GROUP, INC., et al.,      :
                           Defendants.  :
                                        :
--------------------------------------- X
                                        :
RADER-RHODENBAUGH,                      :
                           Plaintiff,   :
              -v-                       :      11 Civ. 8329 (DLC)
                                        :
MACMILLAN PUBLISHERS, INC., et al.,     :
                           Defendants.  :
                                        :
--------------------------------------- X
```

```
-------------------------------------- X
                                       :
MCGEE, et al.,                         :
                       Plaintiffs,     :
             -v-                       :    11 Civ. 8608 (DLC)
                                       :
MACMILLAN PUBLISHERS, INC., et al.,    :
                       Defendants.     :
                                       :
-------------------------------------- X
                                       :
PATSY DIAMOND                          :
                       Plaintiff,      :
             -v-                       :    11 Civ. 9014 (DLC)
                                       :
APPLE INC., et al.,                    :
                       Defendants.     :
                                       :
-------------------------------------- X
                                       :
ANTHONY PETRU, et al.,                 :
                       Plaintiffs,     :
             -v-                       :    11 Civ. 9016 (DLC)
                                       :
APPLE INC., et al.,                    :
                       Defendants.     :
                                       :
-------------------------------------- X
                                       :
IN RE: ELECTRONIC BOOKS ANTITRUST      :    MDL No. 2293 (DLC)
LITIGATION.                            :
                                       :         ORDER
-------------------------------------- X
```

DENISE COTE, District Judge:

These cases involve alleged anticompetitive conduct by defendants, including companies that publish electronic books (the "Publisher Defendants"). The defendants are alleged to have engaged in such conduct through, <u>inter alia</u>, adopting a pricing scheme known as the "agency model." During a conference

4

held on December 20, 2011, the Court notified counsel for all
parties that it has purchased electronic books.

Having considered the nature of this action, the pleadings
filed to date, and the standards for disqualification of
judicial officers set forth in 28 U.S.C. § 455, in In re
Literary Works in Electronic Databases Copyright Litigation, 509
F.3d 136, 142 (2d Cir. 2007), and in In re Initial Public
Offering Sec. Litig., 294 F.3d 297, 305-06 (2d Cir. 2002), it is
hereby

ORDERED that the Court waives any interest it might have in
this putative class action lawsuit.

IT IS FURTHER ORDERED that any motion for class
certification made in this action shall define the class so as
to exclude individuals described in 28 U.S.C. § 455(b)(4)-(5).

SO ORDERED:

Dated:    New York, New York
          December 20, 2011

                                    _____
                                    DENISE COTE
                                    United States District Judge

5