# EXHIBIT A

Hello. Sign in to get personalized recommendations. New customer? Start here.
Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards
Your Digital Items | Your Account | Help
Shop All Departments   Search  All Departments
Cart   Wish List

Help > Digital Products > Kindle Support > Amazon Kindle Terms, Warranties, and Notices > Kindle License Agreement and Terms of Use

**Topics**

Digital Products
Kindle Support
Amazon Kindle Terms, Warranties, and Notices

- Kindle, Kindle Touch, and Kindle Fire One-Year Limited Warranty
- Kindle License Agreement and Terms of Use
- Kindle Keyboard One-Year Limited Warranty
- Kindle (Free 3G) One-Year Limited Warranty
- Kindle (U.S. Wireless) One-Year Limited Warranty
- Amazon Kindle Leather Cover with Light for Kindle Keyboard
- Kindle Return Policies
- Source Code Notice
- Recycling Amazon Kindle
- CTIA 1725 Battery Safety Statements
- Kindle Terms
- Amazon Silk Terms & Conditions
- Additional Notices for Kindle Fire

**Troubleshooting & User Guides**

- Diagnose your Kindle
- Download a User Guide
- Troubleshooting Wi-Fi
- Manage Your Kindle

**Other Help Areas**

- Shipping & Delivery
- Changing or Canceling Orders
- Returns and Refunds
- Problem with an Order
- Payment, Pricing & Promotions
- Placing an Order
- Kindle
- MP3, Instant Video & Apps
- Gifts, Gift Cards & Gift Registries
- Privacy, Security & Accessibility
- Site Features
- Ayuda en Español
- Selling at Amazon.com
- Author, Publisher & Vendor Guides
- Suppliers
- Business Opportunities

Search Help: [Topic or Keyword]   [Search Help]

# Amazon.com Kindle License Agreement and Terms of Use

**Last updated: September 28, 2011**

This is an agreement between you and Amazon Digital Services, Inc. (with its affiliates, "**Amazon**" or "**we**"). Please read this Amazon.com Kindle License Agreement and Terms of Use, the Amazon.com privacy notice located at www.amazon.com/privacy and the other applicable rules, policies, and terms posted on the Amazon.com website or the Kindle Store (collectively, this "**Agreement**") before using the Kindle or any Reading Application or Digital Content. By using the Kindle, any Reading Application, or any Digital Content, you agree to be bound by the terms of this Agreement. If you do not accept the terms of this Agreement, then you may not use the Kindle, any Reading Application, any Digital Content, or the Service; and you may return the Kindle for a refund in accordance with the applicable return policy.

**Versions of the License Agreement and Terms of Use in other languages**.

1. Digital Content
2. Wireless Connectivity
3. Device and Software
4. General

For the purposes of this Agreement:

"Content Provider" means the party offering Digital Content in the Kindle Store, which may be us or a third party; however, for Digital Content designated as active content in the Kindle Store, "Content Provider" means the publisher of the Digital Content.

"Digital Content" means digitized electronic content obtained through the Kindle Store, such as books, newspapers, magazines, journals, blogs, RSS feeds, games, and other static and interactive electronic content.

"Kindle" means our portable electronic reading device.

"Kindle Store" means our stores on Kindle, on Reading Applications and on our website, the homepage of which is located at www.amazon.com/kindlestore.

"Other Device" means a computer or device other than a Kindle on which you are authorized to operate a Reading Application.

"Periodicals" means Digital Content made available to you on a subscription basis, such as electronic newspapers, magazines, journals, blogs, and other subscription-based content.

"Reading Application" means software (including any updates/upgrades to that software) we make available that permits users to shop for, download, browse, and/or use Digital Content on an Other Device.

"Service" means the wireless connectivity that we provide Kindle users, the provision of Digital Content, Software, and support and other services that we provide Kindle and Reading Application users, and the terms and conditions under which we provide each of the foregoing.

"Software" means the Reading Applications and all software on the Kindle (including any updates/upgrades to that software), and any related documentation that we make available to you.

