# EXHIBIT B

Barnes & Noble.com Terms and Conditions of Use - Barnes & Noble



# Terms and Conditions of Use

Welcome to the Barnes & Noble.com website (the "Barnes & Noble.com Site"), a website owned and operated by Barnesandnoble.com llc.

The terms and conditions stated below, along with the policies and guidelines located throughout the Barnes & Noble.com Site (collectively herein the "Terms of Use") identify what you, as a user of the Barnes & Noble.com Site ("you" or "User") can expect from Barnesandnoble.com llc, its parent, subsidiaries, and affiliates (together referred to herein as "Barnes & Noble.com"), and/or persons who provide products or services to Barnes & Noble.com customers either directly or through Barnes & Noble.com ("Barnes & Noble.com Providers") and the Barnes & Noble.com Site and what Barnes & Noble.com in turn expects from Users. **By visiting any area on the Barnes & Noble.com Site, creating an account, making a purchase via the Barnes & Noble.com Site or any eReader devices or applications distributed, sold or powered by Barnes & Noble, downloading software or digital content (including applications developed by Barnes & Noble or third parties) from the Barnes & Noble Site, joining any Barnes & Noble online interactive community, such as Book Clubs, posting a review or creating a profile, or otherwise joining, viewing, visiting or contributing to Barnes & Noble user forums or interactive features (all of the foregoing are sometimes referred to in this document as the "Barnes & Noble.com Services"), a User is deemed to have accepted the Terms of Use. These Terms of Use shall also apply to eBookstores operated by Barnes & Noble.com**. If you do not agree to be bound by these Terms of Use and to follow all applicable laws, you should leave the Barnes & Noble.com Site immediately.

I.      LICENSES AND RESTRICTIONS
II.     TRADEMARKS
III.    CONTENT
IV.     EXPORT
V.      PRICES
VI.     RISK OF LOSS
VII.    PRODUCT DESCRIPTIONS
VIII.   AGE OF USERS
IX.     TERMINATION OF USAGE
X.      INDEMNITY
XI.     PASSWORD AND ACCOUNT SECURITY
XII     DIGITAL CONTENT
XIII.   INTERACTIVE COMMUNITY
XIV.    NOTICES
XV.     DISCLAIMERS AND LIMITATION OF LIABILITY
XVI.    SEVERABILITY
XVII.   APPLICABLE LAW; JURISDICTION
XVIII.  DISPUTE RESOLUTION
XIX.    DIGITAL MILLENIUM COPYRIGHT ACT
XX.     ADDITIONAL TERMS AND CONDITIONS
XXI.    ACKNOWLEDGMENT
XXII.   MODIFICATION

## I. LICENSES AND RESTRICTIONS

Barnes & Noble.com grants the User a limited, nonexclusive, revocable license to access and make personal, non-commercial use (unless User has a business relationship with Barnes & Noble) of the contents of the Barnes & Noble.com Site, which includes the Digital Content, as defined in Section XII, ("Content"). Additional terms and conditions apply to Digital Content and the Barnes & Noble eReader Software, as those terms are defined in Section XII below, and User Created Content, as that term is defined in Section XIII below. Barnes & Noble.com further grants the User a limited, nonexclusive and revocable right to create a hyperlink to the Barnes & Noble.com Site so long as the link does not portray Barnes & Noble.com, its affiliates, or their respective products or services in a false, misleading, derogatory, or otherwise offensive matter.

The foregoing licenses do not include any rights to:

- modify, download (other than page caching, or with respect to Digital Content as set out in Section XII below), reproduce, copy, or resell the Barnes & Noble.com Site, the Content or any portion or derivative thereof;
- commercially use the Barnes & Noble.com Site, the Content or any portion derivative thereof (unless User has a business relationship with Barnes & Noble.com);
- copy or download any User's account or profile information for the benefit of any third party;
- enable high volume, automated, electronic processes that apply to the Barnes & Noble.com Site or its

systems, the Content or any portion or derivative thereof;
- use any robot, spider, data miner, crawler, scraper or other automated means to access or index the Barnes & Noble.com Site or its systems, the Content or any portion or derivative thereof for any purpose;
- interfere or attempt to interfere with the proper working of the Barnes & Noble.com Site;
- bypass any Barnes & Noble.com measures used to prevent or restrict access to any portion of the Barnes & Noble.com Site, the Content or any portion or derivative thereof;
- frame or utilize framing techniques to enclose any trademark, logo, or other proprietary information (including images, text, page layout, or form) of Barnes & Noble.com;
- use Barnes & Noble.com name, trademarks, services marks or logos in any meta tags or any other "hidden text" or
- compile, repackage, disseminate or otherwise use data extracted from the Barnes & Noble.com Site.

