UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC) |
| This Document Relates to:<br><br>ALL ACTIONS | |

**DECLARATION OF ALLISON SHEEDY IN SUPPORT OF THE MOTION TO STAY
PROCEEDINGS AND COMPEL ARBITRATION BY
DEFENDANT PENGUIN GROUP (USA), INC.**

I, Allison Sheedy, under penalty of perjury and on oath, duly declare and state as follows:

1.      I am an attorney licensed to practice law in Washington, D.C. and am counsel at the law firm of Akin Gump Strauss Hauer & Feld, LLP, attorneys for Penguin Group (USA), Inc in the above-captioned matter. I submit this Declaration in Support of the Motion to Stay Proceedings and Compel Arbitration by Defendant Penguin Group (USA), Inc.

2.      I have full knowledge of the facts set forth herein.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the **Amazon Kindle License Agreement and Terms of Use,** last revised September 28, 2011, retrieved from the following website on March 2, 2012:  http://www.amazon.com/gp/help/customer/display.html /ref=hp_left_sib?ie=UTF8&nodeId=200506200.

2.      Attached hereto as **Exhibit B** is a true and correct copy of the **Barnes & Noble Terms and Conditions of Use**, last revised April 18, 2011, retrieved from the following website on March 1, 2012:  http://www.barnesandnoble.com/include/terms_of_use.asp.

3.      Attached hereto as **Exhibit C** is a true and correct copy of the **Amazon Kindle License Agreement and Terms of Use**, dated January 19, 2010, retrieved from the following website on March 2, 2012:  http://web.archive.org/web/20100119202731/http:// www.amazon.com/gp/help/customer/display.html?nodeId=200399690.

4.      Attached hereto as **Exhibit D** is a true and correct copy of the **Barnes & Noble Terms and Conditions of Use**, dated March 30, 2010, retrieved from the following website on March 2, 2012:  http://web.archive.org/web/20100330023445/http://www.barnesandnoble.com/ include/terms_of_use.asp.

I declare the forgoing is true and correct to the best of my ability.

Signed and dated this 2nd day of March 2011.

By: _____/s/_____

ALLISON SHEEDY