USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/2012

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | 11-md-02293 (DLC) <br> ECF Case |
| This Document Relates to: | |
| THE STATE OF TEXAS; et al., <br><br> Plaintiffs, <br> v. <br> PENGUIN GROUP (USA) INC.; <br> HOLTZBRINCK PUBLISHERS, LLC <br> d/b/a MACMILLAN; and <br> APPLE INC.; <br><br> Defendants. | Civil Action No. 12-cv-03394 (DLC) |

### [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE SIMON & SCHUSTER, INC. AND SIMON & SCHUSTER DIGITAL SALES, INC.

Having reviewed the Joint Motion to dismiss without prejudice Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. as defendants in *State of Texas v. Penguin Group (USA), Inc.*, Civil Action No. 12-cv-03394 (DLC), and the memorandum in support filed therewith, the Joint Motion to dismiss without prejudice is GRANTED.

SO ORDERED.

Dated: _May 15_, 2012.

_____
Hon. Denise L. Cote
United States District Judge