USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9/4/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC) |
| --- | --- |
| This Document Relates to:<br><br>ALL ACTIONS | ECF Case |

**STIPULATION TO EXTEND TIME TO RESPOND TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

WHEREAS, Hachette Book Group, Inc., Hachette Digital, Inc., Hachette Livre SA, HarperCollins Publishers, Inc., Simon & Schuster, Inc., and Simon & Schuster Digital Sales, Inc. (the "Settling Defendants") have been operating under a stay ordered by the Court;

WHEREAS, the stay expired on August 10, 2012, and the Settling Defendants are now subject to an obligation to respond to the Consolidated Amended Class Action Complaint (the "Complaint") in *In re Electronic Books Antitrust Litigation*, MDL Docket No. 2293;

WHEREAS, the Settling Defendants have executed *parens patriae* settlement agreements with 49 states, 5 territories and the District of Columbia;

WHEREAS, the Settling Defendants have been focused on their *parens patriae* settlement, which will be submitted for preliminary approval by August 29, 2012, and desire additional time to prepare responses to the Complaint;

WHEREAS, Class Counsel has consented to a response date of September 14, 2012, which will not interfere with any other scheduled dates in this Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Settling Defendants, subject to the approval of the Court, as follows:

Settling Defendants' time to answer, move or otherwise respond to the Complaint is hereby extended to September 14, 2012.

Dated: August 28, 2012

S. Berman /PME

Steve Berman (steve@hbsslaw.com)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

*Attorneys for Plaintiffs*

Paul M. Eckles

Shepard Goldfein (shepard.goldfein@skadden.com)
Clifford H. Aronson (clifford.aronson@skadden.com)
Paul M. Eckles (paul.eckles@skadden.com)
C. Scott Lent (scott.lent@skadden.com)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

*Attorneys for Defendant HarperCollins Publishers L.L.C.*

W. Stuart /PME

Walter B. Stuart
Samuel J. Rubin
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
walter.stuart@freshfields.com
samuel.rubin@freshfields.com

*Attorneys for Defendants Hachette Book Group, Inc., Hachette Livre SA and Hachette Digital, Inc.*

Y. Buchweitz /PME

James W. Quinn
Yehudah L. Buchweitz
**WEIL, GOTSHAL, & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
james.quinn@weil.com
yehudah.buchweitz@weil.com

Helene D. Jaffee
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, New York 10036-8299
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
hjaffe@proskauer.com

Martha E. Gifford
**LAW OFFICE OF MARTHA E. GIFFORD**
137 Montague Street #220
Brooklyn, New York 11201
Telephone: (718) 858-7571

So ordered.

Denise Cote

Sept. 4, 2012

giffordlaw@mac.com

*Attorneys for Defendants Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc.*

SO ORDERED, at New York, N.Y.,

August ____, 2012

______________________________

Hon. DENISE COTE
United States District Judge