

**MIKE DEWINE**
★ OHIO ATTORNEY GENERAL ★

Antitrust Section
Office 614-466-4328
Fax 614-995-0266

150 E. Gay Street, 23rd Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

**MEMO ENDORSED**

August 27, 2012

*Via Electronic Mail*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2012
```

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
Room 1610
500 Pearl Street
New York, New York 10007

Re:   *In re: Electronic Books Antitrust Litig.*, No. 11-md-02293-DLC (S.D.N.Y.)

Dear Judge Cote:

As we previously reported to the Court, the State Attorneys General's Settlement Committee will, on August 29, 2012, file a complaint against Hachette, Harper Collins and Simon & Schuster, and a concomitant motion for preliminary approval of each settlement with these three publishers. During the course of preparing the documents, it has become apparent that providing the Court a fulsome description of the settlements and their merits, the operation of the States' proposed consumer notice and distribution plans, and the legal precedent applicable to the Court's consideration of the settlements, will require a memorandum of law in excess of the 25 page limit established by the Court's Individual Practices 3.B.

Accordingly, we respectfully request that the Court permit us to file a brief up to 32 pages in length. We will endeavor to be as concise as possible, but prudence suggests that we anticipate a brief of this length. Given that the motion concerns the disposition of the entire case, not just one isolated legal issue, we believe that this request is warranted.

Sincerely,

*Doreen C. Johnson*

Doreen C. Johnson
Assistant Chief, Antitrust Section
Office of Ohio Attorney General Mike DeWine

Granted.

*Denise Cote*
Sept. 4, 2012

The Honorable Denise L. Cote
August 27, 2017
Page Two


Rebecca Fisher
Senior Assistant Attorney General
Antitrust Section
Office of the Attorney General of Texas

Gary M. Becker
Assistant Attorney General
Office of the Connecticut Attorney General