USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: ELECTRONIC BOOKS ANTITRUST         :   11 MD 2293 (DLC)
LITIGATION                                :
                                          :   Related to all
                                          :   matters
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :
              Plaintiffs,                 :
                                          :
         -v-                              :   12 Civ. 2826 (DLC)
                                          :
APPLE INC., et al.                        :
              Defendants                  :
                                          :
----------------------------------------- X
                                          :
THE STATE OF TEXAS, et al.,               :
              Plaintiffs,                 :
                                          :
         -v-                              :   12 Civ. 3394 (DLC)
                                          :
PENGUIN GROUP (USA) INC., et al.          :
              Defendants                  :
----------------------------------------- X
                                          :
THE STATE OF TEXAS, et al.,               :
              Plaintiffs,                 :
                                          :
         -v-                              :   12 Civ. 6625 (DLC)
                                          :
HACHETTE BOOK GROUP INC., et al.          :       ORDER
              Defendants                  :
                                          :
----------------------------------------- X

DENISE COTE, District Judge:

On August 29, 2012, the plaintiff states in The State of Texas, et al. v. Hachette Book Group Inc., et al., 12 Civ. 6625 (DLC), filed a Motion for Preliminary Approval of Settlements and Proposed Notice and Distribution Plan. It is hereby

ORDERED that a telephone conference regarding the August 29 motion will be held on **September 10, 2012** at **4:00 P.M.**

IT IS FURTHER ORDERED that any parties in the above-captioned actions who wish to appear at the September 10 telephone conference shall contact the offices of plaintiff states' liaison counsel, Rebecca Fisher, the State of Texas Attorney General's Office, P.O. Box 12548, Austin, TX 78711, 512-463-1265.

Dated:   New York, New York
         September 6, 2012

                              _____
                              DENISE COTE
                              United States District Judge