

ATTORNEY GENERAL OF TEXAS
GREG ABBOTT

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2012
```

September 13, 2012

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Via Email

Re:   *State of Texas, et al. v. Hachette Book Group, Inc., et al.*, Case No. 12-cv-6625 (DLC) *(consolidated with In re Electronic Books Antitrust Litig.*, No. 11-md-02293(DLC))

Dear Judge Cote:

In response to comments you made during our call yesterday, Plaintiff States revised and attach (to the cover email for this letter) the following revised documents:

1) Exhibits A, B, and D to the Notice Plan (Appendix H to Memorandum in Support of Plaintiff States' Motion for Preliminary Approval of Settlements and Proposed Consumer Notice and Distribution Plans);
2) The Proposed Order for Preliminary Approval (Appendix J to the Memorandum in Support); and
3) The Claim Form and the Exclusion Form referred to in the various notices.

Your Honor has also requested that the States provide you with a proposed schedule of dates for purposes of the Order Preliminarily Approving Proposed Settlements.

The Proposed Order provides that the Notice Period is to commence 30 days after the entry of the Preliminary Approval Order. Assuming entry of the Order today, the Notice Period would begin on October 13th. Because that date is a Saturday, the States propose that the Notice Period commence on Monday, October 15, 2012.

The Notice Period, which includes the date by which objections to and exclusions from the Settlements, as well as submission of claims, must be submitted, is 60 days after the commencement of the Notice Period. As such, the deadline for objections, exclusions and claims would be Friday, December 12, 2012.

The Settlement Agreements provide that the States' Motion for Final Approval of the Settlements shall be submitted within 45 days of the end of the Notice Period, which is, under this schedule, Monday, January 28, 2013. Paragraph 20 of the proposed Preliminary Approval Order requires the Final Approval papers be submitted at least ten calendar days before the

Fairness Hearing, which would be February 7, 2013. Therefore, the Plaintiff States request that this Court schedule the Fairness Hearing for February 7, or such later date as fits the Court's schedule.

Paragraph 17 of the Proposed Order calls for a date by which eligible consumers are to file notice of appearance for the Fairness Hearing. The Plaintiff States propose that the deadline be the same date as the States' Motion for Final Approval, January 28, 2013.

Respectfully,

Rebecca Fisher
Senior Assistant Attorney General
Consumer Protection Division
Antitrust Section
Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1265 direct line
(512) 320-0975 facsimile
Rebecca.Fisher@texasattorneygeneral.gov

cc: Counsel for Plaintiff States
    Counsel for Defendants