AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| In re: Electronic Books Antitrust Litigation ) | |
|---|---|
| *Plaintiff* ) | |
| v. ) | Case No. 11-md-2293 and 12-cv-6625(DLC) |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The State of Florida

Date: 10/09/2012

*Attorney's signature*

Lizabeth A. Brady (LL9699)
*Printed name and bar number*

Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-
*Address*

Liz.Brady@myfloridalegal.com
*E-mail address*

(850) 414-3851
*Telephone number*

(850) 488-9134
*FAX number*