

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019<br>(212) 839 5300<br>(212) 839 5599 FAX<br><br>jmitnick@sidley.com<br>(212) 839 5871 | BEIJING     LOS ANGELES<br>BRUSSELS   NEW YORK<br>CHICAGO    PALO ALTO<br>DALLAS      SAN FRANCISCO<br>FRANKFURT  SHANGHAI<br>GENEVA     SINGAPORE<br>HONG KONG  SYDNEY<br>HOUSTON    TOKYO<br>LONDON     WASHINGTON, D.C.<br><br>FOUNDED 1866 |



RECEIVED OCT 17 2012 CHAMBERS OF DENISE COTE

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 10/18/12

October 17, 2012

**BY ELECTRONIC MAIL**

The Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York 10007-1312

    Re:    *United States v. Apple, Inc., et al.*, 11-CV-022826 (DLC) (ECF), et al.

<span style="color:red">file in 12-cv-2826<br>also file in 11-md-2293</span>

Dear Judge Cote:

    I write on behalf of defendants Holtzbrinck Publishers, LLC d/b/a Macmillan ("Macmillan") and Verlagsgruppe Georg von Holtzbrinck GmbH ("VGvH") in response to the letters submitted on October 15, 2012 by the Department of Justice and the Plaintiff States. At a conference with all parties on October 9, 2012, Your Honor directed the Department of Justice and the Plaintiff States to provide the Court and Defendants with a clear statement as to whether they plan to challenge the bona fides of the agency distribution contracts between the Publisher Defendants and Apple for the distribution of each Publisher Defendant's trade eBooks in the United States.

    We understand that the Class Action Plaintiffs and the Plaintiff States have clearly disavowed any intention to make such a challenge and admit for the purposes of this litigation that the contracts between the Publisher Defendants and Apple are genuine agency distribution agreements. The Department of Justice, however, submitted a letter which appears to say the same thing, but with some equivocation.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.



The Honorable Denise L. Cote
October 17, 2012
Page 2

      Macmillan and VGvH understand the Department of Justice's letter to state that the Department of Justice will not challenge the genuineness of the agency agreements between the Publisher Defendants and Apple, and that those contracts may only be unlawful if formed through collusion. To the extent that this understanding is correct, and in express reliance on this understanding being correct, Macmillan and VGvH waive any defense based on the standing of eBooks consumers as indirect purchasers based on the Supreme Court's holding in *Illinois Brick v. Illinois*, 431 U.S. 720 (1977).

                                            Very truly yours,

                                            Joel M. Mitnick

cc: All counsel of record