
Davis Wright
Tremaine LLP

17th floor
1633 Broadway
New York, NY  10019-6708

**Elizabeth A. McNamara**
212-603-6437 tel
212-489-8340 fax

lizmcnamara@dwt.com

February 26, 2013

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street – Room 1610
New York, New York 10007-1312

Re:    In re: Electronic Books Antitrust Litig. No. 11-md-02293 (DLC)

Dear Judge Cote:

We represent non-party Walter Isaacson and we write to report that pursuant to stipulation, Plaintiffs have agreed to withdraw the subpoenas to Mr. Isaacson.  Accordingly, there is no need for the hearing scheduled for this afternoon at 4 p.m. on the discovery dispute with Mr. Isaacson (see Docket No. 287).

Respectfully yours,

Elizabeth A. McNamara

Elizabeth A. McNamara          by CKF

cc:    All Counsel of Record (by e-mail)