IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE STATE OF TEXAS, *et al.*,

                    Plaintiffs,

          v.                                    Civil Action No. 12-cv-3394 (DLC)

PENGUIN GROUP (USA), INC., *et al.*,            ECF Case

                    Defendants.

IN RE ELECTRONIC BOOKS                          Civil Action No. 11-md-2293 (DLC)
ANTITRUST LITIGATION
                                                ECF Case

**PENGUIN GROUP (USA), INC. JOINDER OF
APPLE INC'S OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE
DR. MICHELLE BURTIS FROM OFFERING AT TRIAL AN OPINION ON
COMPETITIVE EFFECTS**

Daniel Ferrel McInnis
David A. Donohoe
Allison Sheedy
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Tel:  (202) 887-4000
Fax:  (212) 887-4288
dmcinnis@akingump.com

*Counsel for Defendant Penguin Group (USA), Inc.*

For all of the reasons stated therein, Defendant Penguin Group (USA), Inc. respectfully joins in Apple Inc.'s Opposition to Plaintiffs' Motion in Limine to Preclude Dr. Michelle Burtis from Offering At Trial Any Opinion on Competitive Effects.

Dated: May 6, 2013

Respectfully submitted,

Daniel Ferrel McInnis
David A. Donohoe
Allison Sheedy
Akin Gump Strauss Hauer & Feld, LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Tel.: 202-887-4000
Fax: 202-887-4288
dmcinnis@akingump.com

*Counsel for Defendant Penguin Group (USA), Inc.*

1