



**KIPLING**

**GROUP**

5/16/13

Michael E. Kipling
DID: (206) 545-0346
kipling@kiplinglawgroup.com

May 15, 2013

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

D 2 F
5/16/13

Re:   *In re: Electronic Books Antitrust Litigation*, No. 11-md-02293-DLC (S.D.N.Y)

also file in: 12-cv-2826-DLC

Dear Judge Cote:

     I am writing on behalf of non-party Amazon.com, Inc. It had been our understanding of the Court's directions from May 8 that, after Amazon served its proposed redactions to the pretrial filings, the parties were to meet and confer to discuss (and resolve, to the extent possible) the redactions prior to the time they were submitted to the Court. That was the process we followed with Penguin, for example. From Amazon's perspective, we hoped at the conference with Apple to discuss: (1) whether Apple would agree to submit a redacted version of some or all of the pretrial filings; and (2) whether Apple would confirm that, by allowing an unredacted reference to a portion of a proposed trial exhibit in a pretrial filing, Amazon would not be waiving its right to seek redaction of other portions of that trial exhibit not disclosed in the pretrial filings. Unfortunately, Apple did not respond to our request for a conference.

     We have now had the benefit of reviewing Apple's various letters to the Court and the Court's Memo Endorsed Letter of May 14 that clarifies that the issue of redacting trial exhibits is still to be resolved. As a result, we are prepared to withdraw many of the prior proposed redactions to Apple's pretrial submissions.

     If our understanding is correct that, by agreeing to the filing of an unredacted reference to a proposed trial exhibit, Amazon does not waive its right to seek redaction of other portions of that exhibit, Amazon seeks no redactions to Apple's Memorandum of Law and seeks only the redactions reflected in the following paragraphs from Apple's Proposed Findings of Fact:

- ¶ 43 ("$2 to $6 loss" can be unredacted; the rest should remain redacted)
- ¶ 57 (second bullet)
- ¶ 66 (a copy of DX-118 is attached for context)

The Honorable Denise L. Cote                    -2-                              May 15, 2013

- ¶ 202 (second bullet)
- ¶ 215 (length of terms)
- ¶ 218
- ¶ 263 (Author's name)
- ¶ 266 (§ iii only)
- 286

Amazon appreciates the opportunity for input on this important issue.

Sincerely,

KIPLING LAW GROUP PLLC

Michael E. Kipling
Counsel for Non-Party Amazon.com, Inc.

cc:     Counsel for All Parties