**MANDATE**

N.Y.S.D. Case #
11-md-2293(DLC)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand and thirteen,

_____

Shilpa Grover, Fredric A. Press, Anthony Petru, Jeffrey Evans, on behalf of himself and all others similarly situated, Clarissa Weiss, on behalf of herself and all others similarly situated, Rhonda Burstein, Juan Sotomayor, Robert Cheatham, John T. Meyer, on behalf of himself and all others similarly situated, Paul Meyer, Paul J. Meyer, on behalf of all others similarly situated, Liana Lingofelt, Marcia Greene, on behalf of themselves and all others similarly situated, Aubrie Ann Jones, on behalf of themselves and all others similarly situated, David Yastrab, on behalf of himself and all others similiarly situated, Cyrus Joubin, on behalf of himself and all others similarly situated, Brian Brown, on behalf of himself and all others similarly situated, Harrison Goldman, on behalf of himself and all others similarly situated, Kevin Rader-Rhodenbaugh, Brian McGee, on behalf of himself and all others similarly situated, Carol Ness, Katrina Key, Patsy Diamond, Individually and on Behalf of All Others Similarly Situated, Marcus Mathis, Individually and on Behalf of All Others Similarly Situated, Eugenia Ruane-Gonzales, Eugenia RuaneGonzales, Steven Rivers, Christian Gilstrap, Cynthia J. Tyler, Thomas Friedman, Jeremy Sheppeck, Aloysius J. Brown, III, Anne M. Rinaldi, Laura J. Warner, Barbara Heath, Kathleen Linda Pitlock, Kathleen Weiss, Matthew A. Hosking, Diane Urbanec, Ed Macauley, Ronna Hamelin, James L. Nesmith, Lauren Albert, Sue Roberts, Shane S. Davis, Sue Ellen Gordon, Charles Leonard Pelton, Sr., Kimberly Whiteside Brooks, Steven D. Campbell, Jessica Moyer, Andreas Albeck, Rebecca L. Rossman, Miriam Cummings, Carole C. Kehl, Kamal Sonti, Gretchen Ulbee, Chad Miller, Amy D. Nolan, on behalf of herself and all others similarly situated, Elvira Monzon, Grace

ORDER
Docket No. 12-2999

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: May 24, 2013

**MANDATE ISSUED ON 05/24/2013**

Hoke, Susan Horowitz,

    Plaintiffs - Appellees,

United States of America, State of Texas, State of Connecticut, The State of Alabama, State of Alaska, State of Arizona, The State of Arkansas, State of Illinois, State of Colorado, The State of Delaware, The District of Columbia, The State of Idaho, The State of Indiana, State of Iowa, The State of Kansas, The State of Louisiana, State of Maryland, The Commonwealth of Massachusetts, The State of Michigan, State of Missouri, The State of Nebraska, The State of New Mexico, The State of New York, The State of North Dakota, State of Ohio, Commonwealth of Pennsylvania, Commonwealth of Puerto Rico, State of South Dakota, State of Tennessee, State of Vermont, State of West Virginia, The State of Utah, The Commonwealth of Virginia, The State of Wisconsin,

    Consolidated Plaintiffs,

                                   v.

MacMillian, Inc, Harpercollins Publishers, Random House Inc., Apple Inc., Hachette Book Group, Amazon.Com, Inc., Barnes & Noble Inc., Harpercollins Publishers, Inc.;, Macmillan Publishers, Inc., Hachette Digital, Inc., Hachette Livre USA, Inc., Hachette Livre SA, Holtzbrinck Publishers, LLC, Hachette Book Group, Inc., HarperCollins Publishers L.L.C., Hachette Digital, Inc., Verlagsgruppe Georg Von Holtzbrinck GMBH, Holtzbrinck Publishers, LLC, DBA Macmillan, The Penguin Group, A Division of Pearson PLC,

    Defendants,

Penguin Group USA, Inc.,

    Defendant - Appellant.

------------------------------------------------

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit