UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | <u>CLASS ACTION</u> |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF HARPERCOLLINS, HACHETTE AND SIMON & SCHUSTER SETTLEMENTS <u>AND PROPOSED NOTICE AND DISTRIBUTION PLANS</u>**

010260-11 617335 V1

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum in Support of Class Plaintiffs' Motion for Preliminary Approval of HarperCollins, Hachette and Simon & Schuster Settlements, and the Proposed Consumer Notice and Distribution Plans, and all papers and pleadings submitted therewith, plaintiffs will move this Court before the Honorable Denise L. Cote, at the United States courthouse located at 500 Pearl Street, New York, New York 10007, for an order:

1) Granting Class Plaintiffs' motion for preliminary approval of plaintiffs' settlement agreement with defendants Hachette Book Group, Inc., Hachette Digital, Inc. and Hachette Livre SA, HarperCollins Publishers L.L.C., Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc.

3) Approving the proposed plan to provide notice of the settlements to consumers in accordance with due process and Federal Rule of Civil Procedure 23; and

4) Granting preliminary approval of the Consumer Distribution Plan.

The Class Plaintiffs seek these orders pursuant to the Clayton Act, 15 U.S.C. § 15 (authorizing persons to bring a civil antitrust action for damages) and Rule 23.

DATED: June 21, 2013  HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Jeff D. Friedman
      JEFF D. FRIEDMAN

Shana Scarlett (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
George W. Sampson (GS-8973)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Direct: (212) 786-7347
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice)*
Jeffrey Dubner (4974341)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
KPierson@cohenmilstein.com
jdubner@cohenmilstein.com

Douglas Richards (JR6038)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-774
DRichards@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

          /s/ Jeff D. Friedman
          JEFF D. FRIEDMAN