UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
                                          :
IN RE: ELECTRONIC BOOKS ANTITRUST         :    11 MD 2293 (DLC)
LITIGATION                                :
                                          :    Related to all
------------------------------------------X    matters
                                          :
THE STATE OF TEXAS, et al.,               :    ORDER
                                          :
                    Plaintiffs,           :
         -v-                              :
                                          :    12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,         :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

    On June 21, 2013, plaintiffs in the above-captioned actions submitted motions for preliminary approval of settlement agreements and of the consumer notice and distribution plans with respect to Plaintiff States' and Class Plaintiffs' settlement as to defendants Macmillan and Penguin, and Class Plaintiffs' settlement as to defendants HarperCollins, Hachette, and Simon & Schuster.  It is hereby

    ORDERED that a teleconference will be held to discuss preliminary approval of these settlements on **July 9, 2013** at **2:00 p.m.**

Counsel representing parties in any related litigation may also participate in the teleconference.

SO ORDERED:

Dated:   New York, New York
         July 1, 2013

_____
DENISE COTE
United States District Judge