UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
IN RE: ELECTRONIC BOOKS ANTITRUST          :   11 MD 2293 (DLC)
LITIGATION                                 :
                                           :   Related to all
------------------------------------------X   matters
                                           :
THE STATE OF TEXAS, et al.,                :   ORDER
                                           :
                    Plaintiffs,            :
          -v-                              :
                                           :   12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,          :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   The Court having filed its trial Opinion in The State of Texas, et al. v. Penguin Group (USA) Inc., et al., 12 Civ. 3394 (DLC), and related action United States of America v. Apple Inc., 12 Civ. 2826 (DLC), on July 10, 2013, it is hereby

   ORDERED that the parties seeking preliminary approval of settlements in the above-captioned actions shall advise the Court no later than **August 2, 2013** whether they wish to proceed with final approval and distribution of these settlement amounts at this time or wish to defer those proceedings.

       SO ORDERED:

Dated:   New York, New York
         July 10, 2013

                                     _____
                                            DENISE COTE
                                     United States District Judge