# EXHIBIT 4

```
                UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF NEW YORK


    -------------------------------x

    UNITED STATES OF AMERICA,

                   Plaintiff,      CASE NO.

                   vs.             12-CV-2826(DLC)

    APPLE INC., et. al,

                   Defendants.

    -------------------------------x


                   **HIGHLY CONFIDENTIAL**

             VIDEOTAPED DEPOSITION OF KEVIN SAUL

                  FRIDAY, FEBRUARY 22, 2013

                        9:11 A.M.




    REPORTED BY:
    KIMBERLEE SCHROEDER, CSR, RPR, CCRR
    JOB NO.  28893
```

KEVIN SAUL - HIGHLY CONFIDENTIAL

52

| | | |
|---|---|---|
| 1 | 10:28:51 | Can you tell me whether you received any |
| 2 | 10:28:53 | general training regarding antitrust compliance while |
| 3 | 10:28:57 | at Apple? |
| 4 | 10:28:58 |     A.  I don't recall. |
| 5 | 10:29:01 |     Q.  Do you recall ever receiving, again, general |
| 6 | 10:29:07 | antitrust compliance training? |
| 7 | 10:29:12 |     A.  I don't recall. |
| 8 | 10:29:13 |     Q.  Do you receive any training of any kind at |
| 9 | 10:29:17 | Apple? |
| 10 | 10:29:18 |     A.  General training -- general training, yes, in |
| 11 | 10:29:31 | areas that may impact the business. |
| 12 | 10:29:37 |     Q.  For example, you may receive training on |
| 13 | 10:29:39 | appropriate workplace conduct?  Is that an area you |
| 14 | 10:29:42 | may receive training on? |
| 15 | 10:29:44 |     A.  That one is a possibility, sure. |
| 16 | 10:29:48 |     Q.  But you, sitting here today, you don't know |
| 17 | 10:29:51 | whether for sure you do? |
| 18 | 10:29:52 |     A.  Do what? |
| 19 | 10:29:53 |     Q.  Sitting here today, do you know whether for |
| 20 | 10:29:56 | sure you receive any training on appropriate workplace |
| 21 | 10:29:59 | conduct? |
| 22 | 10:29:59 |     A.  I don't recall. |
| 23 | 10:30:00 |     Q.  A fair amount of your work involves -- and I |
| 24 | 10:30:06 | apologize.  You see what I'm doing.  I'm using my |
| 25 | 10:30:09 | hand. |

KEVIN SAUL - HIGHLY CONFIDENTIAL

211

1      REPORTER'S CERTIFICATE

3      I, KIMBERLEE SCHROEDER, CSR 11414, duly
4      authorized to administer oaths pursuant to Section
5      30(c) of the Federal Rules of Civil Procedure, hereby
6      certify that the witness in the foregoing deposition
7      was by me duly sworn to testify the truth, the whole
8      truth and nothing but the truth in the within-entitled
9      cause; that said deposition was taken at the time and
10     place therein stated; that the testimony of the said
11     witness was reported by me and thereafter transcribed
12     by me and that the witness was given an opportunity to
13     read and correct said deposition and to subscribe the
14     same.
15            I further certify that I am not of counsel or
16     attorney for either or any of the parties to said
17     cause of action, nor in any way interested in the
18     outcome of the cause named in said cause of action.
19            I declare under penalty of perjury under the
20     laws of the State of California that the foregoing is
21     true and correct.
22            Dated this 24th day of February, 2013.

25            KIMBERLEE SCHROEDER, CSR, RPR, CCRR