UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT Tyler B. McCormick of the office of the Missouri Attorney General, hereby withdraws as counsel of record for plaintiff State of Missouri. The State of Missouri respectfully requests that all notices, pleadings and other documents continue to be addressed to and served upon:

ANNE E. SCHNEIDER
Assistant Attorney General
Office of the Missouri
Attorney General
P. O. Box 899
Jefferson City, MO 65102
Telephone: (573) 751-7445
Facsimile: (573) 751-2041
E-mail: Anne.Schneider@ago.mo.gov

Respectfully submitted,

Dated: August 30, 2013

CHRIS KOSTER
Attorney General of the State of Missouri

By: */s/ Tyler B. McCormick*

Tyler B. McCormick
Assistant Attorney General
MISSOURI ATTORNEY GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102

*Counsel for Plaintiff State of Missouri*

## CERTIFICATE OF SERVICE

      I, Tyler B. McCormick, hereby certify that on this day I caused a copy of the foregoing Notice of Withdrawal to be served on the following via the Court's ECF system on all parties of record.

This 30th day of August, 2013　　　　　　　　/s/ Tyler B. McCormick