USDC SDNY
DOCUMENT
ELECTRONICALLY
DATE: 9-10-2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
IN RE: ELECTRONIC BOOKS ANTITRUST       :    11 MD 2293 (DLC)
LITIGATION                              :
                                        :    Related to all
----------------------------------------X    matters
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :    ORDER
                    Plaintiffs,         :
           -v-                          :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :    12 Civ. 3394 (DLC)
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   The Court having ordered on August 27 that parties in the above-captioned actions pursue settlement discussions in September or October 2013, it is hereby

   ORDERED that the parties shall either pursue settlement discussions under the supervision of Judge Wood or pursue mediation under the supervision of a privately retained mediator in September or October 2013.

   SO ORDERED:

Dated:   New York, New York
         September 10, 2013

                                   _____
                                           DENISE COTE
                                   United States District Judge