UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | <u>CLASS ACTION</u> |

**CLASS PLAINTIFFS' NOTICE OF MOTION
FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

010260-11  646214 V1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT at a hearing date to be set by the Court, if necessary, before the Honorable Denise L. Cote, United States District Judge of the Southern District of New York, located in Courtroom 15B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, Class Plaintiffs and Class Counsel will, and hereby do, move for class certification and appointment of Class Counsel. Plaintiffs bring this motion pursuant to Federal Rule of Civil Procedure 23.

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, the declaration in support of the motion, argument by counsel at the hearing before this Court, any papers filed in reply, such oral and documentary evidence as may be presented at the hearing of this motion, and all papers and records on file in this matter.

DATED:  October 11, 2013         HAGENS BERMAN SOBOL SHAPIRO LLP


                                 By      s/ Steve W. Berman
                                      STEVE W. BERMAN (*Pro Hac Vice*)

                                 George W. Sampson (GS-8973)
                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                 1918 Eighth Avenue, Suite 3300
                                 Seattle, WA 98101
                                 Telephone:  (206) 623-7292
                                 Facsimile:  (206) 623-0594
                                 steve@hbsslaw.com
                                 george@hbsslaw.com

Jeff D. Friedman (*Pro Hac Vice*)
Shana Scarlett (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice)*
Emmy L. Levens
Jeffrey Dubner (JD4545)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jdubner@cohenmilstein.com

Douglas Richards (JR6038)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-774
DRichards@cohenmilstein.com

*Co-Lead Counsel for the Class*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Steve W. Berman
STEVE W. BERMAN