UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
IN RE: ELECTRONIC BOOKS ANTITRUST        :   11 MD 2293 (DLC)
LITIGATION                               :
:       Related to all
----------------------------------------X       matters
:
THE STATE OF TEXAS, et al.,              :
:            ORDER
Plaintiffs,     :
-v-                              :
:
PENQUIN GROUP (USA) INC., et al.,        :   12 Civ. 3394 (DLC)
:
Defendants.     :
:
----------------------------------------X

DENISE COTE, District Judge:

By letter of October 28, 2013, Bob Kohn, an objector to the settlement which is the subject of an upcoming December 6 Fairness Hearing in this Court, requests that the Court compel the Department of Justice, Amazon, and plaintiff and defense counsel in the class action to produce certain materials for purposes of discovery.  It is hereby

ORDERED that the application is denied.


SO ORDERED:

Dated:   New York, New York
November 13, 2013

_____
DENISE COTE
United States District Judge

COPY MAILED TO:

Bob Kohn
140 E. 28th St.
New York, NY 10016