

T 213.330.7150   F 213.330.7152

Jeff Friedman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
301 NORTH LAKE AVENUE, SUITE 203
PASADENA, CA  91101
www.hbsslaw.com
**Direct (510) 725-3031**
**jefff@hbsslaw.com**

November 26, 2013

<u>*Via ECF*</u>

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

      Re:    <u>*In re: Electronic Books Antitrust Litig*., No. 11-md-02293 (DLC)</u>

Dear Judge Cote:

      On October 8, 2013, Class Counsel filed their Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Participation Awards for Named Plaintiffs (ECF No. 419). Class Counsel now submit the attached proposed order granting this motion.

      Sincerely,

      HAGENS BERMAN SOBOL SHAPIRO LLP

      /s/ Jeff D. Friedman

      Jeff D. Friedman
      Partner

SEATTLE   LOS ANGELES   BOSTON   CHICAGO   COLORADO SPRINGS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11  658215 V1