# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE: ELECTRONIC BOOKS ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | No. 11-md-02293 (DLC) |

## MOTION BY BOB KOHN TO INTERVENE
## FOR PURPOSES OF APPEAL

Movant Bob Kohn, on his own behalf and by his pro bono attorneys, and pursuant to Rule 24 of the Federal Rules of Civil Procedure, hereby moves for leave to intervene in this action for the purposes of appeal. The grounds for this motion, as more fully set forth in the accompanying Memorandum, are that Movant, a member of the class, together with all members of the class, will be victims of the harmful effects of the injunctive relief set forth in the proposed Settlement. As such, he has a direct and immediate interest in the outcome of this case, and that, absent his participation, appellate review of the pivotal issues raised by Movant will be foreclosed.

WHEREFORE, this motion should be granted and Movant should be authorized to intervene as a party in order to appeal the Settlement of the above action and the District Court's denial of discovery on the issue of Amazon's pricing practices prior to April, 2010.

Dated: November 27, 2012                    Respectfully submitted,

BOB KOHN
California Bar No. 100793
140 E. 28th St.
New York, NY 10016
Tel. +1.408.602.5646; Fax. +1.831.309.7222
eMail: bob@bobkohn.com


                                            /s/ Steven Brower
                                    By: _____
                                        STEVEN BROWER [PRO HAC]
California Bar No. 93568
BUCHALTER NEMER
18400 Von Karman Ave., Suite 800
Irvine, California 92612-0514
Tel: +1.714.549.5150
Fax:  +1.949.224.6410
Email: sbrower@buchalter.com

*Pro Bono Counsel* to Bob Kohn