UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) ECF Case |

**This Document Relates to:**

| | |
|---|---|
| THE STATE OF TEXAS, et al., ) ) Plaintiffs, ) ) v. ) ) PENGUIN GROUP (USA) INC., et al., ) ) Defendants. ) ) | Civil Action No.12-cv-3394 |

## JOINT MOTION FOR CONFIDENTIALITY ORDER RELATED TO INFORMATION PROVIDED UNDER ORDER AND STIPULATED INJUCTION

PLEASE TAKE NOTICE that Liaison Counsel for Plaintiff States and Defendants Penguin Group (USA) Inc. and Holtzbrinck Publishers, LLC, d/b/a Macmillan and Verlagsgruppe Georg von Holtzbrinck GmbH ("Settling Defendants") respectfully submit this joint motion requesting an Order protecting the confidentiality of all information and documents provided by Settling Defendants pursuant to the Order and Stipulated Injunction in this case.

On November 21, 2013, Liaison Counsel for the Plaintiff States submitted a Motion for

Final Approval of Macmillan and Penguin Settlements and Distribution Plan. Should the Court approve those settlements and enter the Orders and Stipulated Injunctions submitted therewith, the Settling Defendants will, among other things, be required to produce confidential and proprietary information and documents to the Plaintiff States on an ongoing basis. Liaison Counsel for Plaintiff States and Settling Defendants wish to maintain the confidentiality of these documents once they are produced. Therefore, they are jointly requesting an Order that all such documents and information will not be provided to anyone who is not an authorized representative of the Attorney General of a Plaintiff State.

Dated: ~~November~~ December 2, 2013.

Respectfully submitted,

**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
KIM VAN WINKLE
Section Chief, Antitrust Section

*Rebecca Fisher* (signature)

Rebecca Fisher
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov
**ATTORNEYS FOR THE STATE OF TEXAS**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Niesen
Gary M. Becker
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov
**ATTORNEYS FOR THE STATE OF CONNECTICUT**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE, ATTORNEY GENERAL

DOREEN JOHNSON
Assistant Chief, Antitrust Section
Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

**COUNSEL FOR SETTLING DEFENDANTS**

_____
Joel M. Mitnick
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jmitnick@sidley.com

**ATTORNEYS FOR HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN AND VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH**


_____
Daniel Ferrel McInnis
AKIN GUMP STRAUSS HAUER & FELD
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone:(202) 887-4359
Facsimile: (202) 887-4288
dmcinnis@akingump.com

**ATTORNEYS FOR PENGUIN GROUP (USA), INC.**

*Joint Motion for Confidentiality*

**COUNSEL FOR SETTLING DEFENDANTS**

---

Joel M. Mitnick
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
jmitnick@sidley.com

**ATTORNEYS FOR HOLTZBRINCK PUBLISHERS, LLC D/B/A MACMILLAN AND VERLAGSGRUPPE GEORG VON HOLTZBRINCK GMBH**

---

Daniel Ferrel McInnis
AKIN GUMP STRAUSS HAUER & FELD
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036-1564
Telephone: (202) 887-4359
Facsimile: (202) 887-4288
dmcinnis@akingump.com

**ATTORNEYS FOR PENGUIN GROUP (USA), INC.**