

GEORGE C. JEPSEN
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: (860) 808-5040
Fax: (860) 808-5033

December 6, 2013

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    *The State of Texas, et al. v. Penguin Group (USA) Inc., et al.*, No. 12-cv-03394 (DLC); *In re Electronic Books Antitrust Litig.*, 11-md-02293 (DLC)

Dear Judge Cote:

    I write on behalf of Plaintiffs regarding the Court's Order of December 4, 2013 (ECP No. 461). Pursuant to that Order, Plaintiffs' counsel served a copy of the Order on the two individuals who have filed objections concerning the settlements between Plaintiffs and defendants Macmillan and Penguin as follows:

    1.    Bob Kohn was served by email at bob@bobkohn.com and he acknowledged receipt thereof. A copy of the Order was also sent by Federal Express for overnight delivery to 140 E. 28th Street, New York, NY 10016.

    2.    Mr. Christopher Batman was served by email at cbatman@batmanlawfirm.com. A copy of the Order was also sent by Federal Express for overnight delivery to 441 Coral Place, Corpus Christi, TX 78411.

    Mr. Batman both acknowledged receipt of the email and indicated he will not be posting a bond in the matter. (See attached).

Respectfully,

W. Joseph Nielsen
Assistant Attorney General

Becker, Gary

| | |
|---|---|
| From: | Fisher, Rebecca <Rebecca.Fisher@texasattorneygeneral.gov> |
| Sent: | Wednesday, December 04, 2013 2:35 PM |
| To: | Chris Batman |
| Subject: | RE: E-books:  ORDER   Action required |

Mr. Batman:

Thank you for your acknowledgement and reply.

Regards,

Rebecca Fisher
Senior Assistant Attorney General
Antitrust Section
Off. of Atty General of Texas
Tel: (512) 463-1265
Fax: (512) 320-0975

*********************************************************
This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney client communication or work product and, as such, privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

**From:** Chris Batman [mailto:cbatman@batmanlawfirm.com]
**Sent:** Wednesday, December 04, 2013 1:31 PM
**To:** Fisher, Rebecca
**Cc:** Chris Batman
**Subject:** Re: E-books: ORDER Action required

Ms. Fisher:

This will acknowledge receipt of your email.  I was able to open the order.  Frankly, I was under the impression this matter was resolved.  I will not be posting any bond.

Very truly yours,

/s/

Christopher Batman

**From:** <Fisher>, Rebecca <Rebecca.Fisher@texasattorneygeneral.gov>
**Date:** Wednesday, December 4, 2013 at 12:13 PM
**To:** Christopher Batman <cbatman@batmanlawfirm.com>
**Cc:** "Edward J. Olszewski (edward.olszewski@ohioattorneygeneral.gov)" <edward.olszewski@ohioattorneygeneral.gov>, Gary Becker <gary.becker@ct.gov>, "Shana Scarlett (shanas@hbsslaw.com)" <shanas@hbsslaw.com>
**Subject:** E-books: ORDER Action required

*Please acknowledge receipt*

1

Mr. Batman:

On behalf of Plaintiffs in the above noted action, please find attached an Order signed by Judge Cote this morning.

Please advise immediately if you have any trouble opening this document.

Regards,

Rebecca Fisher
Senior Assistant Attorney General
Antitrust Section
Off. of Atty General of Texas
Tel: (512) 463-1265
Fax: (512) 320-0975

**********************************************************
This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney client communication or work product and, as such, privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
**********************************************************

Rebecca Fisher
Senior Assistant Attorney General
Antitrust Section
Off. of Atty General of Texas
Tel: (512) 463-1265
Fax: (512) 320-0975

**********************************************************
This e-mail message is intended only for the personal use of the recipient(s) named above.  This message may be an attorney client communication or work product and, as such, privileged and confidential. If you are not an intended recipient, you may not review, copy or distribute this message.  If you have received this communication in error, please notify us immediately by e-mail and delete the original message.
**********************************************************