

T 213.330.7150   F 213.330.7152

Shana E. Scarlett
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 HEARST AVENUE, SUITE 202
BERKELEY, CA 94710
www.hbsslaw.com
**Direct (510) 725-3032**
shanas@hbsslaw.com

December 6, 2013

<u>*Via ECF*</u>

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

Re:   <u>*In re: Electronic Books Antitrust Litig.*</u>, No. 11-md-02293 (DLC)

Dear Judge Cote:

On December 6, 2013, Christopher Batman notified plaintiffs' counsel that he intends to voluntarily withdraw his objection to the proposed settlement (see attached).

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

Shana E. Scarlett
Partner

SEATTLE   LOS ANGELES   BOSTON   CHICAGO   COLORADO SPRINGS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11  659675 V1

**From:** Donna P. Lopez
**Sent:** Friday, December 6, 2013 8:15 AM
**To:** Rebecca.Fisher@texasattorneygeneral.gov, gary.becker@ct.gov, edward.olszewski@ohioattorneygeneral.gov, Steve Berman, Jeff Friedman, Shana Scarlett, Kit Pierson, jdubner@cohenmilstein.com
**Cc:** Chris Bandas

Dear Counsel:

Please be advised that the following email is being sent on behalf of Objector Christopher Batman.

Please be advised that I intend to voluntarily withdraw my objection to the proposed class settlement.  You have my permission to inform the Court at the fairness hearing today that a motion for withdrawal under Rule 23 will be forthcoming but will probably not be received by the Court today.  Please let me know if you are opposed to this voluntary dismissal so I can reflect that in a certificate of conference.

Sincerely,

Chris Batman