# EXHIBIT F



HOME    EGIFT CARDS    UPCOMING    NEW RELEASES    TOP DOWNLOADS    BUNDLES    UNDER $5    HELP

Go   Advanced Search        Sign Out | My Account | 1 Item | 0 Items

You are currently logged in as:

**Date Placed: Jan 08, 2010 10:11am**                                                    Back to Order History
Order Number: 0000302797                    This order has already been paid for. Price list is strictly for reference.

HOME
My Profile
Sign Out

BOOKSHELF

ORDER HISTORY

GIFT CERTIFICATES

REWARDS

EBOOK SUBMISSIONS

| | | | | |
|---|---|---|---|---|
| 1 | | **Claimed By Shadow**<br>by Karen Chance<br>Adobe PDF<br>*Roc* | Address elements missing.<br>Enter missing address elements.<br>(1370 Kb) | $6.38 |
| 2 | | **Curse the Dawn**<br>by Karen Chance<br>Adobe PDF<br>*Onyx* | Address elements missing.<br>Enter missing address elements.<br>(2002 Kb) | $6.38 |
| 3 | | **Death's Mistress**<br>by Karen Chance<br>Adobe ePub<br>*Penguin USA, Inc.* | Address elements missing.<br>Enter missing address elements.<br>(484 Kb) | $6.38 |
| 4 | | **Embrace the Night**<br>by Karen Chance<br>Adobe PDF<br>*Roc* | Address elements missing.<br>Enter missing address elements.<br>(1614 Kb) | $6.38 |
| 5 | | **Midnight's Daughter**<br>by Karen Chance<br>Adobe PDF<br>*Onyx* | Address elements missing.<br>Enter missing address elements.<br>(1465 Kb) | $6.38 |

Taxes:  $0.00
Sub-Total: $31.90
Applied Rewards: -$3.39
**Total: $28.51**

**POPULAR EBOOKS**
Fantasy eBooks
Paranormal Fantasy eBooks
Romance eBooks
Paranormal Romance eBooks
Historical Romance eBooks

**FOLLOW**
Twitter
Facebook
Tumblr
GoodReads

**OUR COMPANY**
About BooksOnBoard
Publishing Partners
Author Partners

**LEARN MORE**
Getting Started
Devices for eBooks
Customer Service
All Help Topics

Terms of Use | Privacy | Press Room | Forums & Feedback                          © 2012 | BooksOnBoard.com

CONFIDENTIAL                                                             CLSPLF-SD00000001





CONFIDENTIAL

CLSPLF-SD00000003





HOME    EGIFT CARDS    UPCOMING    NEW RELEASES    TOP DOWNLOADS    BUNDLES    UNDER $5    HELP

[GO]    Advanced Search        Sign Out | My Account | 1 Item | 0 Items |

You are currently logged in as:

**Date Placed: Jan 26, 2010 08:32pm**
Order Number: 0000314243

Back to Order History
This order has already been paid for. Price list is strictly for reference.

HOME
My Profile
Sign Out
BOOKSHELF
ORDER HISTORY
GIFT CERTIFICATES
REWARDS
EBOOK SUBMISSIONS

1   **Skin Deep**
by Mark Del Franco
Adobe ePub
Penguin USA, Inc.

Address elements missing.
Enter missing address elements.
(289 Kb)

$7.19

2   **Unfallen Dead**
by Mark Del Franco
Adobe ePub
Penguin USA, Inc.

Address elements missing.
Enter missing address elements.
(312 Kb)

$7.19

3   **Unperfect Souls**
by Mark Del Franco
Adobe ePub
Penguin USA, Inc.

Address elements missing.
Enter missing address elements.
(424 Kb)

$7.19

4   **Unquiet Dreams**
by Mark Del Franco
Adobe PDF
Penguin Group USA, Inc.

Address elements missing.
Enter missing address elements.
(993 Kb)

$7.19

5   **Unshapely Things**
by Mark Del Franco
Adobe PDF
Penguin Group USA, Inc.

Address elements missing.
Enter missing address elements.
(946 Kb)

$7.19

Taxes:  $0.00
Sub-Total: $35.95
**Total: $35.95**

**POPULAR EBOOKS**
Fantasy eBooks
Paranormal Fantasy eBooks
Romance eBooks
Paranormal Romance eBooks
Historical Romance eBooks

**FOLLOW**
Twitter
Facebook
Tumblr
GoodReads

**OUR COMPANY**
About BooksOnBoard
Publishing Partners
Author Partners

**LEARN MORE**
Getting Started
Devices for eBooks
Customer Service
All Help Topics

Terms of Use | Privacy | Press Room | Forums & Feedback                    © 2012 | BooksOnBoard.com

CONFIDENTIAL                                                          CLSPLF-SD00000005



CONFIDENTIAL

CLSPLF-SD00000006



CONFIDENTIAL

10/13/12 9:11 AM

CLSPLF-SD00000007



CONFIDENTIAL

10/13/12 9:11 AM
CLSPLF-SD00000008



HOME    EGIFT CARDS    UPCOMING    NEW RELEASES    TOP DOWNLOADS    BUNDLES    UNDER $5    HELP

GO    Advanced Search      Sign Out | My Account | 1 Item | 0 Items

You are currently logged in as:

**Date Placed: Mar 07, 2010 10:15pm**      Back to Order History
Order Number: 0000338676      This order has already been paid for. Price list is strictly for reference.

