In Re Electronic Books Antitrust Litigation
No. 11-md-02293 (DLC)

# EXHIBIT 1 TO DECLARATION OF PROFESSOR KALT

Figure 1



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 1 Cont.



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 2
## SELF-PUBLISHED TITLES' SHARE OF SALES BY RETAILER
## June 2008 – March 2012



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 3
# SAMPLE OF DEDICATED E-READERS AND TABLETS
# 2008 - 2010

| Date[1] | Device | Associated eBookstore |
|---|---|---|
| October-08 | Sony PRS-700 | Sony Reader Store |
| February-09 | Kindle 2 | Kindle Store (Amazon) |
| May-09 | Kindle DX | Kindle Store (Amazon) |
| May-09 | Cool*ER | eBooks.com |
| August-09 | Sony PRS-600 | Sony Reader Store |
| August-09 | Sony PRS-300 | Sony Reader Store |
| September-09 | iRex DR800SG | Barnes & Noble ebookstore |
| October-09 | eDGe ereader | Entourage ebookstore |
| November-09 | Nook | Barnes & Noble ebookstore |
| November-09 | Cyberus ID700WTA | |
| December-09 | Sony PRS-900 | Sony Reader Store |
| January-10 | Que | |
| January-10 | Samsung E101 | Partnership with Google for ebook content |
| February-10 | Alex eReader | |
| April-10 | iPad | iBookstore (Apple) |
| May-10 | Novel | Access to Barnes & Noble ebookstore |
| July-10 | Kindle 3 | Kindle Store (Amazon) |
| July-10 | Kobo eReader | Borders' ebookstore |
| September-10 | Sony PRS-350 | Sony Reader Store |
| September-10 | Sony PRS-650 | Sony Reader Store |
| September-10 | Sony PRS-950 | Sony Reader Store |
| October-10 | Kobo Wifi | Borders' ebookstore |
| November-10 | Nook Color | Barnes & Noble ebookstore |

**Note:** Date is the announcement, release or review date.
**Source:** Corporate press releases and media reports.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 4
# ADVANCES IN E-READER TECHNOLOGY
## September 2006 and Following

E-Ink Technology
Wi-Fi & Cellular Connectivity
Access to Major E-book Stores
Color Pages
Key Pads
Weight Reduction
Memory Increase
Battery Life Increase
Page "Flipping" Technology
LCD Screens (Tablets)
Touch Screen Technology
Text-to-Audio Capabilities
Note Taking Capability
Backlight
Shared Reading Experience

**Sources :** RH-DOJ-00049862-877 at 870, http://www.gizmag.com/ereader-comparison-2012/25124/, http://www.techv bes.com/blog/e-reader-technology-advances-as-e-ink-screens-develop-colour-displays, http://blog.laptopmag.com/ereader-speed-tests, http://www.nytimes.com/2012/10/04/technology/personaltech/kindles-paperwhite-e-reader-lets-there-be-more-light-review.html?pagewanted=all, http://www.engadget.com/2012/08/28/sony-reader-prs-t2-review/, http://reviews.cnet.com/e-book-readers/kobo-ereader-touch-edition/4505-3508_7-34746372.html, http://www.engadget.com/2010/01/07/copia-intros-ereader-devices-and-platform-video/, http://www.buzzle.com/articles/best-ereader-with-backlight.html.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 5
## TABLET AND E-READER DEVICE PRICING
## January 2008 – November 2012



**Notes**: Manufacturer announced prices, series begin with device first release date. iPad prices for Wi-Fi only devices. Kindle prices for models without ads. Not all device models included.
**Sources**: Corporate press releases and media reports.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 6
# THE MAJORITY OF ALL E-BOOK TITLES HAVE VERY FEW SALES
## E-Book Sales, 2009

**Source**: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 7



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 8

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 9
# DISTRIBUTION OF E-BOOK TRANSACTION PRICES PRIOR TO AGENCY
## Percent of Total Transactions By Price



**Source**: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 10A
## ACTUAL TRANSACTION PRICES:
## Hachette Top Sellers Released in December 2009

