

Figure 18G
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
### Mystery and Thrillers

**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 18H

# INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Nonfiction



**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 18I
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
### Romance



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

# Figure 18J
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
## Science Fiction and Fantasy



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 18K
## INITIAL PRICES OF NEWLY RELEASED E-BOOK TITLES
### Teens



**Source:** E-Book Transaction Price Dataset
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure  19A
**HOW MANY TITLES' PRICES STAY AT OR BELOW**
**THEIR PRE-AGENCY PRICE?**
**Hachette**
**Change in Daily Modal Price From Pre-Agency Price**
**April 2010 - April 2012**

**Note**: For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure  19B
## HOW MANY TITLES' PRICES STAY AT OR BELOW THEIR PRE-AGENCY PRICE?
## Harper Collins
## Change in Daily Modal Price From Pre-Agency Price
## April 2010 - April 2012



**Note**: For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure  19C
# HOW MANY TITLES' PRICES STAY AT OR BELOW THEIR PRE-AGENCY PRICE?
## Macmillan
## Change in Daily Modal Price From Pre-Agency Price
## April 2010 - April 2012



**Note**: For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 19D
## HOW MANY TITLES' PRICES STAY AT OR BELOW THEIR PRE-AGENCY PRICE?
### Penguin
### Change in Daily Modal Price From Pre-Agency Price
### June 2010 - April 2012

**Note**: For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure  19E
**HOW MANY TITLES' PRICES STAY AT OR BELOW
THEIR PRE-AGENCY PRICE?
Simon & Schuster
Change in Daily Modal Price From Pre-Agency Price
May 2010 - April 2012**

**Note**: For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 20A
# E-BOOKS SOLD AT OR BELOW THEIR PRE-AGENCY PRICE?
## Cumulative Sales by Cohort
## Hachette
## April 2010 - April 2012



**Note**: Cohort age determined at time of agency. For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 20B
## E-BOOKS SOLD AT OR BELOW THEIR PRE-AGENCY PRICE?
### Cumulative Sales by Cohort
### Harper Collins
### April 2010 - April 2012

**Note**: Cohort age determined at time of agency. For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 20C
### E-BOOKS SOLD AT OR BELOW THEIR PRE-AGENCY PRICE?
### Cumulative Sales by Cohort
### Macmillan
### April 2010 - April 2012

**Note**: Cohort age determined at time of agency. For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 20D
## E-BOOKS SOLD AT OR BELOW THEIR PRE-AGENCY PRICE?
### Cumulative Sales by Cohort
### Penguin
### June 2010 - April 2012

**Note**: Cohort age determined at time of agency. For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 20E
## E-BOOKS SOLD AT OR BELOW THEIR PRE-AGENCY PRICE?
### Cumulative Sales by Cohort
### Simon & Schuster
### May 2010 - April 2012

**Note**: Cohort age determined at time of agency. For days with no transactions, the most recent prior transaction price is carried through until the next transaction day.

**Source**: Daily Modal E-Book Transaction Price Dataset (Consecutive Days)

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 21



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 22
# ASSUMING WHAT NEEDS TO BE PROVEN:
# THE PRINCIPLES BEHIND PROF. NOLL'S BUT-FOR PRICING



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 23



CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 24
# WHAT IS INSIDE PROF. NOLL'S AVERAGING?
# TOP TEN PROF. NOLL GROUPS BY VOLUME SOLD

| Prof. Noll Group | Prof. Noll's Category | Publisher | Hardcover? | Paperback? | Age |
|---|---|---|---|---|---|
| 1 | Fiction | Penguin | Y | Y | One Year + |
| 2 | Fiction | Penguin | N | Y | One Year + |
| 3 | Fiction | Macmillan | Y | Y | One Year + |
| 4 | Fiction | Hachette | Y | Y | One Year + |
| 5 | Fiction | Simon & Schuster | Y | Y | One Year + |
| 6 | Fiction | Harper Collins | N | Y | One Year + |
| 7 | New York Times Hardcover Fiction | Hachette | Y | N | Under 90 Days |
| 8 | Fiction | Harper Collins | Y | Y | One Year + |
| 9 | New York Times Hardcover Fiction | Penguin | Y | N | Under 90 Days |
| 10 | Fiction | Simon & Schuster | N | Y | One Year + |

