UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC) <br> ECF Case |
| This Document Relates to: <br><br> ALL ACTIONS | CLASS ACTION |
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PENGUIN GROUP (USA), INC., *et al.*, <br><br> Defendants. | No. 12-cv-3394 (DLC) |

**NOTICE OF CORRECTIONS TO DECLARATION OF JOSEPH P. KALT**