```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE: ELECTRONIC BOOKS ANTITRUST       :   11 MD 2293 (DLC)
LITIGATION                              :
                                        :   Related to all
                                        :      matters
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                    Plaintiffs,         :   12 Civ. 3394 (DLC)
         -v-                            :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :   SCHEDULING ORDER
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 21, 2014, Apple moved for a "Suggestion of Remand to the Judicial Panel for Multidistrict Litigation." It is hereby

2/24/2014

ORDERED that any opposition is due by **March 7, 2014**. Any reply is due by **March 14, 2014**. At the time any reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         February 24, 2014

```
                              _____
                                       DENISE COTE
                              United States District Judge
```