```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE: ELECTRONIC BOOKS ANTITRUST       :    11 MD 2293 (DLC)
LITIGATION                              :
                                        :    Related to all
----------------------------------------X    matters
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                    Plaintiffs,         :    12 Civ. 3394 (DLC)
          -v-                           :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :        ORDER
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

By letter of February 18, 2014, plaintiffs in In re: Electronic Books Antitrust Litigation, 11 MD 2293 (DLC), submitted four documents with revised redaction requests. It is hereby

ORDERED that plaintiffs' requests for redactions are granted, with two exceptions. Plaintiffs' request for redaction on page 11 of their Memorandum of Law in Support of Class Plaintiffs' Motion to Exclude Opinions Offered by Dr. Joseph Kalt is denied. Likewise, plaintiffs' requests for redaction on page 18 of their Memorandum of Law in Support of Class Plaintiffs' Motion to Exclude the Expert Opinions Offered by Apple's Expert Jonathan Orszag are denied.

IT IS FURTHER ORDERED that plaintiffs shall publicly file these four documents, with the approved redactions, forthwith, and file unredacted pages of these documents under seal.

Dated:    New York, New York
          February 24, 2014

                                    _____
                                           DENISE COTE
                                    United States District Judge