# EXHIBIT 28

**From:**        Gajjela, Rohit
**Sent:**         Wednesday, January 13, 2010 12:36 AM
**To:**           Grandinetti, Russell; Dhandapani, Suresh; Kirmayer, Melissa; Tollefson, Jeff
**Subject:**      RE: DTP Meeting Notes



1

AMZN-MDL-0154056
HIGHLY CONFIDENTIAL



**From:** Tollefson, Jeff
**Sent:** Monday, January 11, 2010 11:48 AM
**To:** Grandinetti, Russell; Gajjela, Rohit; Kirmayer, Melissa; Dhandapani, Suresh
**Subject:** DTP Meeting Notes



4.  Announcement Timing (**No owner**)
    a.   Global and DRM – Target 1/15

2

AMZN-MDL-0154057
HIGHLY CONFIDENTIAL

b.   DTP Pricing – Target 1/20

3

AMZN-MDL-0154058
HIGHLY CONFIDENTIAL