# EXHIBIT 42

| | |
|---|---|
| From: | Kennedy, Susan |
| To: | Boyd, Matthew |
| Sent: | 10/25/2011 10:44:29 PM |
| Subject: | Re: INSIDE STEVE'S BRAIN opportunities? |

Go back to 12.99

----- Original Message -----
From: Boyd, Matthew
To: Kennedy, Susan
Sent: Tue Oct 25 16:42:49 2011
Subject: FW: INSIDE STEVE'S BRAIN opportunities?

You don't have to look at this long email chain. In short, this is one of Adrian's books that is still in hardcover and has "aged up" to $19.99.

The agent is really pushing them to bring the price back down to $12.99, especially since it's about Steve Jobs, and obviously that's a hot topic now. I've given them all the reasons not to do this (price test results, actual Cube sales), but Adrian wants to try this for a brief period for the sake of agent relations.

In these situations where a book ages up, I can see both sides. I know why we don't lower the price, but I can also see why the author/agent get angry when the price suddenly jumps up significantly.

What should I tell him?

-----Original Message-----
From: Zackheim, Adrian
Sent: Tuesday, October 25, 2011 4:38 PM
To: McCall, Tim; Weisser, Will; Barton, Molly
Cc: Boyd, Matthew
Subject: RE: INSIDE STEVE'S BRAIN opportunities?

I think this is a small amount of money either way. For the sake of agent relations, can we take the ebook to $12.95 for the next three months? Who can approve this?

-----Original Message-----
From: McCall, Tim
Sent: Tuesday, October 25, 2011 4:05 PM
To: Zackheim, Adrian; Weisser, Will
Cc: Boyd, Matthew
Subject: RE: INSIDE STEVE'S BRAIN opportunities?

Hi guys -- We saw the same figures Matt has provided below. So, on the one hand, sales are up and probably will remain higher for awhile, though many consumers will now go for the Isaacson book, since it is now available. On the other, lowering the price impacts revenue. But yes, I agree you're losing units. I don't have a problem riding on the coattails of the Isaacson book at the current price or at a lower price. I think you'd have to go to $12.99 -$14.99 to grab incremental sales. I can't forecast whether you'll make up the revenue at a lower price.

-----Original Message-----
From: Boyd, Matthew
Sent: Tuesday, October 25, 2011 2:12 PM
To: McCall, Tim
Subject: RE: INSIDE STEVE'S BRAIN opportunities?

I just glanced at this on The Cube, and it was selling around 15-25 copies a week for the last year and a half. The week Steve Jobs died, it jumped to 264. The week following, it sold 97.

Highly Confidential

PEN-LIT-00001084

Not sure if you want to share this with Adrian/Will or want me to.

-----Original Message-----
From: McCall, Tim
Sent: Tuesday, October 25, 2011 12:56 PM
To: Zackheim, Adrian; Barton, Molly; Boyd, Matthew
Cc: Weisser, Will
Subject: RE: INSIDE STEVE'S BRAIN opportunities?

I'll look at the sales and get back to you, Adrian.

-----Original Message-----
From: Zackheim, Adrian
Sent: Tuesday, October 25, 2011 11:45 AM
To: McCall, Tim; Barton, Molly; Boyd, Matthew
Cc: Weisser, Will
Subject: FW: INSIDE STEVE'S BRAIN opportunities?

We have been throwing the usual arguments at this agent for days to no avail. He now proposes to harass David and Susan. We are crashing the paperback for early next year, and the price will change then. But he wants the ebook price to change immediately.

I personally doubt that we'll sell many copies of this ebook whatever the price, but I thought I'd bring this to your attention because the guy is about to go nuclear. Any suggestions?

-----Original Message-----
From: Ted Weinstein [mailto:tw@twliterary.com]
Sent: Tuesday, October 25, 2011 1:38 AM
To: Zackheim, Adrian; Weisser, Will
Cc: 'Leander Kahney'
Subject: RE: INSIDE STEVE'S BRAIN opportunities?

