# EXHIBIT 59

**From:** Dargan, Simoina
**Sent:** Friday, November 06, 2009 4:52 PM
**To:** Grandinetti, Russell
**Subject:** Kindle pricing rules



7/17/2010

AMZN-TXCID-0009667
Highly Confidential



Simoina Dargan  |  Sr. Product Manager  |  Amazon Kindle
E: dargan@amazon.com   P: 206.266.3635   www.amazon.com/kindle

7/17/2010

AMZN-TXCID-0009668
Highly Confidential