# EXHIBIT 61



AMZN-MDL-0003712
HIGHLY CONFIDENTIAL



AMZN-MDL-0003716
HIGHLY CONFIDENTIAL