UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | <u>CLASS ACTION</u> |

**DECLARATION OF JEFFREY B. DUBNER IN FURTHER SUPPORT OF
CLASS PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT OPINIONS
<u>OFFERED BY APPLE'S EXPERTS MESSRS. ORSZAG AND KALT</u>**

SUBMITTED UNDER SEAL
Pursuant to Protective Order

010260-11 498183 V1

I, Jeffrey B. Dubner, declare as follows:

1. I am an attorney with the law firm of Cohen, Milstein, Sellers & Toll, PLLC ("Cohen Milstein"), one of the co-lead counsel of record for Class Plaintiffs in the above-entitled matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

| No. | Description | Admitted Trial Ex. No. |
|---|---|---|
| A | Excerpt from the Expert Report of Richard J. Gilbert, dated Feb. 8, 2013 | |
| B | Excerpt from the Direct Testimony of Dr. Richard J. Gilbert, dated Apr. 25, 2013) | PX-1105 |
| C | Email and attachment sent from Christopher DuBee to Coram Williams dated Mar. 9, 2012, titled "PowerPoint for 2:30 meeting," bearing Bates numbers PEN-LIT-00091435 through -00091459 | |
| D | Email and attachment sent from Daniel Schwartz to Hillary Veith dated Jan. 6, 2011, titled "Agency Model Day 1 Pricing Recommendation_v8.doc," bearing Bates numbers MCMLN-LIT-00094513 through -00094515 | |
| E | Excerpts from the Deposition Testimony of Roger G. Noll, dated November 1, 2013 | |
| F | Email and attachment from Joseph Frizzel to Frank Autunnale, dated March 18, 2010, titled "FW: eBook pricing grid," bearing Bates numbers PEN00006604 through PEN00006607 | |
| G | Email and attachment from Catharine Lynch to Tim McCall, et al., dated July 22, 2010, titled "RE: Kindle Question," bearing Bates numbers PEN00225461 through PEN00225468 | |

| No. | Description | Admitted Trial Ex. No. |
|---|---|---|
| H | Email and attachment from Frank Autunnale to Christopher DuBee, dated November 5, 2010, titled "FW: eBook pricing grid," bearing Bates numbers PEN00640932 through PEN00640937 | |
| I | Excerpts from the Deposition Testimony of Jonathan Orszag, dated December 7, 2014 | |
| J | Revised Declaration of Dr. Michelle Burtis, dated May 29, 2013 | DX-721 |
| K | Apple Inc.'s Proposed Findings of Fact in *United States v. Apple Inc.*, No. 12-cv-2826, dated May 14, 2013 | |
| L | Excerpt from the June 18, 2013 Reporter's Transcript of Proceedings, *United States v. Apple Inc.*, No. 12-cv-2826 | |
| M | Excerpt from the Deposition Testimony of Joseph P. Kalt, dated December 4, 2013 | |
| N | Excerpt from the June 20, 2013 Reporter's Transcript of Proceedings, *United States v. Apple Inc.*, No. 12-cv-2826 | |
| O | Email from Jeff Bezos to Russell Grandinetti, et al., dated Dec. 10, 2009, titled, "DTP" | DX-071 |
| P | Email from Russell Grandinetti to Ben Shapiro, et al., titled "RE: Apple's ebook pricing thoughts," dated December 9, 2009 | DX-068 |
| Q | Email from Theresa Horner to Anne O'Malley, titled "RE: eBooks Membership suggestion," dated June 4, 2010 | PX-0552 |
| R | Email from Fritz Foy to Theresa Horner, titled "Re: After the revolution," dated April 13, 2010 | PX-0315 |
| S | Excerpt from the Deposition Testimony of Richard J. Gilbert, dated April 10, 2013 | |

010260-11 498183 V1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 4th day of February 2014, at Washington, D.C.

_____

010260-11 498183 V1