# EXHIBIT O

| | |
|---|---|
| **From:** | Bezos, Jeff |
| **Sent:** | Thursday, December 10, 2009 8:52 AM |
| **To:** | Grandinetti, Russell; Anthony, Felix; Kessel, Steven; Freed, Ian |
| **Cc:** | Hart, Greg |
| **Subject:** | DTP |

How about we do a bigger rev share on DTP at the same time we require DTP books to be lendable (good rules -- not like bn), to be bundlable with hardcover, and to be rentable, and to be clubable, subscribable, and to be libraryable (where we are the library).

Basically, everything we wish publishers would do, we require in dtp and then give them 70 percent of revs.

Who owns?

1

USA v. Apple Inc., et al.
12-CV-02826-DLC

DX-071

AMZN-MDL-0044064
HIGHLY CONFIDENTIAL