```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :      11 MD 2293 (DLC)
                                          :
IN RE: ELECTRONIC BOOKS ANTITRUST         :      Related to all
LITIGATION                                :         matters
                                          :
                                          :      ORDER
----------------------------------------  X
```

DENISE COTE, District Judge:

   Plaintiffs have moved for approval of a plan for notice. Following a conference with the parties on March 31, 2014, and review of their further submissions, it is hereby

   ORDERED that the form of notice is approved as follows:

   1) The postcard notice shall be in the form attached to the March 28, 2014 submission, with the addition of the word "that" and the proper form of corporate names for the Settling Publishers, as discussed during the March 31 conference.  The postcard notice proposed on April 1 is not approved.

   2) The detailed notice submitted on April 1 is approved with the following exception.  The eighth bullet point on page 1 shall be stricken. The eighth bullet point begins "The Attorneys General and . . . ."

Dated:   New York, New York
         April 1, 2014

                                   _____
                                          DENISE COTE
                                   United States District Judge