UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

This Document Relates to:

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| THE STATE OF TEXAS, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>PENGUIN GROUP (USA) INC., et al.,<br><br>                Defendants. | Civil Action<br>No. 12-cv-03394 |
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | CLASS ACTION |

4/2/2014

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF PLAN FOR CLASS NOTICE

Plaintiffs' Motion for Approval of Plan for Notice ("Motion") having come before the Court, the Court having reviewed all of the pleadings related to same, and being fully advised in the premises, IT IS HEREBY ORDERED that:

Plaintiffs' Motion is GRANTED.

- 1 -

Notice shall be served upon the eligible consumers residing in Plaintiff States and upon Class members in the manner described in Plaintiffs' Motion within thirty (30) days of this Order. The service of Notice shall be accomplished as follows:

(a) An email in the form proposed in Plaintiffs' Motion shall be sent by Amazon, Barnes and Noble, Google, and Kobo to inform their Eligible Consumers of their rights and how they may participate in the Lawsuits.

(b) An email in the form proposed in Plaintiffs' Motion shall be sent by Rust, or a vendor contracted by Rust, on behalf of Apple and Sony to inform Apple and Sony's Eligible Consumers of their rights and how they may participate in the Lawsuits.

(c) Postcards in the form proposed in Plaintiffs' Motion shall be sent to Eligible Consumers for whom a correct email address could not be discovered in the Previous Settlements.

SO ORDERED:

DATED: April 2, 2014

_____
THE HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated: March 28, 2014

HAGENS BERMAN SOBOL SHAPIRO LLP

By _____/s/ Steve W. Berman_____
    STEVE W. BERMAN (*Pro Hac Vice*)

George W. Sampson (GS-8973)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com

Jeff D. Friedman (*Pro Hac Vice*)
Shana Scarlett (*Pro Hac Vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice)*
Jeffrey Dubner (4974341)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
KPierson@cohenmilstein.com
jdubner@cohenmilstein.com

Douglas Richards (JR6038)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
88 Pine Street
14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-774
DRichards@cohenmilstein.com

*Co-Lead Counsel for Plaintiffs*


**STATE OF NEW YORK**
ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

By: ___/s/ Robert L. Hubbard_____
        ROBERT L. HUBBARD

Linda J. Gargiulo
Assistant Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8274
robert.hubbard@ag.ny.gov
linda.gargiulo@ag.ny.gov

*Attorneys for the State of New York*
*Local Counsel*

010260-11 681070V1

**STATE OF TEXAS**
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
JOHN T. PRUD'HOMME
Chief, Consumer Protection Division
KIM VAN WINKLE
Chief, Antitrust Section

By: /s/ Rebecca Fisher
    REBECCA FISHER *(Pro Hac Vice)*

Eric Lipman (EL-6300)
Assistant Attorneys General
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-1265
Rebecca.Fisher@texasattorneygeneral.gov
Eric.Lipman@texasattorneygeneral.gov

*Attorneys For The State of Texas and
On Behalf of the Plaintiff States*


**STATE OF CONNECTICUT**
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Nielsen

By /s/ Gary M. Becker
   GARY M. BECKER (GB 8259)

Assistant Attorney General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Gary.Becker@ct.gov

*Attorneys For The State of Connecticut and
On Behalf Of Plaintiff States*

- 4 -

010260-11 681070V1

**STATE OF OHIO**
R. MICHAEL DEWINE,
ATTORNEY GENERAL

By _____/s/ Edward Olszewski_____
      EDWARD OLSZEWSKI (*Pro Hac Vice*)

Assistant Attorney General, Antitrust Section
Office of the Ohio Attorney General
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
edward.olszewski@ohioattorneygeneral.gov

*Attorneys For The State of Ohio and*
*On Behalf of Plaintiff States*

- 5 -