

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
**Direct (206) 268-9320**
**steve@hbsslaw.com**

April 28, 2014

<u>*Via ECF*</u>

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

      Re:    <u>*In re: Electronic Books Antitrust Litig.*, No. 11-md-02293 (DLC)</u>;
             <u>*The State of Texas v. Penguin Group (USA), Inc.*, No. 12-cv- 3394 (DLC)</u>

      Plaintiffs write to update the Court as to events of last week.  On Wednesday, April 23, 2014, Apple filed a motion for an emergency stay of class notice and the damages trial – including an administrative stay of class notice being distributed to consumers pending its motion – with the Second Circuit.  The Class and the States opposed Apple's motion on Friday morning, and provided the Second Circuit with this Court's ruling denying Apple's stay.  Late Friday afternoon Judge Peter W. Hall granted Apple's request for an administrative stay of class notice being distributed to consumers and referred Apple's stay motion to a three judge panel.  *See* Attachment A hereto.

      Plaintiffs advised the notice administrator immediately; the retailers have all been instructed not to disseminate any notice (including notice to consumers in the Plaintiff States) until further instructions are received.

                                    Respectfully,

                                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                  /s/ Steve W. Berman

                                  Steve W. Berman

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11  687459V1

# ATTACHMENT A

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of April, two thousand and fourteen.

Before:     Peter W. Hall,
                *Circuit Judge.*
_____

| | |
|---|---|
| United States of America, *et al.*, | |
|     Plaintiffs-Appellees, | **ORDER** |
|     v. | Docket Nos.   13-3741(L) |
| | 13-3748(con) |
| Apple, Inc., Simon & Schuster, Inc., Verlagsgruppe | 13-3783(con) |
| George Von Holtzbrinck GMBH, Holtzbrinck Publishers, | 13-3857(con) |
| LLC, DBA Macmillan, Simon & Schuster Digital Sales, Inc., | 13-3864(con) |
| | 13-3867(con) |
|     Defendants-Appellants. | |

_____

In Re: Electronic Books Antitrust Litigation
*********************************************
Apple Inc.,

    Petitioner,

    v.                                                                                 Docket No. 14-1092

Anthony Petru, *et al.*,

    Respondents.

_____

    Apple Inc. has filed an emergency motion seeking a stay of class notification and a stay of the damages trial that is scheduled to commence in July 2014, pending appeal. Apple also requests an administrative stay of the class notification (scheduled to commence on April 28, 2014) while the Court determines the request for a stay pending appeal.

    IT IS ORDERED that the request for a stay of class notification and for a stay of the damages trial, pending appeal, is hereby REFERRED to a three-judge panel. IT IS FURTHER

CERTIFIED COPY ISSUED ON 4/25/14

ORDERED that the request for an administrative stay of the class notification (scheduled to commence on April 28, 2014) is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe* (signature)

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe* (signature)