UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
                                           :        11 MD 2293 (DLC)
IN RE ELECTRONIC BOOKS ANTITRUST           :
LITIGATION                                 :        Related to all
                                           :           matters
------------------------------------------ X
                                           :
                                           :
THE STATE OF TEXAS, et al.,                :        12 Civ. 3394 (DLC)
                                           :
                     Plaintiffs,           :
            -v-                            :        SCHEDULING ORDER
                                           :
PENGUIN GROUP (USA) INC., et al.,          :
                                           :
                     Defendants.           :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     On consent of the parties, and following a conference call

with the parties on June 11, it is hereby

     ORDERED that the opt-out period for eligible consumers

shall end on **August 4, 2014.**  All other dates set out in the

June 3 Scheduling Order remain the same.

     IT IS FURTHER ORDERED that the plaintiffs may delay by four

days their dissemination of notice to consumers.


Dated:    New York, New York
          June 16, 2014

                              _____
                                        DENISE COTE
                              United States District Judge