UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

IN RE ELECTRONIC BOOKS ANTITRUST   )   No. 11-md-02293 (DLC)
LITIGATION                                                      )   ECF Case
_____ )

**This Document Relates to:**
_____
                                                                        )
**THE STATE OF TEXAS, et al.,**                   )
                                                                        )
            **Plaintiffs,**                                      )
                                                                        )   No. 12-cv-03394 (DLC)
            **v.**                                                    )
                                                                        )
**PENGUIN GROUP (USA) INC., et al.,**       )
                                                                        )
            **Defendants.**                                    )
                                                                        )
_____ )

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 1.4, Geralyn J. Trujillo respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above-referenced action. After August 13, 2014, Ms. Trujillo will no longer be associated with the New York State Office of the Attorney General, Antitrust Bureau. All other listed counsel will continue to represent New York and the Plaintiff States in this matter.

Dated:  August 13, 2014

                                              Respectfully submitted,

                                              /s/ Geralyn J. Trujillo
                                              Assistant Attorney General /
                                                 Acting Deputy Bureau Chief
                                              Office of the New York Attorney General
                                              Antitrust Bureau
                                              120 Broadway, 26th Floor
                                              New York, NY 10271
                                              (212) 416-6677
                                              Fax: (212) 416-6015
                                              Email: geralyn.trujillo@ag.ny.gov