UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) ECF Case |
| This Document Relates to: | |
| THE STATE OF TEXAS, et al., ) ) ) Plaintiffs, ) ) v. ) ) PENGUIN GROUP (USA) INC., et al., ) ) Defendants. ) ) ) | No. 12-cv-03394 (DLC) |

RECEIVED AUG 1 4 2014 CHAMBERS OF DENISE COTE

Granted.
/s/ Denise Cote
8/14/14

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 1.4, Geralyn J. Trujillo respectfully requests to be removed from the Court's docket and to be discharged from all further obligations and responsibilities with respect to the above-referenced action. After August 13, 2014, Ms. Trujillo will no longer be associated with the New York State Office of the Attorney General, Antitrust Bureau. All other listed counsel will continue to represent New York and the Plaintiff States in this matter.

**MEMO ENDORSED**



DOCUMENT
ELECTRONICALLY [FILED]
8/14/2014

Dated: August 13, 2014

                                          Respectfully submitted,

                                          /s/ Geralyn J. Trujillo
                                          Assistant Attorney General /
                                             Acting Deputy Bureau Chief
                                          Office of the New York Attorney General
                                          Antitrust Bureau
                                          120 Broadway, 26th Floor
                                          New York, NY 10271
                                          (212) 416-6677
                                          Fax: (212) 416-6015
                                          Email: geralyn.trujillo@ag.ny.gov