UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
:
:
IN RE: ELECTRONIC BOOKS ANTITRUST :
LITIGATION :
: 11 MD 2293 (DLC)
:
------------------------------------ x
: **WITHDRAWAL OF**
This Document Relates to: : **APPEARANCE**
:
ALL ACTIONS :
:
------------------------------------ x

     PLEASE TAKE NOTICE that Hane L. Kim of Gibson, Dunn & Crutcher, LLP hereby withdraws her appearance in the above-captioned case on behalf of Defendant Apple Inc. Gibson, Dunn & Crutcher, LLP and its attorneys that have appeared will continue to appear on behalf of Defendant Apple Inc. in this action.

Dated:   September 22, 2014
          New York, New York

                              GIBSON, DUNN & CRUTCHER LLP

                              By: /s/ Hane L. Kim
                                    Hane L. Kim

                              200 Park Avenue
                              New York, NY  10166
                              Telephone:  212-351-2412
                              Facsimile:  212-351-6312
                              hlkim@gibsondunn.com

                              *Attorneys for Defendant Apple Inc.*