Daniel L. Kelly
4825 Pasture Gate Place
Fort Wayne, IN 46804
(260) 432-7308
dancindykelly@frontier.com


September 10, 2014


Clerk of Court
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Dear Sirs:

I object to the Apple Settlement in *State of Texas, et al. v. Penguin Group (USA) Inc., et al.,* Case No. 12-cv-3394 and *In re: Electronic Books Antitrust Litigation,* Case No. 11-MD 2293.

I have followed this case closely in news reports and very strongly believe Apple did nothing to injure myself or anyone else. Apple should be thanked for their efforts to add competition to the E-book market. I request that any damages the court awards be reduced by the amount owed to me and returned to Apple.

As proof I am an eligible E-book Purchaser, my Notice ID Number is AMR0KaYvL6ScbQay8M

Sincerely
Dan Kelly

*Daniel L. Kelly* (signature)