Clerk of Court
US District Court for the Southern District of New York
500 Pearl Street
NY, NY 10007-1312

kkcreevy@gmail.com
Caitlin Creevy Wootton
3000 Olympic Blvd, ste 1310
Santa Monica, CA 90404

September 12, 2014

I object to the Apple Settlement in State of Texas, et al. v. Penguin Group (USA) Inc., et al,. Case No. 12-cv-3394 and In re: Electronic Books Antitrust Litigation Case No. 11-MD 2293.

This entire lawsuit is a shame. Amazon has acted ruthlessly. Books and authors are the lifeblood of a society, and Amazon has preyed upon them and upon the entire publishing industry.

Apple, on the other hand, has acted in the interest of authors and artists everywhere.

I don't want one cent from Amazon.

I commend Bezos for making it so easy to buy anything under the sun, but doing so on the backs of writers is abominable.

p.s. And the argument posed by Readers United is hokum.