UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | <u>CLASS ACTION</u> |

**CLASS COUNSEL'S NOTICE OF MOTION FOR AWARD
OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
<u>RELATED TO APPLE SETTLEMENT</u>**

010260-11 712859 V1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on November 21, 2014 at 2:00 p.m., or as soon thereafter as this matter may be heard, before the Honorable Denise L. Cote, United States District Judge of the Southern District of New York, located in Courtroom 15B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, plaintiffs and Class Counsel will, and hereby do, move for an award of attorneys' fees and reimbursement of expenses. Plaintiffs bring this motion pursuant to Federal Rule of Civil Procedure 23(h).

This motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, the declarations in support of the motion, argument by counsel at the hearing before this Court, any papers filed in reply, such oral and documentary evidence as may be presented at the hearing of this motion, and all papers and records on file in this matter.

DATED:  October 17, 2014           HAGENS BERMAN SOBOL SHAPIRO LLP


By      /s/ Steve W. Berman
    STEVE W. BERMAN (*Pro Hac Vice*)

1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (*Pro Hac Vice*)
Shana Scarlett (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

- 2 -

        Kit A. Pierson (*Pro Hac Vice*)
        Jeffrey Dubner (JD4545)
        COHEN, MILSTEIN, SELLERS & TOLL, PLLC
        1100 New York Avenue, N.W.
        South Tower, Suite 500
        Washington, D.C.  20005
        Telephone:  (202) 408-4600
        Facsimile:  (202) 408-4699
        KPierson@cohenmilstein.com
        jdubner@cohenmilstein.com

        Douglas Richards (JR6038)
        COHEN, MILSTEIN, SELLERS & TOLL, PLLC
        88 Pine Street, 14th Floor
        New York, NY  10005
        Telephone:  (212) 838-7797
        Facsimile:  (212) 838-774
        DRichards@cohenmilstein.com

        *Co-Lead Counsel for the Class*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                      /s/ Steve W. Berman
                                                       STEVE W. BERMAN