

## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

November 19, 2014

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

> Re: *In re Electronic Books Antitrust Litig.*, No. 11-md-02293 and *State of Texas, et al. v. Penguin Group, et al.*, Case No. 12-cv-03394

Dear Judge Cote:

Last Friday the Plaintiffs filed a Motion, Memorandum and Exhibits in support of final approval of the Settlement Agreement between Plaintiffs and Apple in the above-referenced case. Plaintiffs' attached a Proposed Final Judgment to Plaintiffs' Memorandum as Exhibit K.

Two corrections need to be made to that Proposed Final Judgment. Our Corrected Proposed Final Judgment with the following revisions is attached hereto for your consideration. First, the language of the finding in the eighth paragraph has been revised to conform to the language of the Settlement Agreement and to the intention of the parties. Second, a typographical error was corrected in the first sentence of Section IX to accurately refer to Section XI (instead of Section XII as previously written). Plaintiffs and Apple discussed and agreed to both revisions.

Respectfully,

*Rebecca Fisher*
Rebecca Fisher
Senior Assistant Attorney General
Consumer Protection Division
Antitrust Section
Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1265 direct line
(512) 320-0975 facsimile
Rebecca.Fisher@texasattorneygeneral.gov