UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

This Document Relates to:

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC) ECF Case |
| THE STATE OF TEXAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PENGUIN GROUP (USA) INC., et al., <br><br> Defendants. | Civil Action No. 12-cv-03394 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8|9|2018

~~[PROPOSED]~~
**ORDER ALLOWING CY PRES DISTRIBUTION**

The *Final Report Regarding Consumer Distribution and Request to Distribute Cy Pres Funds* filed by Plaintiff States and Settlement Class on June 21, 2018 (the "Request") having come before the Court, the Court being familiar with the prior proceedings and orders in this case, and having considered all the papers filed with the Request, and due cause appearing for the relief sought, it is hereby ORDERED and DECREED

that all remaining undistributed consumer settlement funds in the hands of the Plaintiffs shall be distributed to Reading is Fundamental (40%) and First Book (60%).

*Denise Cote*
*August 8, 2018*

**SO ORDERED**

Date_____

                                      _____
                                        Honorable Denise Cote
                                        United States District Court Judge