## 1. Digital Content

**Use of Digital Content.** Upon your download of Digital Content and payment of any applicable fees (including applicable taxes), the Content Provider grants you a non-exclusive right to view, use, and display such Digital Content an unlimited number of times, solely on the Kindle or a Reading Application or as otherwise permitted as part of the Service, solely on the number of Kindles or Other Devices specified in the Kindle Store, and solely for your personal, non-commercial use. Digital Content is licensed, not sold, to you by the Content Provider. The Content Provider may include additional terms for use within its Digital Content. Those terms will also apply, but this Agreement will govern in the event of a conflict. Some Digital Content, such as Periodicals, may not be available to you through Reading Applications.

**Limitations.** Unless specifically indicated otherwise, you may not sell, rent, lease, distribute, broadcast, sublicense, or otherwise assign any rights to the Digital Content or any portion of it to any third party, and you may not remove or modify any proprietary notices or labels on the Digital Content. In addition, you may not bypass, modify, defeat, or circumvent security features that protect the Digital Content.

**Self-Service**

Kindle Tools

- Manage Your Kindle
- Manage Your Subscriptions
- 1-Click Payment Settings
- View Digital Purchases
- View Your Collections
- Registering Your Kindle
- Kindle Help Forum

[Contact Us]

**Periodicals.** You may cancel your subscription as permitted in our cancellation policy in the Kindle Store. A subscription may be terminated at any time, for example, if a Periodical is no longer available. If a subscription is terminated before the end of its term, you will receive a prorated refund. We reserve the right to change subscription terms and fees from time to time, effective as of the beginning of the next subscription term.

## 2. Wireless Connectivity

**Use of Wireless Connectivity.** Your Kindle uses wireless connectivity to allow you to shop for and download Digital Content from the Kindle Store. In general, we do not charge you for this use of wireless connectivity. Your Kindle may use wireless connectivity to make other services available to you for which we may charge you a fee, such as personal file download and subscriptions when you are located in another country. The fees and terms for such services are located in the Kindle Store and may change from time to time. If your Kindle functions with third party services, such as WI-FI access points, a third party may charge you fees for the use of those services.

**Your Conduct.** You may use the wireless connectivity provided by us only in connection with the Service. You may not use the wireless connectivity for any other purpose.

**Availability.** If your Kindle is located in an area in which it cannot maintain wireless connectivity, you may not be able to use some or all of the Service. We are not responsible for the unavailability of wireless connectivity for your Kindle or any corresponding loss of Service. Events beyond our reasonable control (such as changes in service or terms by wireless carriers) may impact the terms or circumstances under which we provide you wireless connectivity and may result in a change to these terms or a temporary or permanent modification or loss of wireless connectivity for your Kindle.

## 3. Device and Software

**Use of the Software.** You may use the Software only on a Kindle or through a Reading Application on an Other Device. You may not separate any individual component of the Software for use on another device or computer, may not transfer it for use on another device or computer or use it, or any portion of it, over a network, and may not sell, rent, lease, lend, distribute, or sublicense or otherwise assign any rights to the Software in whole or in part. Additional terms apply to some of the Software, and will govern the use of such Software in the event of a conflict with this Agreement. For more information on additional terms that apply to Amazon Software, click here. For more information on additional terms that apply to certain third party Software, see the Legal section in the Settings menu of your Kindle or the Notices section of your Reading Application.

**Automatic Updates.** In order to keep your Software up-to-date, Amazon may automatically provide your Kindle or Other Device with updates/upgrades to the Software.

**No Reverse Engineering, Decompilation, Disassembly, or Circumvention.** You may not modify, reverse engineer, decompile, or disassemble the Kindle or the Software, whether in whole or in part, create any derivative works from or of the Software, or bypass, modify, defeat, or tamper with or circumvent any of the functions or protections of the Kindle or Software or any mechanisms operatively linked to the Software, for example, by augmenting or substituting any digital rights management functionality of the Kindle or Software.

## 4. General

**Compliance with Law and Reservation of Rights.** You will use the Kindle, the Software, the Service, and the Digital Content in compliance with all applicable laws. Neither the sale or transfer of the Kindle to you, nor the license of the Software or Digital Content to you, transfers to you title to or ownership of any intellectual property rights of Amazon or its suppliers or the other Content Providers. All licenses are non-exclusive and all rights not expressly granted in this Agreement are reserved to Amazon or the other Content Providers.

**Export Regulations.** You will comply with all applicable export and re-export restrictions and regulations, and you will not transfer, or encourage, assist, or authorize the transfer of, the Kindle, Digital Content, or Software to a prohibited country or otherwise in violation of any such restrictions or regulations.