The foregoing are expressly prohibited; the right to do any of the foregoing shall require Barnes & Noble's express written consent (which may include a written agreement signed by an authorized representative of Barnes & Noble.com). Any unauthorized use of the Barnes & Noble.com Site, the Content or any portion or derivative thereof shall terminate any license or permission granted by Barnes & Noble.com.

## II. TRADEMARKS
Barnes & Noble.com, Barnes & Noble, Inc., or their respective parents, subsidiaries, or affiliates, or third parties from whom Barnes & Noble.com has permission, own the trademarks or service marks that are used on the Barnes & Noble.com Site and in connection with the Barnes & Noble eReader Software. All rights are reserved. These and other graphics, logos, service marks, trademarks and trade dress of Barnes & Noble.com and its licensors may not be used without prior written consent of Barnes & Noble.com or its licensor, as the case may be. Without limiting the foregoing, no Barnes & Noble.com trademark or trade dress may be used in connection with any product or service that is not Barnes & Noble.com's, in any manner that is likely to cause confusion among Users, or in any manner that disparages or discredits Barnes & Noble.com.

## III. CONTENT
*Proprietary Rights*
User acknowledges that the Barnes & Noble.com Site contains Content, including Digital Content, as that term is defined in Section XII below, that is protected by copyrights, trademarks, trade secrets, or other proprietary rights, and that these rights are valid and protected in all forms, media and technologies existing now or hereinafter developed. All Content, including Digital Content, is or may be copyrighted as a collective work under the U.S. copyright laws, and Barnes & Noble.com owns a copyright in the selection, coordination, arrangement, and enhancement of such Content on the Barnes & Noble.com Site. User may not modify, remove, delete, augment, add to, publish, transmit, participate in the transfer or sale of, create derivative works from, or in any way exploit any such Content, in whole or in part. If no specific restrictions are displayed, Users may make copies of select portions of the Content, exclusive of Digital Content and the Barnes & Noble eReader Software, provided that the copies are made only for User's personal use and that User maintains any notices contained in the Content, such as all copyright notices, trademark legends, or other proprietary rights notices. Except as provided in the preceding sentence or as permitted by the fair use privilege under the U.S. copyright laws (see, e.g., 17 U.S.C. Section 107), User may not upload, post, reproduce, or distribute in any way Content, including Digital Content and the Barnes & Noble eReader Software, protected by copyright, or other proprietary right, without obtaining permission of the owner of the copyright or other propriety right. In addition to the foregoing, use of any software Content shall be governed by these terms and any software license agreement accompanying such software.

*Third-Party Content*
Barnes & Noble.com is a distributor and not a publisher of Content, including Digital Content, as that term is defined in Section XII below, supplied by third parties and Users. Barnes & Noble.com has no editorial control over such Content. Barnes & Noble.com is not obligated to review Content, including Digital Content and User Created Content, as that term is defined in Section XIII below. Any opinions, advice, statements, services, offers, or other information that constitutes part of Content, including Digital Content and User Created Content, expressed or made available by third parties, including any other User, are those of the respective authors or distributors and not of Barnes & Noble.com or any Barnes & Noble.com Provider, unless expressly stated otherwise. Neither Barnes & Noble.com nor any Barnes & Noble.com Provider makes any representation, warranty or guarantee on the accuracy, completeness, or usefulness of any third party Content unless otherwise expressly stated. In many instances, the Content, including Digital Content and User Created Content, available through the Barnes & Noble.com Site represents the opinions and judgments of the third party that provides such Content. Under no circumstance shall either Barnes & Noble.com or any Barnes & Noble.com Provider be liable for any loss, damage or harm caused by a User's reliance on information obtained through the Barnes & Noble.com Site. It is the responsibility of User to evaluate the accuracy, completeness or usefulness of the information, opinion, advice, or Content, including Digital Content and User Created Content, available through the Barnes & Noble.com Site.

## IV. EXPORT

The Barnes & Noble eReader Software, is "commercial computer software" or "commercial computer software documentation." The U.S. Government's rights with respect to the Barnes & Noble eReader Software are limited by these Terms and Conditions of Use, pursuant to FAR Â§ 12.212(a) and/or DFARS Â§ 227.7202-1(a), as applicable. User agrees that by installing, copying, or otherwise using the Barnes & Noble eReader Software and the Barnes & Noble.com Site that: (i) User does not reside in a country subject to embargo or export controls by the U.S. Government; (ii) User is not on the List of Denied Persons as published by the U.S. government; and (iii) User will not use the Barnes & Noble eReader Software or the Barnes & Noble.com Site for any illegal purpose. Because the Barnes & Noble eReader Software, the Barnes & Noble.com Site, and related technical data are subject to U.S. export controls, User agrees that User shall not upload, export or "re-export" (transfer) the Barnes & Noble eReader Software or any Content, including Digital Content and User Created Content, unless User has complied with all applicable U.S. export controls.