HOME
   My Profile
   Sign Out
   BOOKSHELF

1    **Cat's Claw**
by Amber Benson
Adobe ePub
*Penguin USA, Inc.*

Address elements missing.
Enter missing address elements.
(303 Kb)

$7.19

ORDER HISTORY
GIFT CERTIFICATES
REWARDS
EBOOK SUBMISSIONS

Taxes: $0.00
Sub-Total: $7.19
**Total: $7.19**

**POPULAR EBOOKS**
Fantasy eBooks
Paranormal Fantasy eBooks
Romance eBooks
Paranormal Romance eBooks
Historical Romance eBooks

**FOLLOW**
Twitter
Facebook
Tumblr
GoodReads

**OUR COMPANY**
About BooksOnBoard
Publishing Partners
Author Partners

**LEARN MORE**
Getting Started
Devices for eBooks
Customer Service
All Help Topics

Terms of Use | Privacy | Press Room | Forums & Feedback      © 2012 | BooksOnBoard.com

CONFIDENTIAL      CLSPLF-SD00000009



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

FREE Express Shipping with Membership

Search Over 30 Million Products | All Products | Search

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$7.99**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 345372139

Order Date: March 11, 2012

**Order Total**
Subtotal:                    $7.99
**Order Total**              $7.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Devil's Punch: A Corine Solomon Novel<br>Ann Aguirre<br>**NOOK Book (eBook)** | 1<br>Cannot be<br>Removed | Download to your NOOK, free<br>NOOK app or NOOK Study<br>Download Free NOOK Apps<br>Download Free NOOK Study<br>Help with NOOK Books | This item cannot be<br>gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:          **$7.99**
Shipping & Handling:        **FREE**
**Shipment Total:**         **$7.99**

Your credit card will be charged*   **$7.99**    **ORDER TOTAL:**    **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Find a B&N Store**
Store Hours, Directions, Events & More

**Read What You Love.**
Anywhere You Like. Learn More »

NOOK for iPad™      NOOK for Android™   NOOK for
NOOK for iPhone®    NOOK for PC™        Mac™
                                       NOOK® for Web

**Keep Up with BN's Buzz.**

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**B&N MasterCard**
Bulk Order Discounts
B&N Booklairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                    CLSPLF-SD000000010



CONFIDENTIAL



CONFIDENTIAL                                                 CLSPLF-SD00000012

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

**Follow NOOK to Election Day:** Read, Then Decide

| Search Over 30 Million Products | All Products | Search | **Shopping Bag** ( 2 items )<br>You've earned **FREE SHIPPING** |

Books | NOOK Books |    | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details                                        Help with Your Account

## Order Details

| **Shipping Address** | **Payment Information** | | |
| --- | --- | --- | --- |
| This item will be electronically downloaded. | Payment Type: | Billing Address: | |
| | Visa: ****  ▮ | Shane Davis | |
| | **$7.99** | ▮▮▮▮▮▮▮ | |

| **Order Summary** | **Order Total** | |
| --- | --- | --- |
| Order Number: 348160559 | Subtotal: | $7.99 |
| Order Date: March 17, 2012 | **Order Total** | **$7.99** |

### Shipped Items

#### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| Unbroken (Outcast Season Series #4)<br>Rachel Caine<br>**NOOK Book (eBook)** | 1<br>Cannot be<br>Removed | Download to your NOOK, free NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br>Download Free NOOK Study<br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

| | | |
| --- | --- | --- |
| | Shipment Subtotal: | **$7.99** |
| | Shipping & Handling: | **FREE** |
| | **Shipment Total:** | **$7.99** |

Your credit card will be charged*    **$7.99**    **ORDER TOTAL:**    **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

Safe Shopping Guarantee

| Find a B&N Store<br>Store Hours, Directions, Events & More | Read What You Love.<br>Anywhere You Like. Learn More > | Keep Up with BN's Buzz. |
| --- | --- | --- |

NOOK for iPad™    NOOK for Android™    NOOK for<br>NOOK for iPhone®    NOOK for PC™    Mac™<br>                                        NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
| --- | --- | --- | --- | --- |
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Bookfairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy                                    © 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                        CLSPLF-SD00000013

Welcome, Shane ( sign out )     My Account     Order Status     My NOOK     Stores & Events     Help

Follow NOOK to Election Day: Read, Then Decide

| Search Over 30 Million Products | All Products | Search | **Shopping Bag** ( 2 items )<br>You've earned **FREE SHIPPING** |