Source: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 10B
## ACTUAL TRANSACTION PRICES:
## Harper Collins Top Sellers Released in December 2009

**Titles**

| | | |
|---|---|---|
| ✕ Black Magic Sanction | ◯ Wench | + First Drop of Crimson |
| ☆ The Vampire Diaries | ✳ The Breach | ◇ The Vampire and the Virgin |
| △ Dragon Keeper | ☐ Warriors | ● Hourglass |
| ✳ Democracy in America, Volume I and II | | |

Source: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 10C
## ACTUAL TRANSACTION PRICES:
## Simon & Schuster Top Sellers Released in December 2009

Source: E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 10D
## ACTUAL TRANSACTION PRICES:
## Macmillan Top Sellers Released in December 2009

Source: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 10E
## ACTUAL TRANSACTION PRICES:
## Penguin Top Sellers Released in December 2009

Source: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 10F
## ACTUAL TRANSACTION PRICES:
## Random House Top Sellers Released in December 2009



Source: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 11A
# E-BOOK TRANSACTION PRICES:
## *Atlas Shrugged* (Penguin)

**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 11B
## E-BOOK TRANSACTION PRICES:
### *A Thousand Splendid Suns* (Penguin)



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 11C
# E-BOOK TRANSACTION PRICES:
## *Guilty Pleasures* (Penguin)

**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 12A
# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Amazon Top 50 Selling Literature and Fiction E-books



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 12B
# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Amazon Top 50 Selling Mystery and Thrillers E-books



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 12C
# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Amazon Top 50 Selling Nonfiction E-books



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 12D

**PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME**

Amazon Top 50 Selling Romance E-books

**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 12E

# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Amazon Top 50 Selling Science Fiction and Fantasy E-books



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 12F
# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Amazon Top 50 Selling Teens E-books

**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 13A

## PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
### Barnes & Noble Top 50 Selling Literature and Fiction E-books



**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 13B

# PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
## Barnes & Noble Top 50 Selling Mystery and Thrillers E-books



**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 13C

**PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME**

Barnes & Noble Top 50 Selling Nonfiction E-books

**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 13D

**PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME**
Barnes & Noble Top 50 Selling Romance E-books

**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 13E

## PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
### Barnes & Noble Top 50 Selling Science Fiction and Fantasy E-books



**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

# Figure 13F
## PRICES DO NOT EXHIBIT COMMON PATTERNS OF CHANGES ACROSS TIME
### Barnes & Noble Top 50 Selling Teens E-books



**Note:** Genre as defined by Amazon for a given title
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure  14A
## DO ALL E-BOOK TITLES' PRICES MOVE TOGETHER?
## PERCENT OF E-BOOK TITLES EXPERIENCING INCREASES AND DECREASES
### Change in Daily Modal Price
### January 2009 - April 2012

**Note**: The percentage increase is the number of titles whose prices moved up from the prior day as a share of the all titles that had their prices stay constant, increase or decrease from the prior day. The percentage decrease is the number of titles whose prices moved down from the prior day as a share of all titles that had their prices stay constant, increase or decrease from the prior day. For days with no transaction the most recent prior transaction price is carried through until the next transaction day.
**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 14B
# DO ALL E-BOOK TITLES' PRICES MOVE TOGETHER?
## PERCENT OF E-BOOK TITLES EXPERIENCING INCREASES AND DECREASES
### Change in Weekly Modal Price
### January 2009 - April 2012



**Note**: The percentage increase is the number of titles whose prices moved up from the prior week as a share of the all titles that had their prices stay constant, increase or decrease from the prior week. The percentage decrease is the number of titles whose prices moved down from the prior week as a share of all titles that had their prices stay constant, increase or decrease from the prior week. For weeks with no transaction the most recent prior transaction price is carried through until the next transaction week.
**Source**: Weekly Modal E-Book Transaction Price Dataset (Consecutive Weeks)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure  15A
# DO ALL E-BOOK TITLES' PRICES MOVE IN THE SAME DIRECTION?
## Change in Daily Modal Price
## January 2009 - April 2012