| Prof. Noll Group | Number of Titles | Number of Transactions | Prof. Noll's Damages | Prof. Noll's Overcharge | Prof. Noll's Four-Week Average Prices | Minimum of Four-Week Average Prices | Average of Four-Week Average Prices | Maximum of Four-Week Average Prices | St.Dev of Four-Week Average Prices |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 13,200 | 9,869,375 | $20,128,328 | 24.9% | 215,594 | $0.19 | $8.84 | $45.00 | $2.61 |
| 2 | 22,718 | 8,386,171 | $14,943,407 | 25.0% | 320,603 | $0.39 | $7.92 | $71.86 | $2.72 |
| 3 | 10,949 | 6,065,872 | $4,871,381 | 10.3% | 136,849 | $0.02 | $7.89 | $30.85 | $1.64 |
| 4 | 3,641 | 5,730,771 | $10,508,944 | 23.7% | 74,402 | $0.51 | $8.16 | $22.99 | $1.96 |
| 5 | 6,846 | 5,027,149 | $10,964,325 | 25.0% | 117,327 | $0.25 | $9.31 | $63.41 | $2.49 |
| 6 | 13,783 | 4,648,520 | $8,675,761 | 27.0% | 178,868 | $0.89 | $6.75 | $24.99 | $1.63 |
| 7 | 369 | 4,269,719 | $10,891,522 | 20.3% | 915 | $8.44 | $12.99 | $17.46 | $1.45 |
| 8 | 7,524 | 4,216,636 | $9,085,350 | 27.0% | 102,436 | $0.95 | $7.83 | $25.03 | $1.76 |
| 9 | 871 | 3,859,667 | $10,393,295 | 23.0% | 2,112 | $8.24 | $12.93 | $19.99 | $1.61 |
| 10 | 9,658 | 3,491,606 | $6,804,361 | 25.1% | 144,682 | $0.02 | $8.34 | $30.98 | $2.44 |

**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 25A
## CHURNING IN PROF. NOLL'S FOUR-WEEK AVERAGED PRICES: TOP 25 TITLES IN PROF. NOLL'S GROUP 1



**Note**: Prof. Noll's Group 1 consists of titles identified as "Fiction", published by Penguin, where a hardcover version and paperback version are available, and which have been released for at least one year.
**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure  25B
## CHURNING ACTUAL TRANSACTION PRICES:
## TOP 25 TITLES IN PROF. NOLL'S GROUP 1

**Note**: Prof. Noll's Group 1 consists of titles identified as "Fiction", published by Penguin, where a hardcover version and paperback version are available, and which have been released for at least one year.
**Source**: E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 26

# CHURNING OF PRICES:  WHAT PERCENT OF PRICES WITHIN PROF. NOLL'S GROUPS SHOW HIGH POSITIVE CORRELATION?



**Note:**  Correlation is calculated for each pair of titles within a group as defined by Prof. Noll.  Title-pairs in each of Prof. Noll's Groups 1-10 with positive and significant correlation are depicted; all remaining title-pairs have statistically insignificant (positive or negative) or statistically significant negative correlation.  There are 20,963,719 title-pairs that have varying prices with at least 36 days of overlap, which account for 72.77% of all title-pairs that have at least 36 days of overlap.

**Source:** Daily Modal E-Book Transaction Price Dataset and Prof. Noll's Group Variables from Prof. Noll's Four-Week Average Price Dataset.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure  27

# TITLES IN PROF. NOLL'S GROUP 1 IN DECEMBER 2010: RANKED BY PRICE

| Title | Prof. Noll's Four-Week Average Price at | | | | Prof. Noll's Overcharge |
|---|---|---|---|---|---|
| | Amazon | Apple | Barnes & Noble | Sony | |
| Shahnameh: The Persian Book of Kings | $29.99 | $29.99 | | | 24.9% |
| Checkmate (Lymond Chronicles) | $20.48 | | | | 24.9% |
| The Fountainhead | $19.71 | $19.99 | $19.99 | $19.99 | 24.9% |
| Burn Zone | $18.99 | | | | 24.9% |
| Divining Women (Gibbons, Kaye) | $18.99 | | $18.99 | | 24.9% |
| Midnight Plague | $18.99 | $18.99 | | | 24.9% |
| A Song in the Dark (Vampire Files, No. 11) | $18.99 | | $18.99 | $18.99 | 24.9% |
| Kristin Lavransdatter: (Penguin Classics Deluxe Edition) | $18.92 | $18.99 | $18.99 | $18.99 | 24.9% |
| Atlas Shrugged: (Centennial Edition) | $18.81 | $18.99 | $18.99 | $18.99 | 24.9% |
| Saving Fish from Drowning | $18.56 | $18.99 | $18.99 | $18.99 | 24.9% |
| Daisy Miller (Penguin Classics) | $2.38 | | | | 24.9% |
| Father Brown Stories (Penguin Popular Classics) | $2.09 | | | | 24.9% |
| Twenty Thousand Leagues Under the Sea (Penguin Popular Classics | $2.06 | | | | 24.9% |
| Metamorphosis and Other Stories (Penguin Modern Classics) | $1.98 | | | | 24.9% |
| The Warden | $1.90 | | | | 24.9% |
| Eugenie Grandet (Classics) | $1.68 | | | | 24.9% |
| All's Well That Ends Well (Penguin Shakespeare) | $1.43 | | | | 24.9% |
| The Picture of Dorian Gray (Penguin Classics) | $1.05 | | $6.99 | | 24.9% |
| Ulysses (Penguin Modern Classics) | $0.98 | | | | 24.9% |
| Northanger Abbey (Penguin Classics) | $0.95 | | | | 24.9% |

**Notes:**

**1.** Genre according to Amazon

**2.** Titles are ranked by their Amazon price

**3.** The transaction data contains data on 7 retailers

**Source:**

Prof. Noll's Four-Week Average Price Dataset,  Prof. Noll's Workpaper, E-Book Transaction Price Dataset.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 28A
**PROF. NOLL's "JUST SO" STORY:**
**BUT-FOR PRICES FELL EVEN THOUGH ACTUAL PRICES DID NOT CHANGE UPON AGENCY**
*Guardian of the Horizon* (HarperCollins) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 28B
**PROF. NOLL's "JUST SO" STORY:**
**BUT-FOR PRICES FELL EVEN THOUGH ACTUAL PRICES DID NOT CHANGE UPON AGENCY**
*Cat Under Fire* **(HarperCollins) Sold Through Amazon**

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 28C
**PROF. NOLL's "JUST SO" STORY:**
**BUT-FOR PRICES FELL EVEN THOUGH ACTUAL PRICES DID NOT CHANGE UPON AGENCY**
***The Beach Club* (Macmillan) Sold Through Amazon**



**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 29A
**PROF. NOLL's "JUST SO" STORY:**
**PRICES FELL UPON AGENCY, BUT NOT AS MUCH AS THEY SHOULD HAVE**
*The Shark Mutiny* **(HarperCollins) Sold Through Amazon**

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 29B
## PROF. NOLL's "JUST SO" STORY:
## PRICES FELL UPON AGENCY, BUT NOT AS MUCH AS THEY SHOULD HAVE
*Sleepyhead* (HarperCollins) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 29C
## PROF. NOLL's "JUST SO" STORY:
## PRICES FELL UPON AGENCY, BUT NOT AS MUCH AS THEY SHOULD HAVE
### *A Haunt of Murder* (Macmillan) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 30A
**PROF. NOLL's "JUST SO" STORY:**
**PRICES WOULD HAVE RISEN WITHOUT AGENCY, BUT JUST NOT AS MUCH**
*The Deep End of Fear* (Simon & Schuster) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 30B
## PROF. NOLL's "JUST SO" STORY:
## PRICES WOULD HAVE RISEN WITHOUT AGENCY, BUT JUST NOT AS MUCH
*Ready for Anything* (Penguin) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

# Figure 30C
## PROF. NOLL's "JUST SO" STORY:
## PRICES WOULD HAVE RISEN WITHOUT AGENCY, BUT JUST NOT AS MUCH
## *Hades' Daughter* (Macmillan) Sold Through Amazon



**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 31A
**PROF. NOLL's "JUST SO" STORY:**
**PRICES ROSE UPON AGENCY, BUT THEY SHOULD HAVE FALLEN**
*The Real America* (Simon & Schuster) Sold Through Amazon



**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 31B
**PROF. NOLL's "JUST SO" STORY:**
**PRICES ROSE UPON AGENCY, BUT THEY SHOULD HAVE FALLEN**
*Kokology 2* (Simon & Schuster) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology
CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 31C
## PROF. NOLL's "JUST SO" STORY:
## PRICES ROSE UPON AGENCY, BUT THEY SHOULD HAVE FALLEN
### *Locomotion* (Penguin) Sold Through Amazon

**Source:** E-Book Transaction Price Dataset and Prof. Noll's Workpaper Damages Methodology

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 32A
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 1



**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 32B
**PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE**
Distribution of Transaction Prices in Prof. Noll's Group 2

**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 32C
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 3



**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 32D
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 4



**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 32E
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 5

**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 32F
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 6



**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 32G
**PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE**
Distribution of Transaction Prices in Prof. Noll's Group 7

**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 32H
## PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
### Distribution of Transaction Prices in Prof. Noll's Group 8

**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER



Figure 32I
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 9

**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 32J
# PRE-AGENCY PRICE v. PROF. NOLL'S POST-AGENCY BUT-FOR PRICE
## Distribution of Transaction Prices in Prof. Noll's Group 10



**Note:** Prof. Noll's group as defined on Figure 24.
**Source:** E-Book Transaction Price Dataset

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

## Figure 33
# PROF. NOLL'S MODEL'S PREDICTION ERRORS
## Pre-April 2010 v. Post-April 2010



**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 34A
# ASSESSING THE RELIABILITY OF PROF. NOLL'S DAMAGES MODEL: HOW OFTEN WERE TITLES' ACTUAL FOUR-WEEK AVERAGE PRICES *LESS THAN* PROF. NOLL'S FOUR-WEEK BUT-FOR PRICE?

| Publisher | Percent of E-Book Volumes Sold | | | | |
|---|---|---|---|---|---|
| Hachette | 0.0% | 5.0% | 9.3% | 12.7% | 16.4% |
| Harper Collins | 0.0% | 5.1% | 10.8% | 14.0% | 17.1% |
| Macmillan | 2.4% | 15.4% | 23.2% | 28.6% | 32.4% |
| Penguin | 0.3% | 1.1% | 3.3% | 6.7% | 10.6% |
| Simon & Schuster | 0.0% | 0.8% | 2.8% | 5.6% | 8.9% |
| **Total** | **0.5%** | **4.7%** | **8.8%** | **12.3%** | **15.9%** |

| Alternative Structure to Prices | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|

**Prof. Noll Assumes Identical Price Structure**

**Price Structure From Prof. Noll's Model Pre-April 2010**

**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 34B

## ASSESSING THE RELIABILITY OF PROF. NOLL'S DAMAGES MODEL:

## HOW OFTEN WERE THE PRICES ACTUALLY PAID BY CLASS MEMBERS *LESS THAN* PROF. NOLL'S IMPLICIT BUT-FOR PRICE?

| Publisher | Units |
|---|---|
| Hachette | 2,123,911 |
| Harper Collins | 3,317,101 |
| Macmillan | 3,521,221 |
| Penguin | 1,350,563 |
| Simon & Schuster | 507,005 |
| **Total** | 10,819,801 |

**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 35A

## ASSESSING THE RELIABILITY OF PROF. NOLL'S DAMAGES MODEL: HOW OFTEN WERE TITLES' ACTUAL FOUR-WEEK AVERAGE PRICES *LESS THAN* PROF. NOLL'S PREDICTED FOUR-WEEK BUT-FOR PRICE?

| | Prof. Noll's Report of No Fact of Injury | | Total Including Unreliable "Fact" of Injury | |
| | Percent of E-Book Volumes | | | |
| Publisher | Sold | Number of Transactions | Marketplace With And Without Unlawful Conduct | Marketplace Absent Unlawful Conduct |
|---|---|---|---|---|
| Hachette | 0.0% | 9,878 | 2,369,874 | 2,335,431 |
| HarperCollins | 0.0% | 0 | 3,503,949 | 3,950,361 |
| Macmillan | 2.4% | 540,696 | 4,775,934 | 4,978,760 |
| Penguin | 0.3% | 134,145 | 1,480,017 | 3,183,930 |
| Simon & Schuster | 0.0% | 0 | 449,797 | 558,039 |
| **Total** | 0.5% | 684,719 | 12,579,571 | 15,006,521 |

**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER

Figure 35B

# ASSESSING THE RELIABILITY OF PROF. NOLL'S DAMAGES MODEL: HOW OFTEN WERE TITLES' ACTUAL FOUR-WEEK AVERAGE PRICES *LESS THAN* PROF. NOLL'S PREDICTED FOUR-WEEK BUT-FOR PRICE?

| Location | Prof. Noll's Report of No Fact of Injury | | Total Including Unreliable "Fact" of Injury | |
| | Percent of E-Book Volumes Sold | Number of Transactions | Marketplace With And Without Unlawful Conduct | Marketplace Absent Unlawful Conduct |
| --- | --- | --- | --- | --- |
| Alabama | 0.4% | 5,202 | 104,397 | 124,557 |
| Alaska | 0.4% | 2,063 | 35,563 | 41,645 |
| Arizona | 0.4% | 9,213 | 176,025 | 208,901 |
| Arkansas | 0.5% | 3,431 | 64,578 | 76,392 |
| Colorado | 0.4% | 9,532 | 166,246 | 199,004 |
| Connecticut | 0.4% | 6,119 | 108,903 | 131,949 |
| Delaware | 0.4% | 1,370 | 26,622 | 32,126 |
| District of Columbia | 3.2% | 13,977 | 39,003 | 45,205 |
| Idaho | 0.4% | 2,211 | 45,573 | 53,818 |
| Illinois | 0.4% | 17,435 | 309,451 | 372,504 |
| Indiana | 0.4% | 6,985 | 142,788 | 168,388 |
| Iowa | 0.4% | 3,344 | 73,937 | 86,590 |
| Kansas | 0.4% | 3,941 | 78,782 | 93,315 |
| Louisiana | 0.4% | 5,250 | 91,093 | 111,243 |
| Maryland | 0.4% | 10,154 | 177,944 | 216,199 |
| Massachusetts | 0.4% | 11,292 | 212,941 | 258,500 |
| Michigan | 0.4% | 10,630 | 224,565 | 264,890 |
| Missouri | 0.4% | 6,844 | 136,163 | 161,061 |
| Nebraska | 0.4% | 2,199 | 44,476 | 52,359 |
| New Mexico | 0.4% | 2,879 | 54,145 | 63,988 |
| New York | 0.4% | 27,750 | 471,478 | 574,357 |
| North Dakota | 0.4% | 785 | 17,327 | 20,146 |
| Ohio | 0.4% | 12,289 | 245,103 | 290,651 |
| Pennsylvania | 0.4% | 16,080 | 318,846 | 382,617 |
| Puerto Rico | 0.7% | 573 | 6,488 | 7,599 |
| South Dakota | 0.4% | 923 | 20,526 | 23,889 |
| Tennessee | 0.4% | 8,005 | 158,854 | 189,502 |
| Texas | 0.4% | 34,746 | 635,164 | 764,818 |
| Utah | 0.5% | 4,676 | 73,987 | 88,202 |
| Vermont | 0.4% | 998 | 21,190 | 24,585 |
| Virginia | 0.4% | 14,504 | 264,515 | 317,600 |
| West Virginia | 0.4% | 2,273 | 43,197 | 50,645 |
| Wisconsin | 0.4% | 5,932 | 122,351 | 144,761 |
| Non-Li iga ing Jurisdictions | 0.4% | 178,761 | 3,267,186 | 3,903,510 |
| Location Missing | 0.5% | 242,353 | 4,600,164 | 5,461,005 |
| **Total** | 0.5% | 684,719 | 12,579,571 | 15,006,521 |

**Note**   "Location Missing" indicates data relied upon by Prof. Noll that could not be identified with a specific U.S. state or Washington D.C.
**Source**: Prof. Noll's Regression Data.

CONTAINS MATERIALS DESIGNATED AS HIGHLY CONFIDENTIAL PER PROTECTIVE ORDER