Adrian & Will -

Isaacson's Jobs bio is #1 of ALL books on Amazon already - it's a doorstop at 656 pages and priced HC at $35 list, and the ebook is "only" $17. Every day that INSIDE STEVE'S BRAIN (300 small trim size pages, list price $25, two years old) has an ebook price of *$19.00* Penguin is leaving a lot of money on the table...

I know it's not your call, but I can't think of a better project to use to push corporate for some opportunity-based ebook pricing right now, not in even as little as a month or two. You're the smartest business publishers in the world, and I'd bet there isn't a single author your imprint publishes that would argue for the current pricing model.

Would you like me to throw myself on the grenade and call Susan or David directly, so it's not coming from you? Sorry to push on this, but we're all in this business to make money. I hate losing significant revenue potential like this...

/Ted

Ted Weinstein
TED WEINSTEIN LITERARY MANAGEMENT
35 Stillman Street, Suite 203
San Francisco, CA 94107
+1 415.546.7200
tw@twliterary.com
www.twliterary.com


> -----Original Message-----
> From: Zackheim, Adrian [mailto:Adrian.Zackheim@us.penguingroup.com]

Highly Confidential

PEN-LIT-00001085

```
> Sent: Monday, October 24, 2011 11:39 AM
> To: tw@twliterary.com; Weisser, Will
> Cc: Leander Kahney; Carey, Brooke
> Subject: RE: INSIDE STEVE'S BRAIN opportunities?
>
> It doesn't have to be six months. We'll crash the paperback as soon
> as we have the new pages from Leander, and we might be able to do the
> revised ebook faster. We'll investigate. Changes are happening
> rapidly these days.
>
> Leander, should we get on the phone to discuss what you're writing for
> us?
>
> -----Original Message-----
> From: Ted Weinstein [mailto:tw@twliterary.com]
> Sent: Monday, October 24, 2011 12:08 PM
> To: Weisser, Will; Zackheim, Adrian
> Cc: 'Leander Kahney'
> Subject: RE: INSIDE STEVE'S BRAIN opportunities?
>
> That's great, and Leander will start cranking immediately, but soonest
> possible pub date is five or six months from now. Since you're
> understandably uncomfortable discussing ebook pricing via corporate
> email system, can we set a time to talk by phone to discuss additional
> possibilities for getting a more appropriately priced ebook on the
> market sooner. My day is flexible - let me know whatever works for
> you in NY.
>
> /Ted
>
> Ted Weinstein
> TED WEINSTEIN LITERARY MANAGEMENT
> 35 Stillman Street, Suite 203
> San Francisco, CA 94107
> +1 415.546.7200
> tw@twliterary.com
> www.twliterary.com
>
> > -----Original Message-----
> > From: Weisser, Will [mailto:Will.Weisser@us.penguingroup.com]
> > Sent: Monday, October 24, 2011 8:14 AM
> > To: tw@twliterary.com; Leander Kahney
> > Cc: Zackheim, Adrian; Carey, Brooke; Pritzker, Amanda L; McLean,
> Allison
> > Subject: RE: INSIDE STEVE'S BRAIN opportunities?
> >
> > Good morning. Just spoke to Adrian -- he'd love a short final
> > chapter that we can add to a crash paperback edition. Let us know
> > how soon Leander could deliver it, and we'll find out how fast we
> > can do a paperback and an updated $9.99 ebook. Brooke Carey (cc'd)
> > will be the editor.
> >
> > We think that's a bigger sales opportunity than carving out a
> > chapter into what we call an "e-special." But if you have a
> > particular
> chapter
> > you want us to reconsider, let us know.
> >
> > Thanks,
> >
> > Will
> >
> > -----Original Message-----
```

Highly Confidential

PEN-LIT-00001086

```
> > From: Weisser, Will
> > Sent: Friday, October 21, 2011 3:59 PM
> > To: 'tw@twliterary.com'; 'Leander Kahney'
> > Cc: Zackheim, Adrian; Young, Courtney; Pritzker, Amanda L; Weisser,
> Will
> > Subject: RE: INSIDE STEVE'S BRAIN opportunities?
> >
> > Slicing and dicing a cheap mini e-book is possible if we think
> > there's
> a
> > market. We should discuss with Adrian early next week when he's
> > back from London.
> >
> > Ebook pricing is guided by Penguin Group corporate guidelines - too
> long
> > a story for email. I can explain on the phone Monday if that would
> > help. Thanks...
> >
> > -----Original Message-----
> > From: Ted Weinstein [mailto:tw@twliterary.com]
> > Sent: Friday, October 21, 2011 3:52 PM
> > To: Weisser, Will; 'Leander Kahney'
> > Cc: Zackheim, Adrian; Young, Courtney; Pritzker, Amanda L
> > Subject: RE: INSIDE STEVE'S BRAIN opportunities?
> >
> > What do we have to do to get the ebook price dropped now?
> >
> > And in the meantime, what about slicing-and-dicing a chapter or more
> > into short e-singles: "Steve Jobs on Passion" or something similar?
> >
> > /Ted
> >
> > Ted Weinstein
> > TED WEINSTEIN LITERARY MANAGEMENT
> > 35 Stillman Street, Suite 203
> > San Francisco, CA 94107
> > +1 415.546.7200
> > tw@twliterary.com
> > www.twliterary.com
> >
> >
> > > -----Original Message-----
> > > From: Weisser, Will [mailto:Will.Weisser@us.penguingroup.com]
> > > Sent: Friday, October 21, 2011 12:19 PM
> > > To: tw@twliterary.com; Leander Kahney
> > > Cc: Zackheim, Adrian; Young, Courtney; Pritzker, Amanda L
> > > Subject: RE: INSIDE STEVE'S BRAIN opportunities?
> > >
> > > Hi Ted and Leander. The hardcover has been reprinted and should
> > > be
> > back
> > > in stock at Amazon and elsewhere. I spoke to Adrian and we think
> the
> > > next step is putting it into paperback early next Spring, with a
> brief
> > > new postscript about Steve's death. The timing will depend on how
> > fast
> > > that can be written and then edited, typeset, sold in, etc.
> > >
> > > One advantage of going to paperback is that it will allow us to
> > > drop
> > the
> > > ebook price to $9.99.
```

Highly Confidential

PEN-LIT-00001087

```
> > >
> > > What do you think about adding a few pages at the end?
> > >
> > > Thanks,
> > >
> > > Will Weisser
> > > VP, Associate Publisher, Marketing Director Portfolio / Penguin
> > > Group
> > > 212-366-2613
> > > will.weisser@us.penguingroup.com
> > >
> > >
> > > -----Original Message-----
> > > From: Ted Weinstein [mailto:tw@twliterary.com]
> > > Sent: Thursday, October 20, 2011 7:25 PM
> > > To: Zackheim, Adrian; Weisser, Will
> > > Cc: 'Leander Kahney'
> > > Subject: INSIDE STEVE'S BRAIN opportunities?
> > >
> > > Should we arrange a call to discuss what opportunities there might
> be
> > > with
> > > INSIDE STEVE'S BRAIN? Top-of-head ideas include another revised
> > > edition, going to paperback right away, cutting ebook price,
> > > excerpting or abridging sections to make an e-single - not sure if
> > > you've been having such conversations internally already?
> > >
> > > /Ted
> > >
> > > Ted Weinstein
> > > TED WEINSTEIN LITERARY MANAGEMENT
> > > 35 Stillman Street, Suite 203
> > > San Francisco, CA 94107
> > > +1 415.546.7200
> > > tw@twliterary.com
> > > www.twliterary.com
> > >
```

Highly Confidential

PEN-LIT-00001088