**Information Received.** The Software will provide Amazon with data about your Kindle and its interaction with the Service (such as available memory, up-time, log files, and signal strength). The Software will also provide Amazon with information related to the Digital Content on your Kindle and Other Devices and your use of it (such as last page read and content archiving). Annotations, bookmarks, notes, highlights, or similar markings you make using your Kindle or Reading Application and other information you provide may be stored on servers that are located outside the country in which you live. Any information we receive is subject to the Amazon.com privacy notice located at www.amazon.com/privacy.

**Information Provided To Others.** You are responsible for any information you provide to others using a Kindle or a Reading Application. Any information you provide to a third party will be subject to the privacy notice or any similar terms that the third party provides to you, and will not be subject to the Amazon.com Privacy Notice.

**Patents.** The Kindle, Software, and Service, and/or methods used in association with any of the foregoing, may be covered by one or more patents or pending patent applications.

**Changes to Service.** We may modify, suspend, or discontinue the Service, in whole or in part, at any time.

**Termination.** Your rights under this Agreement will automatically terminate if you fail to comply with any term of this Agreement. In case of such termination, you must cease all use of the Software, and Amazon may immediately revoke your access to the Service or to Digital Content without refund of any fees. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

**Disclaimer of Warranties.** USE OF THE SERVICE, KINDLE, KINDLE STORE, DIGITAL CONTENT, AND SOFTWARE IS AT YOUR SOLE RISK. EXCEPT FOR THE ONE-YEAR LIMITED KINDLE WARRANTY, NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY AMAZON OR AN AUTHORIZED REPRESENTATIVE OF AMAZON CREATES A WARRANTY, AND THE SERVICE, KINDLE, KINDLE STORE, DIGITAL CONTENT, AND SOFTWARE ARE PROVIDED "AS IS" WITH ALL FAULTS AND WITHOUT WARRANTY OF ANY KIND, AND AMAZON, ITS SUPPLIERS, ITS LICENSORS, AND THE OTHER CONTENT PROVIDERS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, SUCH AS THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, QUIET ENJOYMENT, AND NON-INFRINGEMENT OF THIRD-PARTY RIGHTS. THE LAWS OF CERTAIN JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF IMPLIED WARRANTIES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

**Limitation of Liability.** TO THE EXTENT NOT PROHIBITED BY LAW, AMAZON, ITS SUPPLIERS, ITS LICENSORS, AND THE OTHER CONTENT PROVIDERS WILL NOT BE LIABLE TO YOU FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES FOR BREACH OF ANY EXPRESS OR IMPLIED WARRANTY, BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER LEGAL THEORY RELATED TO THE SERVICE, KINDLE, OTHER DEVICES, KINDLE STORE, DIGITAL CONTENT, OR SOFTWARE, SUCH AS ANY DAMAGES ARISING OUT OF LOSS OF PROFITS, REVENUE, DATA, OR USE OF THE SERVICE, KINDLE, OTHER DEVICES, KINDLE STORE, DIGITAL CONTENT, OR SOFTWARE OR ANY ASSOCIATED PRODUCT, EVEN IF AMAZON HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, AMAZON'S AND THE OTHER CONTENT PROVIDERS' AGGREGATE LIABILITY UNDER THIS AGREEMENT WITH RESPECT TO ANY CLAIM RELATING TO PURCHASE OF DIGITAL CONTENT IS LIMITED TO THE AMOUNT YOU ACTUALLY PAID FOR THAT DIGITAL CONTENT, AND, WITH RESPECT TO ANY OTHER CLAIM, IS LIMITED TO THE AMOUNT YOU ACTUALLY PAID FOR THE KINDLE. THE LAWS OF CERTAIN JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU, AND YOU MAY HAVE ADDITIONAL RIGHTS.

**Governing Law.** The laws of the state of Washington, U.S.A., without regard to principles of conflict of laws, will govern this Agreement and any dispute of any sort that might arise between you and Amazon.

**Disputes.** Any dispute or claim relating in any way to your use of the Kindle, Reading Applications or Kindle Store, or the goods or services sold or distributed by Amazon or through the Kindle, Reading Applications or Kindle Store, will be resolved by binding arbitration, rather than in court, except that you may assert claims in small claims court if your claims qualify. The Federal Arbitration Act and federal arbitration law apply to this agreement.

There is no judge or jury in arbitration, and court review of an arbitration award is limited. However, an arbitrator can award on an individual basis the same damages and relief as a court (including injunctive and declaratory relief or statutory damages), and must follow the terms of this License Agreement and Terms of Use as a court would.

To begin an arbitration proceeding, you must send a letter requesting arbitration and describing your claim to our registered agent Corporation Service Company, 300 Deschutes Way SW, Suite 304, Tumwater, WA  98051. The arbitration will be conducted by the American Arbitration Association (AAA) under its rules, including the AAA's Supplementary Procedures for Consumer-Related Disputes. The AAA's rules are available at www.adr.org or by calling 1-800-778-7879. Payment of all filing, administration and arbitrator fees will be governed by the AAA's rules.  We will reimburse those fees for claims totaling less than $10,000 unless the arbitrator determines the claims are frivolous.  Likewise, Amazon will not to seek attorneys׳ fees and costs in arbitration unless the arbitrator determines the claims are frivolous.  You may choose to have the arbitration conducted by telephone, based on written submissions, or in person in the county where you live or at another mutually agreed location.

You and Amazon each agree that any dispute resolution proceedings will be conducted only on an individual basis and not in a class, consolidated or representative action.  If for any reason a claim proceeds in court rather than in arbitration you and Amazon each waive any right to a jury trial.  You and Amazon also both agree that you or we may bring suit in court to enjoin infringement or other misuse of intellectual property rights.

**U.S. Government Rights.** The Software, Service, and Digital Content are provided to the U.S. Government as "commercial items," "commercial computer software," "commercial computer software documentation," and "technical data," as defined in the U.S. Federal Acquisition Regulation and the U.S. Defense Federal Acquisition Regulation Supplement, with the same rights and restrictions customarily provided to end users.

**Complete Agreement and Severability.** Except for any additional terms that apply to the Software, this is the entire agreement between us and you regarding the Kindle, Digital Content, Software, and Service and supersedes all prior understandings regarding such subject matter. If any term or condition of this Agreement is deemed invalid, void, or for any reason unenforceable, that part will be deemed severable and will not affect the validity and enforceability of any remaining term or condition.

**Amendment.** We may amend any of the terms of this Agreement in our sole discretion by posting the revised terms on the Kindle Store or the Amazon.com website. Your continued use of the Kindle, Digital Content, Service, or Software after the effective date of any such amendment constitutes your agreement to be bound by such amendment.

**Contact Information.** For help with your Kindle, a Reading Application, the Service or resolving other issues, please contact Customer Service by e-mail: kindle-cs-support@amazon.com or by phone at 1-866-321-8851 (toll free) when dialing in the US or at 1-206-266-0927 (charges will apply) when dialing outside the US.

For communications concerning this Agreement, please contact Amazon by email: kindleterms@amazon.com.



**Kindle Tools**
Know Your Kindle
Kindle FAQs | Kindle Discussions | Manage Your Kindle | Troubleshooting Your Kindle

| Get to Know Us | Make Money with Us | Let Us Help You |
|---|---|---|
| Careers | Sell on Amazon | Shipping Rates & Policies |
| Investor Relations | Become an Affiliate | Amazon Prime |
| Press Releases | Advertise Your Products | Returns Are Easy |
| Amazon and Our Planet | Independently Publish with Us | Manage Your Kindle |
| Amazon in the Community | › See all | Help |

amazon.com

Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| AbeBooks | AmazonLocal | AmazonWireless | Askville | Audible | BeautyBar.com | Book Depository | CreateSpace |
|---|---|---|---|---|---|---|---|
| Rare Books & Textbooks | Great Local Deals in Your City | Cellphones & Wireless Plans | Community Answers | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Indie Publishing Made Easy |
| Diapers.com | DPReview | Endless | Fabric | IMDb | MYHABIT | Shopbop | Small Parts |
| Everything But The Baby | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Private Fashion Designer Sales | Designer Fashion Brands | Industrial Supplies |
| | Soap.com | Wag.com | Warehouse Deals | Woot | Yoyo.com | Zappos | |
| | Health, Beauty & Home Essentials | Everything For Your Pet | Open-Box Discounts | Never Gonna Give You Up | A Happy Place To Shop For Toys | Shoes & Clothing | |

Conditions of Use   Privacy Notice   © 1996-2012, Amazon.com, Inc. or its affiliates