## V. PRICES

The price for an item on the Barnes & Noble.com Site may differ from the price shown in a User's shopping cart â€' it is possible that such price may increase or decrease between the time the item is placed in a shopping cart and the time that the purchase is actually made. On rare occasions, an item may be priced incorrectly on the Barnes & Noble.com Site. If the price for the item on the Barnes & Noble.com Site is incorrect and is actually higher than the price provided at the time of purchase, then, at the sole discretion of Barnes & Noble, Barnes & Noble.com may either (i) contact the User for instructions before shipping the item or charging the User for such item; (ii) cancel the order for such item and notify the User of such cancellation; or (iii) ship the item at the incorrect price to the benefit of the User.

Please note that this policy regarding prices applies only to items sold and shipped by Barnes & Noble.com. Any purchases of Digital Content, as that Term is defined in Section XII below, or from any third-party sellers on the Barnes & Noble.com Site (e.g., sellers of products provided via Barnes & Noble BookQuest LLC) may be subject to different policies in the event of an incorrectly priced item.

## VI. RISK OF LOSS

With the exception of Digital Content, as that Term is defined in Section XII below, the risk of loss and title for all items purchased via the Barnes & Noble.com Site pass to the User upon delivery of the item to the carrier.

## VII. PRODUCT DESCRIPTION

The items offered for sale on the Barnes & Noble.com contain descriptions that are provided directly by the publisher, manufacturer, developer or distributor of such item. Barnes & Noble.com does not represent or warrant that the descriptions of such items are accurate or complete. IF A USER PURCHASES AN ITEM FROM BARNES & NOBLE.COM THAT IS NOT AS DESCRIBED ON THE BARNES & NOBLE.COM SITE, THE USER'S SOLE AND EXCLUSIVE REMEDY IS TO RETURN SUCH ITEM IN AN UNUSED CONDITION FOR A REFUND OF THE PURCHASE PRICE.

## VIII. AGE OF USERS

Our products and services are marketed for and directed towards purchase by adults or with the consent of adults. Individuals under the age of 18 ("Minors") are not permitted to use Barnes & Noble websites without the supervision of a parent or legal guardian. Furthermore, we do not knowingly collect or solicit personal information from children under the age of 13 or knowingly allow such persons to register for an online account or to post personal information on our websites. Should we learn that someone under the age of 13 has provided any personal information to or on any of the Barnes & Noble websites, we will remove that information as soon as possible.

## IX. TERMINATION OF USAGE

Barnes & Noble.com may issue a warning, temporarily suspend, indefinitely suspend or terminate any User's right to use or access all or any part of the Barnes & Noble.com Site including any account thereon, without notice, for any reason in Barnes & Noble.com's sole discretion, including without limitation violation of the Terms of Use, Barnes & Noble.com's belief that such access would violate any applicable law or would be harmful to the interests of, or potentially cause financial loss or legal liability to, Barnes & Noble.com, any Barnes & Noble.com Provider or another User.

In certain cases, in Barnes & Noble.com's sole discretion, Barnes & Noble.com may provide written notice (a "Restriction Notice") to a User (a "Restricted User") to inform such Restricted User that (i) his or her right to use or access any part of the Barnes & Noble.com Site has been terminated including the right to use, access or create any account thereon; (ii) that Barnes & Noble.com refuses to provide any services to such Restricted User; and (iii) any subsequent orders placed by a Restricted User will be subject to cancellation. Other conditions may apply and shall be set forth in the Restriction Notice.

## X. INDEMNITY

User agrees to indemnify and hold Barnes & Noble.com and each Barnes & Noble.com Provider harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out

of such User's use of the Barnes & Noble.com Site, the Barnes & Noble eReader Software as that term is defined in Section XII below, the Barnes & Noble.com Services, breach of the Terms of Use or User's violation of any law or the rights of a third party.

## XI. PASSWORD AND ACCOUNT SECURITY

Every User that has an account on the Barnes & Noble.com Site is responsible for (i) keeping his or her account password confidential and secured, (ii) avoiding unauthorized access to such User's computer; and (iii) keeping the e-mail address associated with that account current (User acknowledges that it is important to keep the e-mail address associated with his or her account current because although the User may be able to log into his or her Barnes & Noble.com account using an old e-mail address, such User will not receive messages from Barnes & Noble.com about his or her orders and inquiries or other matters).

User accepts full responsibility for all activities that occur within such User's Barnes & Noble.com account or within the Barnes & Noble.com interactive community.

## XII. DIGITAL CONTENT

Barnes & Noble.com offers Users the ability to purchase or download digital content, such as eBooks, digital magazines, digital newspapers, digital journals and other periodicals, blogs, applications (including applications developed by Barnes & Noble or third parties), and other digital content as determined by Barnes & Noble.com from time to time from and through the Barnes & Noble.com Site (individually and collectively, "Digital Content"). Barnes & Noble.com grants you a limited, nonexclusive, revocable license to access and make personal, non-commercial use of the Digital Content in accordance with these Terms of Use.

Users may generally browse, preview, or search Digital Content without having to purchase or download the Digital Content. In order to be able to purchase and/or download Digital Content, a User must first open a Barnes & Noble.com account; provide valid credit card information and the User's billing address to Barnes & Noble.com; and install Barnes & Noble's eReader software application (the "Barnes & Noble eReader Software") onto their computer or electronic reading device(s), if such Barnes & Noble eReader Software is not already preloaded. At the time of installation, Barnes & Noble grants User a non-exclusive, revocable license to download and make personal, non-commercial use of the Barnes & Noble eReader Software solely for the purpose of downloading, purchasing, accessing, reading and using Digital Content, all subject to the terms of the Barnes & Noble eReader Software End User License Agreement. Use of your Barnes & Noble eReader device, on which the Barnes & Noble eReader Software is preloaded, is subject to Barnes & Noble eReader device Terms of Service. You must register your nookâ„¢ by logging into your Barnes & Noble.com account from your Barnes & Noble eReader device prior to purchasing and/or downloading Digital Content.

Barnes & Noble.com reserves the right to automatically update, modify and/or reinstall the Barnes & Noble eReader Software. The Barnes & Noble eReader Software is subject to restriction and/or revocation for security purposes or other purposes as determined by Barnes & Noble.com.

There may be separate end user license agreements you may need to accept in connection with specific hardware or software you may use to interact with the Barnes & Noble eReader Software. Your failure to accept and agree to the terms of those agreements may prevent, restrict and/or limit your ability to use the Barnes & Noble eReader Software.

Your purchased Digital Content will be stored in, or accessible from, your NOOK Library on the Barnes & Noble.com Site. You can access your NOOK Library by signing into your Barnes & Noble.com account. You may also transfer the Digital Content from your NOOK Library to no more than a total of six (6) other electronic devices that you own. You may not transfer the Digital Content from one electronic reading device to another without maintaining the applicable digital rights management solution for that Digital Content. You may not bypass, modify, defeat or circumvent any of the security features, special rules or other applications that protect the Digital Content.

Only certain eBooks are eligible for lending. eBooks with an icon on their product pages indicate their eligibility for lending and will also have a "LendMeâ„¢" link in the customer's NOOK Library, once purchased. Under the LendMeâ„¢ feature, a customer who has purchased an eBook on the Barnes & Noble.com Site may loan that eBook to only one person. Currently, the maximum number of times that an eBook can be lent is once per eBook title for a period of up to 14 days. During the lending period, the loaned eBook will be disabled in the lending customer's NOOK Library. After the lending period has expired, the eBook will be re-enabled in the lending customer's NOOK Library. The borrower must have a Barnes & Noble.com account with a default credit card payment method for accessing the borrowed eBook. The borrower cannot lend the borrowed eBook to another person. Upon the expiration of the 14 day lending period, the loaned eBook will be disabled in the borrower's NOOK Library and the borrower will no longer be able to access it. The borrower cannot archive or delete a borrowed eBook. The borrower can only return the borrowed eBook to the lending customer. The borrower will be allowed to return the loaned eBook to the lending customer prior to the expiration of the 14 day lending period. The following types of Digital Content

are not eligible for lending: digital audio books, digital magazines, digital newspapers, free eBook samples and Google books. Please note that customers who have the eReader Software installed prior to November 30, 2009, will need to upgrade the eReader Software in order to take full advantage of the LendMeâ„¢ feature. [Click here to upgrade.]

Digital Content is only available for purchase by Users with a credit card that has a United States billing address. By opening a Barnes & Noble.com account for Digital Content, you represent and warrant to Barnes & Noble.com that you reside in the United States and that you are capable of entering a contract under the laws of the United States.

Barnes & Noble.com reserves the right to modify or discontinue the offering of any Digital Content at any time. If a unit of Digital Content becomes unavailable prior to download but after purchase, your sole and exclusive remedy is the refund of the purchase price paid for such Digital Content. Some Digital Content may not remain available for re-download from your NOOK Library, if for example, the publisher of the Digital Content no longer retains the rights or other licenses, consents or permissions to that Digital Content. Digital Content already downloaded to your device[s] will not be affected.

You may not (i) modify, alter, duplicate, reproduce, copy, distribute copies of, disassemble, reverse engineer, emulate, decompile, or tamper with the Barnes & Noble eReader Software or Digital Content; (ii) create derivative works from or of the Barnes & Noble eReader Software or Digital Content; (iii) bypass, modify, tamper, defeat or circumvent any of the security components, special rules or other applications that protect the Barnes & Noble eReader Software or Digital Content; (iv) use any robot, spider, data miner, crawler, scraper or other automated means to access or index the Digital Content or any portion thereof, including but not limited to any metadata associated with the Digital Content; or (v) rent, loan, lease, sublicense, transfer, network, reproduce, display, distribute, or otherwise make any of the Digital Content available to any third party.

## XIII. INTERACTIVE COMMUNITY

The Barnes & Noble.com Site offers numerous opportunities for interactive activities, which enable Users to communicate with each other directly, or which enable Users to post information and other material that will be visible to other Users of those services ("Interactive Community"). This Section XIII, Interactive Community, applies to the activities of persons who are using interactive services on the Site ("Interactive Community Users"). The scope of these services may change from time to time, with or without notice. You are using Interactive Community services if you view or participate in the Barnes & Noble Book Clubs, post a review, create a list, create a profile, submit any User Created Content, as defined below, or otherwise participate in any interactive feature.

Interactive Community services may be used only for lawful purposes in accordance with these Terms of Use. If you are using any Barnes & Noble.com Interactive Community services, and post, publish or communicate any information, data, software, photographs, graphs, videos, typefaces, graphics, music, sounds, and other material on through the Interactive Community services, please choose carefully the information that you post and/or provide to other Users ("User Created Content"). User is prohibited from posting on or transmitting through the Barnes & Noble.com Site any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, sexually explicit, profane, hateful, racially, ethnically, or otherwise objectionable material of any kind, including but not limited to any material that encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violate any applicable law. Barnes & Noble.com reserves the right, in its sole discretion, to reject, refuse to post or remove any posting or other User Created Content (including private messages) by you, or to deny, restrict, suspend, or terminate access to all or any part of the Interactive Community services at any time, for any or no reason, with or without prior notice or explanation, and without liability.

Barnes & Noble.com reserves the right, in its sole discretion, to remove your profile and/or deny, restrict, suspend, or terminate your access to all or any part of the Interactive Community services for any reason.

If you become aware of misuse of the Interactive Community services, including any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, sexually explicit, profane, hateful, racially, ethnically, or otherwise objectionable material of any kind, material that encourages conduct that would constitute a criminal offense, give rise to civil liability, or otherwise violates any applicable law, please activate the Flag feature on the page in question.

Notwithstanding the foregoing, Barnes & Noble.com assumes no responsibility for ongoing monitoring of the Barnes & Noble.com Site or for removal or editing of any User Created Content, even after receiving notice. Barnes & Noble.com assumes no liability for any action or inaction with respect to conduct, communication, or User Created Content within the Interactive Community.

The Barnes & Noble.com online interactive community is not designed for use by Minors. No children under the age of 13 are permitted to register or create user profiles; and individuals ages 13 through 18 must

participate in the community only under the supervision of a parent or legal guardian. Numerous informational and commercial resources (such as computer hardware, software, or filtering services) are available to help parents keep their children safe online. If you are interested in learning more about these resources, information is available at many sites providing information on such protections. Barnes & Noble.com does not specifically sponsor or endorse any of these sites or their services.

You may not post User Created Content that: involves the transmission of "junk mail," "chain letters," or unsolicited mass mailing, instant messaging, "spimming," or "spamming"; contains restricted or password only access pages or hidden page or images (those not linked to or from another accessible page); solicits passwords or personal identifying information for commercial or unlawful purposes from other Users; involves commercial activities and/or sales such as contests, sweepstakes, barter, advertising, or pyramid schemes; includes a photograph or video of another person that you have posted without that person's consent; circumvents or modifies, or attempts to circumvent or modify, or encourages or assists any other person in circumventing or modifying any security technology or software that is part of the Barnes & Noble.com Site; involves the use of viruses, bots, worms, or any other computer code, files or programs that interrupt, destroy or limit the functionality of any computer software or hardware, or otherwise permit the unauthorized use of or access to a computer or a computer network; covers or obscures the banner advertisements on your personal profile page; involves any automated use of the Barnes & Noble.com Site, such as, but not limited to, using scripts to add friends or send comments or messages; interferes with, disrupts, or creates an undue burden on the Barnes & Noble.com Site or the networks or services connected to the Interactive Community services; impersonates or attempts to impersonate another Interactive Community User, person or entity; uses the account, username, or password of another Interactive Community User at any time or discloses your password to any third party or permits any third party to access your account; sells or otherwise transfers your profile; uses any information obtained from the Barnes & Noble.com Site in order to harass, abuse, or harm another person or entity, or attempting to do the same.

Interactive Community Users may upload to or otherwise submit to Barnes & Noble.com for distribution on the Barnes & Noble.com Site only (i) User Created Content that is not subject to any copyright or other proprietary rights restrictions; or (ii) User Created Content in which the owner or licensor has given express authorization for Barnes & Noble.com to distribute over the Internet. You may not upload, embed, post, e-mail, transmit or otherwise make available any material that infringes any copyright, patent, trademark, trade secret or other proprietary rights of any person or entity. Any copyrighted or other proprietary User Created Content distributed with the consent of a copyright owner should contain a phrase such as "Copyright, owned by [name of owner]; used by permission." Barnes & Noble.com is entitled to presume that all User Created Content conforms to the foregoing requirements. The unauthorized submission of copyrighted or other proprietary User Created Content is illegal and could subject the User to personal liability for damages in a civil suit as well as criminal prosecution. Interactive Community Users assume all liability for any damage resulting from any infringement of copyrights or proprietary rights, or from any other harm arising from an unauthorized submission or submission of User Created Content. Barnes & Noble.com assumes no liability for any damage resulting from any infringement of copyrights or proprietary rights, or from any other harm arising from any User Created Content. By submitting User Created Content within the Interactive Community, Interactive Community Users automatically grant, or represent and warrant that the owner or authorized licensor of such User Created Content has expressly granted Barnes & Noble.com, the royalty-free, perpetual, irrevocable, right and license to use, reproduce, publish, translate, sublicense, copy, modify, delete, enhance and distribute the User Created Content in whole or in part worldwide and/or to incorporate such User Created Content in other works in any form, media, or technology now known or hereafter developed for the full term of any copyright that may exist in such User Created Content. Subject to this grant, the licensor of User Created Content submitted to Barnes & Noble.com retains any and all rights which may exist in such User Created Content.

## XIV. NOTICES

User consents to receive electronic communications from Barnes & Noble.com, whether addressed to the e-mail address associated with such User's Barnes & Noble.com account or posted on the Barnes & Noble.com Site. User acknowledges and agrees that any communication via e-mail or by postings on this Barnes & Noble.com Site satisfies any legal requirement that such communications be made in writing.

## XV. DISCLAIMERS AND LIMITATION OF LIABILITY

Barnes & Noble.com is not responsible for and makes no warranties, express or implied, as to any Content appearing on or accessed through the Site, including without limitation, any Digital Content and User Created Content or the accuracy and reliability of the Content, including Digital Content and User Created Content, posted on the Barnes & Noble.com Site or through the Barnes & Noble.com Services, whether caused by Users of the Barnes & Noble.com Site or the Barnes & Noble.com Services or by any of the equipment or programming associated with or utilized in the Barnes & Noble.com Site or the Barnes & Noble.com Services, including the Barnes & Noble eReader Software. Content, including Digital Content and User Created Content, does not necessarily reflect the opinions or policies of Barnes & Noble.com. Profiles and third party applications created and posted by Users on the Barnes & Noble.com Site may contain links to other websites. Barnes & Noble.com is not responsible for the content, accuracy or opinions

expressed on such websites, and such websites are not necessarily investigated, monitored or checked for accuracy or completeness by Barnes & Noble.com. Inclusion of any linked website on the Barnes & Noble.com Services does not imply approval or endorsement of the linked website by Barnes & Noble.com. When you access these third party sites, you do so at your own risk. Barnes & Noble.com takes no responsibility for third party advertisements or third party applications that are posted on or through the Barnes & Noble.com Site or the Barnes & Noble.com Services, nor does it take any responsibility for the goods or services provided by its advertisers. Barnes & Noble.com is not responsible for the conduct, whether online or offline, of any User of the Barnes & Noble.com Site or the Barnes & Noble.com Services. Barnes & Noble.com assumes no responsibility for any error, omission, interruption, deletion, defect, delay in operation or transmission, communications line failure, theft or destruction or unauthorized access to, or alteration of, any User communication. Barnes & Noble.com is not responsible for any problems or technical malfunction of the Barnes & Noble eReader Software, or any telephone network or lines, computer online systems, servers or providers, computer equipment, software, failure of any e-mail or players due to technical problems or traffic congestion on the Internet or on any of the Barnes & Noble.com Services or combination thereof, including any injury or damage to Users or to any person's computer related to or resulting from participation or downloading materials in connection with the Barnes & Noble.com Site or Services. Under no circumstances shall Barnes & Noble.com be responsible for any loss or damage, including personal injury or death, resulting from use of the Barnes & Noble.com Site or Services, from any Content, including Digital Content and User Created Content, posted on or through the Barnes & Noble.com Services, from the Barnes & Noble eReader Software, or from the conduct of any Users of the Barnes & Noble.com Site or Barnes & Noble.com Services, whether online or offline.

The Barnes & Noble.com Site and the Barnes & Noble eReader Software are provided by Barnes & Noble.com on an "as is" and "as available" basis. To the fullest extent permissible by applicable law, each Barnes & Noble.com provider disclaims all implied warranties, including but not limited to, implied warranties of merchantability and fitness for a particular purpose.

Without limiting the foregoing, neither Barnes & Noble.com nor any Barnes & Noble.com Provider makes any representation or warranty of any kind, express or implied: (i) as to the operation of the Barnes & Noble.com Site, or the information, Content, including Digital Content and User Created Content, the Barnes & Noble eReader Software, and materials or products included thereon; (ii) that the Barnes & Noble.com Site or the Barnes & Noble eReader Software will be uninterrupted or error-free; (iii) as to the accuracy, reliability, or currency of any information, Content, including Digital Content and User Created Content, service, the Barnes & Noble eReader Software, or merchandise provided through the Barnes & Noble.com Site; or (iv) that the Barnes & Noble.com Site, its servers, the Barnes & Noble eReader Software, Content, including Digital Content and User Created Content, or e-mails sent from or on behalf of Barnes & Noble.com are free of viruses, scripts, trojan horses, worms or other harmful components.

Barnes & Noble.com does not guarantee the continuous, uninterrupted or secure access to the Barnes & Noble.com Site, the Barnes & Noble eReader Software, or any related services. The operation of the Barnes & Noble.com Site and the Barnes & Noble eReader Software may be interfered with by numerous factors outside the control of Barnes & Noble.com.

Under no circumstances shall Barnes & Noble.com or any Barnes & Noble.com Provider be liable for any damages that result from the use of or inability to use the Barnes & Noble.com Site, including but not limited to reliance by a User on any information obtained from the Barnes & Noble.com Site or that result from mistakes, omissions, interruptions, deletion of files or e-mail, errors, defects, viruses, delays in operation or transmission, or any failure of performance, whether or not resulting from acts of god, communications failure, theft, destruction, or unauthorized access to Barnes & Noble.com's records, programs, or services. User hereby acknowledges that this paragraph shall apply to all Content, including Digital Content and User Created Content, the Barnes & Noble eReader Software, merchandise, and services available through the Barnes & Noble.com Site.

Neither Barnes & Noble.com nor any Barnes & Noble.com Provider will be liable for any indirect, incidental, special or consequential damages arising from the use of the Barnes & Noble.com Site, the Barnes & Noble eReader Software, or the purchase or download of any Content, including Digital Content, or product therefrom, even if Barnes & Noble.com or any Barnes & Noble.com Provider have been advised of the possibility of such damages.

Certain state laws do not allow limitations on implied warranties or the exclusion or limitation of certain damages. If these laws apply to a User, some or all of the above disclaimers, exclusions, or limitations may not apply to such User, and such User may have additional rights.

## XVI. SEVERABILITY

The provisions of these Terms of Use are intended to be severable. If for any reason any provision of these Terms of Use shall be held invalid or unenforceable in whole or in part in any applicable jurisdiction, such provision shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability

without in any manner affecting the validity or enforceability thereof in any other jurisdiction or the remaining provisions hereof in any jurisdiction. The failure of Barnes & Noble.com to exercise or enforce any right or provision of these Terms of Use shall not operate as a waiver of such right or provision.

## XVII. APPLICABLE LAW; JURISDICTION

The Barnes & Noble.com Site is created and controlled by Barnes & Noble.com in the State of New York. The laws of the State of New York will govern the Terms of Use, without giving effect to any principles of conflicts of laws.

Each of Barnes & Noble.com and User agrees to submit to the nonexclusive personal jurisdiction of the courts located within New York County, New York and waives any objection to the laying of venue of any litigation in said courts.

## XVIII. DISPUTE RESOLUTION

Any claim or controversy at law or equity that arises out of the Terms of Use, the Barnes & Noble.com Site or any Barnes & Noble.com Service (each a "Claim"), shall be resolved through binding arbitration conducted by telephone, online or based solely upon written submissions where no in-person appearance is required. In such cases, the arbitration shall be administered by the American Arbitration Association under its Commercial Arbitration Rules (including without limitation the Supplementary Procedures for Consumer-Related Disputes, if applicable), and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.

Alternatively, at Barnes & Noble.com's sole option, a Claim (including Claims for injunctive or other equitable relief) may be adjudicated by a court of competent jurisdiction located in New York County, New York.

Any Claim shall be arbitrated or litigated, as the case may be, on an individual basis and shall not be consolidated with any Claim of any other party whether through class action proceedings, class arbitration proceedings or otherwise.

You are solely responsible for your interactions with other Users. Barnes & Noble.com reserves the right, but has no obligation, to become involved in any way with disputes between you and other Users.

Each of the parties hereby knowingly, voluntarily and intentionally waives any right it may have to a trial by jury in respect of any litigation (including but not limited to any claims, counterclaims, cross-claims, or third party claims) arising out of, under or in connection with these Terms of Use. Further, each party hereto certifies that no representative or agent of either party has represented, expressly or otherwise, that such party would not in the event of such litigation, seek to enforce this waiver of right to jury trial provision. Each of the parties acknowledges that this section is a material inducement for the other party entering into these Terms of Use.

## XIX. DIGITAL MILLENNIUM COPYRIGHT ACT.

The Digital Millennium Copyright Act of 1998 (the "DMCA") provides recourse for copyright owners who believe that material appearing on the Internet infringes their rights under U.S. copyright law. If you believe in good faith that materials hosted by Barnes & Noble.com, including Digital Content and User Created Content, infringe your copyright, you (or your agent) may send Barnes & Noble.com a notice requesting that the material be removed or access to it blocked. The notice must include the following information (a) a physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed; (b) identification of the copyrighted work claimed to have been infringed (or if multiple copyrighted works located on this website are covered by a single notification, a representative list of such works); (c) identification of the material that is claimed to be infringing or the subject of infringing activity, and information reasonably sufficient to allow Barnes & Noble.com to locate the material on the Barnes & Noble.com Site; (d) the name, address, telephone number and e-mail address (if available) of the complaining party; (e) a statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent or the law; and (f) a statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. If you believe in good faith that a notice of copyright infringement has been wrongly filed against you, the DMCA permits you to send Barnes & Noble.com a counter-notice. Notices and counter-notices must meet the then-current statutory requirements imposed by the DMCA; see http://www.loc.gov/copyright for details. Notices and counter-notices with respect to this website should be sent to: Teresita Rodriguez, Director-Legal Affairs, Barnesandnoble.com LLC, 76 Ninth Avenue, New York, New York 10011, at DMCANOTICE@Barnesandnoble.com. Barnes & Noble.com suggests that you consult your legal advisor before filing a notice or counter-notice. Also, be aware that there can be penalties for false claims under the DMCA.

## XX. ADDITIONAL TERMS AND CONDITIONS

In addition to the policies and guidelines located throughout the Barnes & Noble.com Site, the following policies are incorporated into the Terms of Use:

- Copyright Policy: http://www.barnesandnoble.com/include/copyright.asp (also accessible via a link on the bottom of the Barnes & Noble.com Site pages)
- Privacy Policy: http://www.barnesandnoble.com/help/cds2.asp?PID=25560 (also accessible via a link on the bottom of the Barnes & Noble.com Site pages)

### XXI. ACKNOWLEDGMENT

The Terms of Use, including all documents referenced herein, represents the entire understanding between User and Barnes & Noble.com regarding User's relationship with Barnes & Noble.com and supersedes any prior statements or representations. Headings used in the Terms of Use are for reference only and shall not affect the meaning of any terms. "Including" means "including, without limitation."

### XXII. MODIFICATION

Barnes & Noble.com reserves the right to make changes to the Barnes & Noble.com Site, posted policies and Terms of Use at any time without notice or liability. These terms were last revised on April 18, 2011. Click here to see a prior version of the Terms of Use.

**Additional terms**

Be in the Know.

Sign up for savings, news, updates.

Please enter a valid email address.
We're having trouble saving your address. Please try again.
Thank you. A welcome email has been sent.



GO

GO

GO

Read What You Love.

Anywhere You Like.

NOOK for iPad™
NOOK for iPhone®
NOOK for Android™
NOOK for PC™
NOOK for Mac™
Learn More ›

Keep Up with BN's Buzz.

On Facebook, Twitter or RSS

---

**B&N Services**

About B&N    Investor Relations    Barnes & Noble, Inc.    Careers at BN.com
Affiliate Network    Publisher & Author Guidelines    B&N Membership    Advanced Search
B&N MasterCard    Bulk Order Discounts    B&N Bookfairs    My B&N

**Shipping & Delivery**

About Free Shipping    About Shipping    Shipping Rates    Store Returns

**Quick Help**

Customer Service    Order Status    Easy Returns    All Help Topics    Sitemap

Terms of Use, Copyright, and Privacy Policy

© 1997-2011 Barnesandnoble.com llc

## Cancel My Changes

Close

**Are you sure you want to cancel the changes you've made to this review?**