Books  |  NOOK Books  |      |  Textbooks  |  Newsstand  |  Teens  |  Kids  |  Toys & Games  |  Home & Gifts  |  DVDs  |  Music  |  Gift Cards

Account Home    Order Status    Order Details                                           Help with Your Account

## Order Details

| **Shipping Address** | **Payment Information** | | |
|---|---|---|---|
| This item will be electronically downloaded. | Payment Type:<br>Visa: ****  ▮ | Billing Address:<br>Shane Davis | |
| | **$7.99** | ▮▮▮▮▮ | |

| **Order Summary** | | **Order Total** | |
|---|---|---|---|
| Order Number: 202637677 | | Subtotal: | **$7.99** |
| Order Date: April 11, 2011 | | **Order Total** | **$7.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Serpent's Storm (Calliope Reaper-Jones Series #3)<br>Amber Benson<br>**NOOK Book (eBook)** | 1<br>Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br>Download Free NOOK Study<br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

|  |  |
|---|---|
| Shipment Subtotal: | **$7.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$7.99** |

Your credit card will be charged*  **$7.99**     **ORDER TOTAL:**     **$7.99**

\* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

@ Safe Shopping Guarantee

| **Find a B&N Store**<br>Store Hours, Directions, Events & More | **Read What You Love.**<br>Anywhere You Like. Learn More » | **Keep Up with BN's Buzz.** |

NOOK for iPad™     NOOK for Android™     NOOK for
NOOK for iPhone®     NOOK for PC™       Mac™
                                       NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** |
|---|---|---|---|
| About B&N | Advertise | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy                                    © 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                     CLSPLF-SD00000014

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Follow NOOK to Election Day: Read, Then Decide

| Search Over 30 Million Products | All Products | Search |
|---|---|---|

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$6.39**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 202651289
Order Date: April 11, 2011

**Order Total**
Subtotal:                    $6.39
**Order Total**          $6.39

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Demons Are a Girl's Best Friend<br>Linda Wisdom<br>**NOOK Book (eBook)** | 1<br>Cannot be<br>Removed | Download to your NOOK, free<br>NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br><br>Download Free NOOK Study<br><br>Help with NOOK Books | This item cannot be<br>gift-wrapped. | $0.00 | $6.39 |

| | | |
|---|---|---|
| Shipment Subtotal: | **$6.39** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$6.39** |

Your credit card will be charged*    **$6.39**    **ORDER TOTAL:**    **$6.39**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Find a B&N Store**
Store Hours, Directions, Events & More

**Read What You Love.**
Anywhere You Like. Learn More→

**Keep Up with BN's Buzz.**

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**B&N MasterCard**
Bulk Order Discounts
B&N Booklairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL
10/9/12 4:34 PM
CLSPLF-SD00000015

Welcome, Shane ( sign out )     My Account     Order Status     My NOOK     Stores & Events     Help

Follow NOOK to Election Day: Read, Then Decide

| Search Over 30 Million Products | All Products | Search |
| --- | --- | --- |

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$7.99**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 202427481

Order Date: April 11, 2011

**Order Total**
Subtotal:                    $7.99

**Order Total**          $7.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| Magic on the Hunt (Allie Beckstrom Series #6)<br>Devon Monk<br>**NOOK Book (eBook)** | 1<br>Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br><br>Download Free NOOK Study<br><br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

|  |  |  |  | Shipment Subtotal: | **$7.99** |
| --- | --- | --- | --- | --- | --- |
|  |  |  |  | Shipping & Handling: | **FREE** |
|  |  |  |  | **Shipment Total:** | **$7.99** |

Your credit card will be charged*  **$7.99**     **ORDER TOTAL:**     **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Find a B&N Store**
Store Hours, Directions, Events & More

**Read What You Love.**
Anywhere You Like. Learn More

**Keep Up with BN's Buzz.**

NOOK for iPad™     NOOK for Android™     NOOK for
NOOK for iPhone®     NOOK for PC™     Mac™
NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
| --- | --- | --- | --- | --- |
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Book fairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                    CLSPLF-SD00000016

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Back to School. Save 40%

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Search Over 30 Million Products | All Products | Search

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

| Shipping Address | Payment Information | |
|---|---|---|
| This item will be electronically downloaded. | Payment Type: | Billing Address: |
| | Visa: ****■ | Shane Davis |
| | **$7.99** | |

| Order Summary | | Order Total | |
|---|---|---|---|
| Order Number: 206917615 | | Subtotal: | $7.99 |
| Order Date: April 27, 2011 | | **Order Total** | **$7.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Mercy Burns (Myth and Magic Series #2) Keri Arthur **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study | This item cannot be gift-wrapped. | $0.00 | $7.99 |
| | | Download Free NOOK Apps | | | |
| | | Download Free NOOK Study | | | |
| | | Help with NOOK Books | | | |

| | | |
|---|---|---|
| Shipment Subtotal: | | **$7.99** |
| Shipping & Handling: | | **FREE** |
| **Shipment Total:** | | **$7.99** |

Your credit card will be charged*    **$7.99**    ORDER TOTAL:    **$7.99**

\* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Booktairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                    CLSPLF-SD00000017



Welcome, Shane ( sign out )   My Account   Order Status   My NOOK   Stores & Events   Help

FREE Express Shipping with Membership

Search Over 30 Million Products | All Products | **Search**

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books |   | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$5.43**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 206933659

Order Date: April 27, 2011

**Order Total**
Subtotal:        $5.43

**Order Total**    $5.43

### Shipped Items

**Items from Barnes & Noble**
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Iron Crowned (Dark Swan Series #3) Richelle Mead **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study Download Free NOOK Apps Download Free NOOK Study Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $5.43 |

| | | |
|---|---|---|
| Shipment Subtotal: | | **$5.43** |
| Shipping & Handling: | | **FREE** |
| **Shipment Total:** | | **$5.43** |

Your credit card will be charged*  **$5.43**   **ORDER TOTAL:**   **$5.43**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™   NOOK for Android™   NOOK for
NOOK for iPhone®   NOOK for PC™   Mac™
NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**Shipping & Delivery**
B&N MasterCard
Bulk Order Discounts
B&N BookFairs
My B&N

About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL   CLSPLF-SD00000018



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

FREE Express Shipping with Membership

Shopping Bag ( 2 items )
You've earned FREE SHIPPING

Search Over 30 Million Products    | All Products |    Search

Books  | NOOK Books |      | Textbooks  | Newsstand  | Teens  | Kids  | Toys & Games  | Home & Gifts  | DVDs  | Music  | Gift Cards

Account Home    Order Status    Order Details                                    Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$7.99**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 208863404

Order Date: May 3, 2011

**Order Total**
Subtotal:                     $7.99

**Order Total**           **$7.99**

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Mind Your Own Beeswax (Queen Bee Mystery Series #2) Hannah Reed **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study  Download Free NOOK Apps  Download Free NOOK Study  Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:     **$7.99**
Shipping & Handling:     **FREE**
**Shipment Total:**      **$7.99**

Your credit card will be charged*  **$7.99**   **ORDER TOTAL:**     **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Find a B&N Store**
Store Hours, Directions, Events & More

**Read What You Love.**
Anywhere You Like. Learn More→

NOOK for iPad™    NOOK for Android™    NOOK for Mac™
NOOK for iPhone®   NOOK for PC™       NOOK® for Web

**Keep Up with BN's Buzz.**

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Booklairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                          CLSPLF-SD00000019



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Best Books of the Month

Search Over 30 Million Products    All Products    Search

Shopping Bag ( 2 items )
You've earned FREE SHIPPING

Books | NOOK Books |   | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details                                                          Help with Your Account:

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$9.99**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 210433198

Order Date: May 8, 2011

**Order Total**
Subtotal:                  $9.99

**Order Total**            $9.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| I Am Number Four (Lorien Legacies Series #1) Pittacus Lore, Read by Neil Kaplan **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study Download Free NOOK Apps Download Free NOOK Study Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $9.99 |

|  |  |
|---|---|
| Shipment Subtotal: | **$9.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$9.99** |

Your credit card will be charged*   **$9.99**   **ORDER TOTAL:**   **$9.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

⬚ Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®   NOOK for PC™       Mac™
                                      NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**B&N MasterCard**
Bulk Order Discounts
B&N Booklairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy                                    © 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                    CLSPLF-SD00000020



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Deal of the Day: Amazing Savings Daily

| Search Over 30 Million Products | All Products | Search | **Shopping Bag** ( 2 items ) |
| | | | You've earned **FREE SHIPPING** |

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details                                               Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically
downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$0.00**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 217409438

Order Date: May 29, 2011

**Order Total**
Subtotal:                    $9.99

**Order Total**          $9.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| A Hundred Words for Hate (Remy Chandler Series #4) Thomas E. Sniegoski **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOKstudy  Download Free NOOK Apps  Download Free NOOKstudy  Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $9.99 |

|  |  |
|---|---|
| Shipment Subtotal: | **$9.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$9.99** |

Your credit card will be charged*   **$0.00**    **ORDER TOTAL:**      **$9.99**

\* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™      NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™        Mac™
                                        NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Booklairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy                                © 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                           CLSPLF-SD00000022



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Best Books of the Month

Search Over 30 Million Products | All Products | Search

Shopping Bag ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

### Shipping Address
This item will be electronically downloaded.

### Payment Information
Payment Type:
Visa: ****
**$2.99**

Billing Address:
Shane Davis

### Order Summary
Order Number: 218117217
Order Date: June 1, 2011

### Order Total
Subtotal:                    $2.99
**Order Total**              **$2.99**

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Perfect Shadow: A Night Angel Novella<br>Brent Weeks<br>**NOOK Book (eBook)** | 1<br>Cannot be<br>Removed | Download to your NOOK, free NOOK app or NOOKstudy<br>Download Free NOOK Apps<br>Download Free NOOKstudy<br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $2.99 |

|  |  |
|---|---|
| Shipment Subtotal: | **$2.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$2.99** |

Your credit card will be charged*   **$2.99**    **ORDER TOTAL:**    **$2.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

🔒 Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

Welcome, Shane ( sign out )    My Account      Order Status    My NOOK    Stores & Events    Help

Deal of the Day: Amazing Savings Daily

| Search Over 30 Million Products | All Products | Search |
|---|---|---|

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books |   | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

| **Shipping Address** | **Payment Information** | | |
|---|---|---|---|
| This item will be electronically downloaded. | Payment Type: | Billing Address: | |
| | Visa: **** | Shane Davis | |
| | **$7.99** | | |

| **Order Summary** | **Order Total** | |
|---|---|---|
| Order Number: 218526830 | Subtotal: | $7.99 |
| Order Date: June 2, 2011 | **Order Total** | **$7.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Magic Slays (Kate Daniels Series #5) Ilona Andrews **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br><br>Download Free NOOK Study<br><br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

| | | |
|---|---|---|
| | Shipment Subtotal: | **$7.99** |
| | Shipping & Handling: | **FREE** |
| | **Shipment Total:** | **$7.99** |

Your credit card will be charged*  **$7.99**    **ORDER TOTAL:**    **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

🔒 Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Booklairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                        CLSPLF-SD00000024



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Deal of the Day: Amazing Savings Daily

Search Over 30 Million Products | All Products | **Search**

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account:

## Order Details

| **Shipping Address** | **Payment Information** | | |
|---|---|---|---|
| This item will be electronically downloaded. | Payment Type: | Billing Address: | |
| | Visa: **-** | Shane Davis | |
| | **$2.99** | | |

| **Order Summary** | | **Order Total** | |
|---|---|---|---|
| Order Number: 219354178 | | Subtotal: | $2.99 |
| Order Date: June 4, 2011 | | **Order Total** | **$2.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Loved (Book #2 in the Vampire Journals) Morgan Rice **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study | This item cannot be gift-wrapped. | $0.00 | $2.99 |
| | | Download Free NOOK Apps | | | |
| | | Download Free NOOK Study | | | |
| | | Help with NOOK Books | | | |

| | | |
|---|---|---|
| | Shipment Subtotal: | **$2.99** |
| | Shipping & Handling: | **FREE** |
| | **Shipment Total:** | **$2.99** |

Your credit card will be charged*    **$2.99**    **ORDER TOTAL:**    **$2.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Booklairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL    CLSPLF-SD00000026

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Deal of the Day: Amazing Savings Daily

Search Over 30 Million Products | All Products | Search

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

# Order Details

| Shipping Address | Payment Information | |
|---|---|---|
| This item will be electronically downloaded. | Payment Type: Gift Card or Gift Certificate **$6.99** Check the balance on any gift card or certificate | Billing Address: Shane Davis |

| Order Summary | | Order Total | |
|---|---|---|---|
| Order Number: 221008762 | | Subtotal: | $6.99 |
| Order Date: June 10, 2011 | | **Order Total** | **$6.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Finger Lickin' Dead (Memphis BBQ Mystery Series) Riley Adams **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOKstudy Download Free NOOK Apps Download Free NOOKstudy Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $6.99 |

| | | |
|---|---|---|
| | Shipment Subtotal: | **$6.99** |
| | Shipping & Handling: | **FREE** |
| | **Shipment Total:** | **$6.99** |

**ORDER TOTAL:**    **$6.99**

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More > | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| B&N Services | | Shipping & Delivery | Quick Help | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Bookfairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL    CLSPLF-SD00000027

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

NOOK® Simple Touch with GlowLight: Now Just $119

| Search Over 30 Million Products | All Products | Search |
| --- | --- | --- |

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Gift Card or Gift Certificate
----
**$6.99**
Check the balance on any gift card or certificate

Billing Address:
Shane Davis

| **Order Summary** | | **Order Total** | |
| --- | --- | --- | --- |
| Order Number: 221008660 | | Subtotal: | $6.99 |
| Order Date: June 10, 2011 | | **Order Total** | **$6.99** |

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
| --- | --- | --- | --- | --- | --- |
| A Parfait Murder (Mystery a la Mode Series #3) Wendy Lyn Watson **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study  Download Free NOOK Apps  Download Free NOOK Study  Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $6.99 |

| | |
| --- | --- |
| Shipment Subtotal: | **$6.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$6.99** |

**ORDER TOTAL:** **$6.99**

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
| --- | --- | --- |
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| B&N Services | | Shipping & Delivery | Quick Help | |
| --- | --- | --- | --- | --- |
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Bookfairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                    CLSPLF-SD00000028



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Back to School: Save 40%

Shopping Bag ( 2 items )
You've earned FREE SHIPPING

Search Over 30 Million Products | All Products | Search

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Gift Card or Gift Certificate
***
$7.99
Check the balance on any gift card or certificate

Billing Address:
Shane Davis

**Order Summary**
Order Number: 221011084
Order Date: June 10, 2011

**Order Total**
Subtotal:                    $7.99
**Order Total**              $7.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Lost and Fondue (Cheese Shop Mystery Series #2) Avery Aames **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study Download Free NOOK Apps Download Free NOOK Study Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:    **$7.99**
Shipping & Handling:    **FREE**
**Shipment Total:**    **$7.99**

**ORDER TOTAL:**    **$7.99**

Safe Shopping Guarantee

Find a B&N Store
Store Hours, Directions, Events & More

Read What You Love.
Anywhere You Like. Learn More

Keep Up with BN's Buzz.

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc



Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Textbooks: **Save Up to 90%**

Search Over 30 Million Products | All Products | Search

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details                                                                    Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Gift Card or Gift Certificate
****
**$7.99**
Check the balance on any gift card or certificate

Billing Address:
Shane Davis

**Order Summary**
Order Number: 221011385
Order Date: June 10, 2011

**Order Total**
Subtotal:                    $7.99
**Order Total**            **$7.99**

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Hunt the Moon (Cassandra Palmer Series #5)<br>Karen Chance<br>**NOOK Book (eBook)** | 1<br>Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study<br>Download Free NOOK Apps<br>Download Free NOOK Study<br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:       **$7.99**
Shipping & Handling:     **FREE**
**Shipment Total:**       **$7.99**

**ORDER TOTAL:**          **$7.99**

Safe Shopping Guarantee

Find a B&N Store
Store Hours, Directions, Events & More

Read What You Love.
Anywhere You Like. Learn More ▸

Keep Up with BN's Buzz.

NOOK for iPad™      NOOK for Android™   NOOK for
NOOK for iPhone®    NOOK for PC™       Mac™
                                      NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL

10/9/12 4:46 PM

CLSPLF-SD00000030

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

Deal of the Day: Amazing Savings Daily

| | | Shopping Bag ( 2 items ) |
|---|---|---|
| Search Over 30 Million Products | All Products    Search | You've earned **FREE SHIPPING** |

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

### Shipping Address
This item will be electronically downloaded.

### Payment Information
Payment Type:
Gift Card or Gift Certificate
****
**$7.99**
Check the balance on any gift card or certificate

### Billing Address:
Shane Davis

| Order Summary | | Order Total | |
|---|---|---|---|
| Order Number: 221008843 | | Subtotal: | $7.99 |
| Order Date: June 10, 2011 | | **Order Total** | **$7.99** |

## Shipped Items

### Items from Barnes & Noble
**ITEMS BEING DELIVERED ELECTRONICALLY**

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| The Long Quiche Goodbye (Cheese Shop Mystery Series #1) Avery Aames **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study  Download Free NOOK Apps  Download Free NOOK Study  Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

| | |
|---|---|
| Shipment Subtotal: | **$7.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$7.99** |

**ORDER TOTAL:** **$7.99**

Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

| B&N Services | | Shipping & Delivery | Quick Help | |
|---|---|---|---|---|
| About B&N | Advertise | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | Store Returns | Product Recalls | |
| | B&N MasterCard | | | |
| | Bulk Order Discounts | | | |
| | B&N Bookfairs | | | |
| | My B&N | | | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL    CLSPLF-SD00000031



Welcome, Shane ( sign out )    My Account      Order Status    My NOOK    Stores & Events    Help

Back to School: Save 40%

Shopping Bag ( 2 items )
You've earned FREE SHIPPING

| Search Over 30 Million Products | All Products | Search |

Books | NOOK Books |    | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Gift Card or Gift Certificate
****
$4.49
Check the balance on any gift card or certificate

**Billing Address:**
Shane Davis

**Order Summary**
Order Number: 222665688
Order Date: June 14, 2011

**Order Total**
Subtotal:          $4.49
**Order Total**    $4.49

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| HIDDEN STEEL / MAKING THE RULES Action-Romance Set Doranna Durgin **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study Download Free NOOK Apps Download Free NOOK Study Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $4.49 |

Shipment Subtotal:     $4.49
Shipping & Handling:   FREE
**Shipment Total:**    $4.49

**ORDER TOTAL:**       $4.49

Safe Shopping Guarantee

Find a B&N Store                    Read What You Love.                    Keep Up with BN's Buzz.
Store Hours, Directions, Events & More    Anywhere You Like. Learn More ▸

NOOK for iPad™     NOOK for Android™    NOOK for
NOOK for iPhone®   NOOK for PC™        Mac™
                                      NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL
10/9/12 4:46 PM

CLSPLF-SD00000032



Welcome, Shane ( sign out )   My Account   Order Status   My NOOK   Stores & Events   Help

FREE Express Shipping **with Membership**

Search Over 30 Million Products | All Products | Search

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ***
**$6.02**

Gift Card or Gift Certificate
*****9152
**$1.97**
Check the balance on any gift card or certificate

Billing Address:
Shane Davis

**Order Summary**
Order Number: 227457394

Order Date: June 28, 2011

**Order Total**
Subtotal:                    $7.99

**Order Total**             $7.99

## Shipped Items

**Items from Barnes & Noble**
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Kitty's Big Trouble (Kitty Norville Series #9)<br>Carrie Vaughn<br>**NOOK Book (eBook)** | 1<br>Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br><br>Download Free NOOK Study<br><br>Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:          **$7.99**
Shipping & Handling:        **FREE**
**Shipment Total:**          **$7.99**

Your credit card will be charged*   **$6.02**   **ORDER TOTAL:**   **$7.99**

\* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

🔒 Safe Shopping Guarantee

Find a B&N Store
Store Hours, Directions, Events & More

Read What You Love.
Anywhere You Like. Learn More »

Keep Up with BN's Buzz.

NOOK for iPad™    NOOK for Android™   NOOK for
NOOK for iPhone®   NOOK for PC™      Mac™
                                    NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

CONFIDENTIAL
CLSPLF-SD00000033

CONFIDENTIAL

CLSPLF-SD00000034

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

**25% Off Select** Harry Potter Collectibles

| Search Over 30 Million Products | All Products | Search |

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books  |  NOOK Books  |    |  Textbooks  |  Newsstand  |  Teens  |  Kids  |  Toys & Games  |  Home & Gifts  |  DVDs  |  Music  |  Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ****
**$7.99**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 231532858

Order Date: July 9, 2011

**Order Total**
Subtotal:                    $7.99

**Order Total**          $7.99

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| The Snow Queen's Shadow (Princess Novels Series #4) Jim C. Hines **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study  Download Free NOOK Apps  Download Free NOOK Study  Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |

|  |  |
|---|---|
| Shipment Subtotal: | **$7.99** |
| Shipping & Handling: | **FREE** |
| **Shipment Total:** | **$7.99** |

Your credit card will be charged*   **$7.99**    **ORDER TOTAL:**    **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

@ Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More + |  |

NOOK for iPad™      NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™       Mac™
                                       NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

B&N MasterCard
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL                                                                    CLSPLF-SD00000035

Welcome, Shane ( sign out )    My Account    Order Status    My NOOK    Stores & Events    Help

NOOK® Simple Touch with GlowLight: Now Just $119

| Search Over 30 Million Products | All Products | Search |
|---|---|---|

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books |     | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home    Order Status    Order Details

Help with Your Account

## Order Details

### Shipping Address
This item will be electronically downloaded.

### Payment Information
Payment Type:
Visa: **
**$9.99**

Billing Address:
Shane Davis

### Order Summary
Order Number: 238908876

Order Date: July 30, 2011

### Order Total
Subtotal: **$9.99**

**Order Total** **$9.99**

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Dead Iron (Age of Steam Series #1) Devon Monk **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study | This item cannot be gift-wrapped. | $0.00 | $9.99 |
| | | Download Free NOOK Apps | | | |
| | | Download Free NOOK Study | | | |
| | | Help with NOOK Books | | | |

Shipment Subtotal: **$9.99**
Shipping & Handling: **FREE**
**Shipment Total:** **$9.99**

Your credit card will be charged*   **$9.99**   **ORDER TOTAL:**   **$9.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

Safe Shopping Guarantee

### Find a B&N Store
Store Hours, Directions, Events & More

### Read What You Love.
Anywhere You Like. Learn More+

NOOK for iPad™    NOOK for Android™    NOOK for
NOOK for iPhone®    NOOK for PC™    Mac™
NOOK® for Web

### Keep Up with BN's Buzz.

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**B&N MasterCard**
Bulk Order Discounts
B&N Bookfairs
My B&N

**Shipping & Delivery**
About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL
10/9/12 4:48 PM
CLSPLF-SD00000036



CONFIDENTIAL
CLSPLF-SD00000037



Welcome, Shane ( sign out )   My Account   Order Status   My NOOK   Stores & Events   Help

FREE Express Shipping with Membership

Shopping Bag ( 2 items )
You've earned FREE SHIPPING

Search Over 30 Million Products       All Products       Search

Books  |  NOOK Books  |  |  Textbooks  |  Newsstand  |  Teens  |  Kids  |  Toys & Games  |  Home & Gifts  |  DVDs  |  Music  |  Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

**Shipping Address**
This item will be electronically downloaded.

**Payment Information**
Payment Type:
Visa: ***-
**$0.00**

Billing Address:
Shane Davis

**Order Summary**
Order Number: 251363613
Order Date: September 2, 2011

**Order Total**
Subtotal:          $7.99
**Order Total**    **$7.99**

## Shipped Items

### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| Crossroads (Anna Strong Series #7)<br>Jeanne C. Stein<br>**NOOK Book (eBook)** | 1<br>Cannot be<br>Removed | Download to your NOOK, free<br>NOOK app or NOOK Study<br><br>Download Free NOOK Apps<br>Download Free NOOK Study<br>Help with NOOK Books | This item cannot be<br>gift-wrapped. | $0.00 | $7.99 |

Shipment Subtotal:       **$7.99**
Shipping & Handling:     **FREE**
**Shipment Total:**      **$7.99**

Your credit card will be charged*  **$0.00**   **ORDER TOTAL:**   **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges,
however, are processed as soon as you place your order.

Safe Shopping Guarantee

**Find a B&N Store**
Store Hours, Directions, Events & More

**Read What You Love.**
Anywhere You Like. Learn More

**Keep Up with BN's Buzz.**

NOOK for iPad™    NOOK for Android™   NOOK for
NOOK for iPhone®   NOOK for PC™       Mac™
                                      NOOK® for Web

**B&N Services**
About B&N
Investor Relations
Barnes & Noble, Inc.
Careers at BN.com

Advertise
Publisher & Author Guidelines
B&N Membership
Advanced Search

**Shipping & Delivery**
B&N MasterCard
Bulk Order Discounts
B&N Booklairs
My B&N

About Free Shipping
About Shipping
Shipping Rates
Store Returns

**Quick Help**
Customer Service
Order Status
Easy Returns
Product Recalls

All Help Topics
Sitemap
Accessibility

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

Welcome, Shane ( sign out )   My Account   Order Status   My NOOK   Stores & Events   Help

NOOK® Simple Touch with GlowLight: Now Just $119

Search Over 30 Million Products | All Products | Search

**Shopping Bag** ( 2 items )
You've earned **FREE SHIPPING**

Books | NOOK Books | | Textbooks | Newsstand | Teens | Kids | Toys & Games | Home & Gifts | DVDs | Music | Gift Cards

Account Home   Order Status   Order Details

Help with Your Account

## Order Details

| **Shipping Address** | **Payment Information** | | |
|---|---|---|---|
| This item will be electronically downloaded. | Payment Type: | Billing Address: | |
| | Visa: ****  | Shane Davis | |
| | **$7.99** | | |

| **Order Summary** | | **Order Total** | |
|---|---|---|---|
| Order Number: 254638547 | | Subtotal: | $7.99 |
| Order Date: September 11, 2011 | | **Order Total** | **$7.99** |

### Shipped Items

#### Items from Barnes & Noble
ITEMS BEING DELIVERED ELECTRONICALLY

This item is emailed immediately.

| DESCRIPTION | QUANTITY | SHIPPING STATUS | GIFT OPTIONS | DISCOUNT | TOTAL PRICE |
|---|---|---|---|---|---|
| One Grave at a Time (Night Huntress Series #6) Jeaniene Frost **NOOK Book (eBook)** | 1 Cannot be Removed | Download to your NOOK, free NOOK app or NOOK Study Download Free NOOK Apps Download Free NOOK Study Help with NOOK Books | This item cannot be gift-wrapped. | $0.00 | $7.99 |
| | | | Shipment Subtotal: | | **$7.99** |
| | | | Shipping & Handling: | | **FREE** |
| | | | **Shipment Total:** | | **$7.99** |

Your credit card will be charged* **$7.99**   **ORDER TOTAL:**   **$7.99**

* Your credit card will be charged when your order ships.
If you selected Ship as Available, the total charged to your credit card may vary. Magazine subscription charges, however, are processed as soon as you place your order.

ⓘ Safe Shopping Guarantee

| Find a B&N Store | Read What You Love. | Keep Up with BN's Buzz. |
|---|---|---|
| Store Hours, Directions, Events & More | Anywhere You Like. Learn More » | |

NOOK for iPad™   NOOK for Android™   NOOK for
NOOK for iPhone®   NOOK for PC™   Mac™
NOOK® for Web

| **B&N Services** | | **Shipping & Delivery** | **Quick Help** | |
|---|---|---|---|---|
| About B&N | Advertise | B&N MasterCard | About Free Shipping | Customer Service | All Help Topics |
| Investor Relations | Publisher & Author Guidelines | Bulk Order Discounts | About Shipping | Order Status | Sitemap |
| Barnes & Noble, Inc. | B&N Membership | B&N Booklairs | Shipping Rates | Easy Returns | Accessibility |
| Careers at BN.com | Advanced Search | My B&N | Store Returns | Product Recalls | |

Terms of Use, Copyright, and Privacy Policy

© 1997-2012 Barnesandnoble.com llc

CONFIDENTIAL
CLSPLF-SD00000039



CONFIDENTIAL                                                                   CLSPLF-SD00000040



CONFIDENTIAL

10/13/12 9:03 AM
CLSPLF-SD00000041



CONFIDENTIAL

CLSPLF-SD00000042



CONFIDENTIAL

10/13/12 9:05 AM

CLSPLF-SD00000043



10/13/12 9:04 AM
CLSPLF-SD00000044



CONFIDENTIAL

CLSPLF-SD00000045