**Note**: The percentage is the number of titles whose prices moved with the majority as a share of all titles that had their prices increase or decrease from the prior day. For days with no transaction the most recent prior transaction price is carried through until the next transaction day.
**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure  15B
## DO ALL E-BOOK TITLES' PRICES MOVE IN THE SAME DIRECTION?
### Change in Weekly Modal Price
### January 2009 - April 2012

**Note**: The percentage is the number of titles whose prices moved with the majority as a share of all titles that had their prices increase or decrease from the prior week. For weeks with no transaction the most recent prior transaction price is carried through until the next transaction week.
**Source**: Weekly Modal E-Book Transaction Price Dataset (Consecutive Weeks)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 16A
# PRE-AGENCY CHURNING OF PRICES:  WHAT PERCENT OF E-BOOK PRICES SHOW HIGH POSITIVE CORRELATION?
**Modal Prices, Within Cohort Title-Pairs**
January 2009-April 2010



**Note:**  Correlation is calculated for each pair of titles published within the same week from January 2009 to April 3, 2010.  Title-pairs in each weekly cohort with positive and significant correlation are depicted; all remaining title-pairs have statistically insignificant (positive or negative) or statistically negative correlation.  100,955 title-pairs that have varying prices with at least 36 days of overlap pre-April 3, 2010 are included, which account for 53.41% of all title-pairs that have at least 36 days of overlap.

**Source:** Daily Modal E-Book Transaction Price Dataset.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 16B
# POST-AGENCY CHURNING OF PRICES:  WHAT PERCENT OF E-BOOK PRICES SHOW HIGH POSITIVE CORRELATION?
### Modal Prices, Within Cohort Title-Pairs
April 2010-April 2012



**Note:**  Correlation is calculated for each pair of titles published within the same week from January 2009 to April 2012.  Title-pairs in each weekly cohort with positive and significant correlation are depicted; all remaining title-pairs have statistically insignificant (positive or negative) or statistically significant negative correlation.  978,044 title-pairs that have varying prices with at least 36 days of overlap post-April 3, 2010 are included, which account for 49.69% of all title-pairs that have at least 36 days of overlap.

**Source:** Daily Modal E-Book Transaction Price Dataset.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 17

## HOW MANY PUBLISHER DEFENDANTS' TITLES HAD THEIR PRICES GO UP, DOWN OR STAY CONSTANT UPON SHIFT TO AGENCY MARKETING?

**Highest Pre-Agency Price v. Highest Post-Agency Price**

|  | Number of Titles | Percent of Titles | Number of Units Sold in First 4 Weeks of Agency | Percent of Units Sold in First 4 Weeks of Agency |
|---|---|---|---|---|
| Price Increases | 11,081 | 40.1% | 1,022,202 | 33.5% |
| Price Remains Constant | 14,457 | 52.3% | 1,869,246 | 61.3% |
| Price Decreases | 2,129 | 7.7% | 158,493 | 5.2% |

**Lowest Pre-Agency Price v. Highest Post-Agency Price**

|  | Number of Titles | Percent of Titles | Number of Units Sold in First 4 Weeks of Agency | Percent of Units Sold in First 4 Weeks of Agency |
|---|---|---|---|---|
| Price Increases | 12,587 | 45.5% | 1,229,461 | 40.3% |
| Price Remains Constant | 13,553 | 49.0% | 1,745,907 | 57.2% |
| Price Decreases | 1,527 | 5.5% | 74,573 | 2.4% |

**Notes:**

1. The highest pre-agency price is the highest modal pre-agency price in the week prior to agency with last retailer.

2. The lowest pre-agency price is the lowest modal pre-agency price in the week prior to agency with last retailer.

3. The highest post-agency price is the highest modal pre-agency price in the four weeks after move to agency with last retailer.

**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 18A
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Hachette

**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 18B
**INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES**
**HarperCollins**

**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

# Figure 18C
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Simon & Schuster



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 18D
# INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Macmillan



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 18E
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
### Penguin



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 18F
# INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Literature and Fiction



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER